BTXN 140 (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Cole Wayne Johnson | § | Case No.: 26−43993−mxm7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

# SUMMONS TO DEBTOR IN AN INVOLUNTARY CASE

A petition under Title 11, United States Code was filed against you on September 4, 2026 in this Bankruptcy Court, requesting an order for relief under 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:
United States Bankruptcy Court
501 W. Tenth Street
Fort Worth, TX 76102

At the same time, you must also serve a copy of the motion or answer on the petitioner's attorney.

Attorney's Address:
John C. Leininger
Otteson Shapiro LLP
4851 Lyndon B Johnson Freeway
Ste 650
Dallas, TX 75244

Michael D. Napoli
Akerman, LLP
2001 Ross Ave
Suite 3600
Dallas, TX 75201

Russell Woodward
Law Offices of Russell A. Woodward Jr.
119 Pelican Blvd.
Ruston, LA 71270

Dave Wishnew
Crawford Wishnew Lang
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

DATED: 9/8/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jennifer Speer, Deputy Clerk

UNITED STATES BANKRUPTCY COURT

In Re: Cole Wayne Johnson
Case No. 26−43993−mxm7

# CERTIFICATE OF SERVICE

I,____________________________________________________________________________

of**__________________________________________________________________________

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the __________ day of _____________________________________,_______ I served a copy of the within summons, together with the complaint filed in this proceeding, on

the alleged debtor in this case, by *{describe here the mode of service}*

the said alleged debtor at

Under penalty of perjury, I declare that the foregoing is true and correct.

_______________________ _______________________________

*(Date)* *(Signature)*

Print Name: _____________________________________________________

Business Address: _________________________________________________

City: __________________________ State: ________ Zip:__________

**____________________________________________________________________

*State mailing address*