**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-43993-mxm7 |
| COLE WAYNE JOHNSON, | § | |
| | § | |
| Debtor, | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that LENDSPARK CORPORATION, (hereinafter "Movant"), files this its Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as a creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Stefan G. Garcia
**BLAIES & HIGHTOWER, L.L.P.**
100 Throckmorton Street, Suite 1400
Fort Worth, Texas 76102
(817) 334-0800 Telephone
(817) 334-0574 Facsimile
sgarcia@bhilaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the possession, custody,

or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

Date: September 23, 2026

Respectfully submitted,

Stefan G. Garcia

STEFAN G. GARCIA
State Bar No. 24123605
sgarcia@bhilaw.com
**BLAIES & HIGHTOWER, LLP**
100 Throckmorton Street, Suite 1400
Fort Worth, Texas 76102
817.334.0800 – Tel
817.334.0574 – Fax
**ATTORNEY FOR LENDSPARK CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all the listed interested persons via the Court's ECF system, on the 23rd day of September, 2026:

Of Blaies & Hightower, L.L.P.