David Wishnew
Texas Bar No. 24052039
**CRAWFORD WISHNEW & LANG, PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201-7371
Telephone: (214) 817-4500
**ATTORNEY FOR PETITIONING CREDITOR**
**CRAWFORD WISHNEW & LANG, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COLE WAYNE JOHNSON,** | § | **Case No. 26-43993-mxm** |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**NOTICE OF WITHDRAWAL FROM INVOLUNTARY PETITION**
**(Pertains to Docket No. 1)**

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

Petitioning Creditor Crawford Wishnew & Lang, PLLC ("CWL") files this Notice of Withdrawal from Involuntary Petition that was filed on September 4, 2026 (the "Petition" or "Involuntary Petition") [Dkt. No. 1] by certain Petitioning Creditors: Century Bank, Huntington Bank f/k/a Cadence Bank, Hunt Guillot & Association, LLC, Spin Capital, LLC and CWL. CWL hereby gives notice that it withdraws from the Involuntary Petition and has elected not to proceed further as a petitioning creditor in this case.

Dated: October 1, 2026

Respectfully submitted,

**CRAWFORD WISHNEW & LANG PLLC**

By: /s/ Dave Wishnew
**David Wishnew**
Texas Bar No. 24052039
dwishnew@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201-7371
Telephone: (214) 817-4500

**ATTORNEYS FOR WISHNEW CRAWFORD & LANG, PLLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, the forgoing document was electronically served upon all parties registered to receive electronic service via this Court's ECF notification system pursuant to the Electronic Filing Procedures in this District.

*/s/ Dave Wishnew*
**David Wishnew**