**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COLE WAYNE JOHNSON,** | § | **Case No. 26-43993-mxm** |
| | § | **Chapter 7** |
| ***Debtor.*** | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE AND NOTICE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Laura Taveras of Akerman LLP hereby gives notice of her entry of appearance as counsel on behalf of Huntington Bank f/k/a Cadence Bank ("Huntington") and requests all notices, pleadings, motions, applications, and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Federal Rules of Bankruptcy Procedure, all disclosure statements and plans of reorganization) be sent to the following address:

Laura Taveras
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
Email: laura.taveras@akerman.com

Nothing in this *Notice of Appearance* is intended to or shall be construed as a waiver by Huntington of any objections to the Court's exercise of personal or subject matter jurisdiction herein or in any related matters or proceedings. Nor shall this appearance be deemed as a consent to the Court exercising jurisdiction over Huntington or any real or personal or other property owned or controlled by Huntington.

Furthermore, neither this *Notice of Appearance* nor any subsequent appearance, pleading, claim, or suit is intended to waive: *(i)* Huntington's right to have final orders in non-core matters entered only after *de novo* review by a district judge; *(ii)* Huntington's right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; *(iii)* Huntington's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or *(iv)* any other rights claims, actions, defenses, setoffs, or recoupments to which Huntington is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Huntington expressly reserves.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Laura Taveras*

Michael D. Napoli, SBN: 14803400
Laura Taveras, SBN: 24127243
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
michael.napoli@akerman.com
laura.taveras@akerman.com

*Counsel for Huntington National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026 a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties of record.

*/s/ Laura Taveras*
Laura Taveras