BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Cole Wayne Johnson | § | Case No.: 26−43993−mxm7 |
| Cord Henry Johnson | § | Chapter No.: 7 |
| Debtor(s) | § | |

Dear Robert A. Simon:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☐ A Notice of Hearing on
- ☑ An Amendment or Correction to a filing as follows Please refile your Motion for Leave (Docket Entry #20). Only one page of your motion attached to the docket entry.
- ☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 7 Days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 10/15/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Nicholas Noble, Deputy Clerk
Nick_Noble@txnb.uscourts.gov