FILE FOR RECORD
DENTON COUNTY CLERK
AUG 07 2023
JULI LUKE
DEPUTY

Cause No. CV-2023-01080

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA BY WORKFORCE SAFETY & INSURANCE | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| vs. | § | AT LAW NO. 2 |
| | § | |
| BIGHORN CONSTRUCTION AND RECLAMATION LLC, AND COLE JOHNSON, INDIVIDUALLY, AND CORD JOHNSON, INDIVIDUALLY | § | DENTON COUNTY, TEXAS |

## ORDER COMPELLING ANSWERS TO INTERROGATORIES, PRODUCTION OF DOCUMENTS, THE ISSUANCE OF A TURNOVER ORDER, AND THE APPOINTMENT OF A RECEIVER

On the 7th day of August, 2023 came on to be heard, State of North Dakota by Workforce Safety & Insurance's ("Plaintiff") Motion to Compel Answers to Interrogatories in Aid of Judgment and Produce Documents, the request to issue a Turnover Order, and the Appointment of a Receiver to facilitate the execution of the Turnover Order. Whereupon, the Court, after a review of the Motion, the pleadings on file, and the argument of counsel, is of the opinion the Motion should be granted, Bighorn Construction and Reclamation LLC, and Cole Johnson, Individually, and Cord Johnson, Individually, (collectively "Defendants") should answer the Interrogatories, the Defendants should produce the documents requested, this Court should issue a Turnover Order, and that a Receiver should be appointed to facilitate the execution of the Turnover Order.

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** the Defendants, deliver, complete, signed and sworn answers to Interrogatories in Aid of Judgment, to the attorney of record for Plaintiff on or before 4:00 p.m. on September 7, 2023 at the offices of Jameson and Dunagan, P.C., whose address is 5429 LBJ Freeway, Suite 300, Dallas, Texas 75240.



COUNTY COURT DENTON COUNTY, TEXAS

**EXHIBIT 1**

**IT IS FURTHER, ORDERED, ADJUDGED, and DECREED** that the Defendants deliver the documents for inspection, previously requested by the Plaintiff in this cause, to the attorney of record for Plaintiff on or before 4:00 p.m. on September 7, 2023 at the offices of Jameson and Dunagan, P.C., whose address is 5429 LBJ Freeway, Suite 300, Dallas, Texas 75240.

**IT IS FURTHER, ORDERED, ADJUDGED, and DECREED** by this Court that CRAIG NOACK, whose address is 26165 IH-10 West, Suite 217-418, San Antonio, Texas 78257, phone number is (210) 963-5733, fax number is (210) 579-1777, be, and he is hereby appointed Receiver in this case pursuant to Tex. Civ. Prac. & Rem. Code Ann. §31.002 (the Texas Turnover Statute) with the power and authority to take possession of and sell all leviable nonexempt property of Defendants, including, but not limited to the following non-exempt property: (1) all documents or records, including financial records, related to such property that is in the actual or constructive possession or control of the Defendants; (2) all financial accounts (bank accounts), certificates of deposit, money-market accounts, accounts held by any third party; (3) all securities; (4) all real property, equipment, vehicles, boats, and planes; (5) all safety deposit boxes or vaults: (6) all cash; (7) all negotiable instruments, including promissory notes, drafts, and checks; (8) causes of action or choses in action; (9) contract rights, whether present or future; and (10) accounts receivable; (11) obtain copies of all leases between the Defendants and Defendants' landlord and copies of all checks given to the Defendants' landlord for payment for the benefit of the Defendants; and (12) all collections including but not limited to stamps, coins, guns, crystal, sports cards and memorabilia, records, and trains; and that all such property shall be held in custodia legis of said Receiver as of the date of this Order.

**IT IS FURTHER ORDERED** that all third-parties in possession or constructive possession of assets and/or information about the Defendants including, but not limited to, cash and funds on



COUNTY COURT DENTON COUNTY, TEXAS

deposit, documentation, property or information regarding Defendants, which includes accounts, loan documents, or any other type of account wherein the Defendants are a signatory on the accounts, has an ownership interest in, or controls an entity of business under the same name as the Defendants or any other name, shall turnover or make available for turnover to the Receiver, said assets and information, including, but not limited to, cash and funds on deposit, documentation, property or information; within a reasonable time; upon request from the Receiver and within the requirements of this Order Appointing Receiver. Any information, documentation or financial information provided to the Receiver of a confidential nature shall not be disclosed or released by the Receiver unless necessary to carry out the intent of this Order. Should any third-party referenced herein fail to comply with this Order, the Court may impose the appropriate sanctions provided for by the Texas Rules of Civil Procedure after the proper application therefor, with notice and opportunity for hearing granted to any interested or affected party.

Defendants are hereby **ORDERED** to immediately turnover to the Receiver within five (5) days from Defendants' receipt of a copy of this Order the documents contained in **Exhibit "A"** attached hereto, together with all documents and financial records which may be requested by the Receiver.

Defendants are hereby **ORDERED** to turnover to the above-named Receiver at the address stated above, within five (5) days of Defendants' receipt of a copy of this Order, all checks, cash, securities, (stocks and bonds), promissory notes, documents of title, and contracts owned by, has an interest in, or in the name of Defendants.

Defendants are hereby **ORDERED** to continue (until the Judgment in this cause is fully paid) to turnover to the Receiver at the Receiver's address all checks in the Defendants' possession or subject to his control, cash, securities, promissory notes, documents of title, and contracts within



COUNTY COURT DENTON COUNTY, TEXAS

**EXHIBIT 1**

three (3) days from the Defendants' receipt and possession of such property, if, as and when Defendants becomes in receipt and possession of any such property.

The Receiver is hereby authorized to take all action necessary to gain access to all storage facilities, safety-deposit boxes, real property, and leased premises wherein any property of Defendants may be situated.

**IT IS FURTHER ORDERED** that the Receiver shall have the following rights, authority and powers with respect to the Defendants' property: (1) the right, authority, and power to collect all accounts receivable of Defendants; (2) the right, authority, and power to change locks to all premises at which any property is situated; (3) the right, authority, and power to open any mail addressed to Defendants, redirect the delivery of any mail addressed to Defendants, change the mailing address for Defendants so that any mail may come directly to the Receiver, and take such other action pertaining to the receipt and delivery of Defendants' mail, at the Receiver's discretion; (4) the right, authority, and power to endorse, cash and deposit all checks and negotiable instruments payable to Defendants in the Receiver's account that have been received by the Defendants and are in the Defendants' possession or subject to Defendants' control; (5) the right, authority, and power to hire a real estate broker to list and to offer to sell any real property and mineral interest belonging to the Defendants and to sell said property; (6) the right, power and authority to hire any person or company to move and store the property of Defendants; (7) the right, authority, and power (but not the obligation) to insure any property belonging to the Defendants; (8) the right, power, and authority to obtain from any financial institution, bank, credit bureau, credit union, savings and loan or any third party, any financial records belonging to or pertaining to the Defendants; and (9) the right, power, and authority to hire any person or company necessary to accomplish any right or power under this Order; (10) the right, power and authority to liquidate any and all financial accounts



COUNTY COURT DENTON COUNTY, TEXAS

owned by, or in the name of Defendants; and (11) the right, power and authority to commence, maintain, settle and control any cause of action which Defendants have the right to commence, maintain, settle or control.

Any Sheriff, Constable, their deputies, and any other authorized Peace Officers, are hereby **DIRECTED AND ORDERED** to assist the Receiver in carrying out his duties and exercising his powers hereunder and prevent any person from interfering with the Receiver in taking control and possession of the property of Defendants. The Receiver is authorized to direct any Constable, Sheriff, their deputies, and any other authorized Peace Officers to seize and sell property under a Writ of Execution.

**IT IS FURTHER ORDERED** that the Receiver and all persons acting under the direction of the Receiver shall be immune from liability for all actions taken by them to the extent such actions are permitted by this Order.

**NOTICE TO THIRD PARTIES:** YOU ARE HEREBY NOTIFIED THAT THE RECEIVER, TO THE EXCLUSION OF THE DEFENDANTS, ARE THE PARTY ENTITLED TO POSSESS, SELL, LIQUIDATE AND OTHERWISE DEAL WITH DEFENDANTS' NON-EXEMPT REAL AND PERSONAL PROPERTY. ONCE YOU HAVE RECEIVED NOTICE OF THIS ORDER, YOU MAY BE SUBJECT TO LIABILITY SHOULD YOU RELEASE ANY PROPERTY TO THE DEFENDANTS, UNLESS OTHERWISE DIRECTED BY THE RECEIVER OR THE COURT.

**PERSONAL PROPERTY RIGHTS OF DEBTOR:** Receiver must comply with Texas Rule of Civil Procedure 679b.

**RECEIVER TO HOLD PROPERTY:** Receiver must not disburse funds to Judgment Creditor or sell property within 14 days after serving Judgment Debtor with the Notice of Protected



COUNTY COURT DENTON COUNTY, TEXAS

**EXHIBIT 1**

Property Rights, the Instructions for Protected Property Claim Form, and the Protected Property Claim Form approved by the Supreme Court, or within 17 days if service was by mail. If the Judgment Debtor asserts an exemption, Receiver may only disburse funds to Judgment Creditor or sell property with Judgment Debtor's written consent or a court order.

**IT IS FURTHER ORDERED** the Receiver's fee and expenses of carrying out his duties are taxed as costs against the Defendants; the Receiver's fee is twenty-five percent (25%) of all proceeds coming into his possession which the Court finds is the customary and usual fee for a Turnover Receiver; and to distribute all remaining proceeds to the attorney for the Plaintiff.

**IT IS FURTHER ORDERED** that any postage, travel expenses, or other expenses and costs reasonably and necessary incurred in carrying out the terms of this Order of the Court shall be taxed against the Defendants as costs, and shall be collected by the Receiver from the Defendants which shall be in addition to those sums and amounts provided for in the judgment.

**IT IS FURTHER ORDERED** that the Plaintiff have and recover of and against Defendants, Judgment in the additional sum of $1,000.00 as additional attorney's fees for the presentation of this motion.

If the Defendants fail to comply with this order, Plaintiff or Receiver may move the Court to hold Defendants in contempt, one penalty for which may be confinement to jail.

The Receiver's fee and expenses of carrying out his duties are taxed as costs against the Defendants. The Receiver is further ordered to take the oath of his office.

SIGNED this 7 day of August, 2023.

JUDGE PRESIDING



COUNTY COURT DENTON COUNTY, TEXAS

**EXHIBIT 1**

**EXHIBIT "A"**
**DEFENDANTS' DOCUMENTS TO BE TURNED OVER TO RECEIVER**

Any and all records, as hereinafter described, for the previous twenty four (24) months through and including the date of this Order Appointing the Receiver, concerning affairs of Defendants.

1. canceled checks;
2. bank statements;
3. pass books and check books;
4. all other bank account records;
5. federal income tax returns;
6. property insurance policies;
7. original or duplicates of all (2) wheel, (3) wheel and (4) wheel motor vehicle Certificates of Title and any other certificate of title to any boats (including jet ski), trailers, and airplanes and the name, address, and phone number of the lien holders on any of these items;
8. stock certificates;
9. bond certificates;
10. stock broker confirmation slips of trades and monthly statements;
11. copies of all financial statements given to any bank or any other person, firm or corporation;
12. promissory notes;
13. bills of sale;
14. real property deeds and deeds of trust;
15. business journals, ledger accounts payable and receivable files;
16. pledges and security agreements;
17. copies of state sales tax reports;
18. stock record book and minutes of any corporation, limited partnership, limited liability company, and partnership in which the Defendants have an ownership position, or option to purchase;
19. any other record or document evidencing any ownership to real or personal property or to any debt owed or money had;
20. all personal property returns filed with any taxing authority, including but not limited to any Appraisal District of the county where the Defendants have property;
21. all documents listing or summarizing property owned by Defendants.
22. list of all animals and their location owned by the Defendants.
23. lists of all collections which may include but is not limited to record collections, coin collections, gun collections, stamp collections, train collections, sports cards and memorabilia and crystal collections.
24. list of all jewelry owned by Defendants.
25. list all farm implements and equipment owned by the Defendants.

CERTIFIED A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN MY OFFICE
JULI LUKE
DENTON COUNTY CLERK
8/7/23
Date
By: ________
Deputy Clerk



**EXHIBIT 1**