**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CADENCE BANK, et al.,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-609-BJ** |
| **BRIDGELINK ENGINEERING, LLC, et al.,** | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER REGARDING PRIOR STATE COURT RECEIVERSHIPS**

In late May of 2026, the Court became aware of several state court receiverships that predated its own. Consequently, the Court ordered briefing from the parties on "1) the legal effect of any state court receiverships on the continuation of the receivership in this case; and 2) whether any state-court receivership whose creation predates the one in this case is entitled to the turnover of any assets collected by Mr. Andrew Korn, the receiver in this case." (Order Establishing Briefing Schedule at 1.) After reviewing the briefs of the parties and applicable law, the Court concludes that under both Texas and Federal law the Court must dissolve this receivership over Defendants/Judgment Debtors Cole Johnson and Cord Johnson. However, the Court has determined that the receivership may continue over Bridgelink Engineering, LLC; Bighorn Construction and Reclamation, LLC; and Bighorn Investments and Properties, LLC. Accordingly, the Court **ORDERS** the following:

The receivership over Cole Johnson and Cord Johnson established by this Court is **DISSOLVED**.

**EXHIBIT 4**

The receivership, established by this Court, over Bridgelink Engineering, LLC; Bighorn Construction and Reclamation, LLC; and Bighorn Investments and Properties, LLC remains in effect.

Any assets collected by the receiver in this case that belong to Cole Johnson and Cord Johnson shall be turned over to the first-in-time receivership. However, any assets belonging to Bridgelink Engineering, LLC; Bighorn Construction and Reclamation, LLC; and Bighorn Investments and Properties, LLC shall be retained by the receiver appointed in this case.

Plaintiffs shall inform the Court in writing **no later than July 20, 2026,** if they would like to continue the receivership over Bridgelink Engineering, LLC; Bighorn Construction and Reclamation, LLC; and Bighorn Investments and Properties, LLC.

SIGNED July 6, 2026.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE