Lincoln
Filed Nov 21, 2024 2:02 PM
Laura Barmore
Deputy Clerk of Court
E-File Received Nov 21, 2024 10:21 AM
C-61960
C

**STATE OF LOUISIANA * LINCOLN PARISH * 3RD JDC**

**HUNT, GUILLOT & ASSOCIATES, LLC** **FILED:** DEC 1 1 2024

***Versus* – Docket#61960**

**BIGHORN CONSTRUCTION & RECLAMATION, LLC** **CLERK:**

**JUDGMENT**

On November 14th, 2024, Hunt, Guillot & Associates, LLC ("HGA") appeared in open court arguing a Motion for Sanctions against Cord Johnson and Cole Johnson, individually and on behalf of Bridgelink Engineering, LLC, Bridgelink Investments, LLC, Bighorn Investments & Properties, LLC (collectively, "SBE/AlterEgo Defendants"). Specifically, HGA's Motion for Sanctions asked that the SBE/AlterEgo Defendants' defenses be stricken so that they be held liable jointly, severally, and in-solido with Bighorn Construction & Reclamation, LLC ("BCR")[1] on the two "Judgments" rendered in favor of HGA and against BCR: May 9th, 2022 ($637,623.15) and June 20th, 2023 ($294,055.38). Considering the briefs, arguments, and evidence submitted by HGA — and the lack of opposition or evidence provided by the SBE/AlterEgo Defendants — HGA's Motion for Sanctions is hereby GRANTED, and it is ORDERED, ADJUDGED, & DECREED[2] as follows:

1. CONTINUANCE. Per LSA-C.C.P. Art. 1601 and interpretive case law, the motion to continue attempted by the SBE/Alter-Ego Defendants on November 13th is DENIED.

2. SANCTIONS. Per LSA-C.C.P. Art. 1471 and interpretive case law, due to violations of the discovery process and court orders briefed by HGA, HGA's Motion for Sanctions is hereby GRANTED against the SBE/AlterEgo Defendants, and the affirmative defenses asserted by the SBE/AlterEgo Defendants are likewise STRICKEN/DISMISSED. Further, Bridgelink Engineering, LLC, Bridgelink Investments, LLC, Bighorn Investments & Properties, LLC are found to be in a "Single Business Enterprise" with BCR, whereas Cord Johnson and Cole Johnson are found to be the "Alter Ego"'s of BCR, resulting in the following liabilities: INDIVIDUAL LIABILITY: Cord Johnson and Cole Johnson are individually, jointly, severally, and in-solido liable for the full amount of the Judgments rendered in favor of HGA against BCR — $938,678.53 — plus interest, costs, and attorney fees that have accrued thereon since their rendition. CORPORATE LIABILITY: Bridgelink Engineering, LLC, Bridgelink Investments, LLC, Bighorn Investments & Properties, LLC are also jointly, severally, and in-solido liable for the full amount of the Judgments rendered in favor of HGA against BCR — $938,678.53 — plus interest, costs, and attorney fees that have accrued thereon since their rendition.

Done, rendered, and signed in Ruston, Louisiana on November 21, 2024.

**Hon. Judge Bruce E. Hampton — 3rd JDC**

Dy. C.D.C.

Per Rule 9.5, there is no objection to the form of this judgment, as agreed on November 14, 2024.

| | |
|---|---|
| **Russell A. Woodard, Jr.** | **No response/objection received.** (Emailed by RAW to CM on 11/14) |
| | **Chris Meyer** |
| ***Counsel for HGA*** | ***Counsel for SBE/AlterEgo Defendants*** |

**PLEASE SERVE ALL PARTIES VIA MAIL**

[1] No action is taken against BCR in this judgment insofar as BCR is in bankruptcy.
[2] HGA reserves all rights to modify or extend the applicability of this judgment upon the discovery of further evidence.

**EXHIBIT 7**