**REFORM**

**U.S. Bankruptcy Court**
**Northern District of Texas (Ft. Worth)**
**Bankruptcy Petition #: 24-42003-mxm7**

*Assigned to:* Mark X. Mullin
Chapter 7
Voluntary
Asset

*Date filed:* 06/07/2024
*341 meeting:* 07/10/2024
*Deadline for filing claims:* 01/21/2025

| | |
|---|---|
| ***Debtor***<br>**Big Horn Construction & Reclamation LLC**<br>777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102<br>TARRANT-TX<br>Tax ID / EIN: 46-1068342<br>***dba*** **Big Horn Construction & Reclamation LLC** | represented by **Vikesh Navnit Patel**<br>Kearney, McWilliams & Davis, PLLC<br>55 Waugh #150<br>Houston, TX 77007<br>832-916-2751<br>Email: vpatel@kmd.law<br><br>**Robert A. Simon**<br>Whitaker Chalk Swindle & Schwartz, PLLC<br>301 Commerce Street<br>Suite 3500<br>Fort Worth, TX 76102<br>(817) 878-0500<br>Fax : (817) 878-0501<br>Email: rsimon@whitakerchalk.com |
| ***Trustee***<br>**Marilyn Garner**<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006<br>(817) 505-1499 | represented by **Marilyn Garner**<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006<br>(817) 505-1499<br>Fax : (817) 549-7200<br>Email: mgarner@marilyndgarner.net |
| ***U.S. Trustee***<br>**United States Trustee**<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>214-767-8967 | |
| ***Intervenor***<br>**Cord Johnson** | represented by **Vikesh Navnit Patel**<br>(See above for address) |
| ***Intervenor***<br>**Cole Johnson** | represented by **Vikesh Navnit Patel**<br>(See above for address) |

**EXHIBIT 8**

| Filing Date | Docket Text |
|---|---|
| 06/07/2024 | 1 (5 pgs) Non-individual Chapter 7 voluntary petition. Fee Amount $338 Filed by Big Horn Construction & Reclamation LLC (Simon, Robert) |
| 06/07/2024 | Receipt of filing fee for Voluntary petition (chapter 7)( 24-42003-7) [misc,volp7a] ( 338.00). Receipt number A31489677, amount $ 338.00 (re: Doc# 1). (U.S. Treasury) |
| 06/07/2024 | 2 (1 pg) Disclosure of compensation of attorney for debtor . Filed by Debtor Big Horn Construction & Reclamation LLC. (Simon, Robert) |
| 06/07/2024 | 3 (1 pg) Statement of Corporate Ownership filed. filed by Debtor Big Horn Construction & Reclamation LLC. (Simon, Robert) |
| 06/07/2024 | 4 (58 pgs) Creditor matrix . Filed by Debtor Big Horn Construction & Reclamation LLC. (Simon, Robert) |
| 06/09/2024 | 5 (2 pgs) Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Garner, Marilyn with 341(a) meeting to be held on 7/10/2024 at 11:00 AM via Zoom - Garner: Meeting ID 464 039 8681, Passcode 0030076670, Phone 1-682-204-2647. Last day to oppose discharge or dischargeability is future date. (Scheduled Automatic Assignment, shared account) |
| 06/10/2024 | 6 (3 pgs) Notice of deficiency. Schedule A/B due 6/21/2024. Schedule D due 6/21/2024. Schedule E/F due 6/21/2024. Schedule G due 6/21/2024. Schedule H due 6/21/2024. Declaration Under Penalty of Perjury for Non-individual Debtors due 6/21/2024. Summary of Assets and Liabilities and Certain Statistical Information due 6/21/2024. Declaration for electronic filing due within 7 days from date of petition. Statement of Financial Affairs due 6/21/2024. (Ecker, C.) |
| 06/12/2024 | 7 (2 pgs) Notice of Appearance and Request for Notice by Blake Rasner filed by Creditor Cadence Bank formerly known as BancorpSouth Bank. (Rasner, Blake) |
| 06/12/2024 | 8 (13 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)5 Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Garner, Marilyn with 341(a) meeting to be held on 7/10/2024 at 11:00 AM via Zoom - Garner: Meeting ID 464 039 8681, Passcode 0030076670, Phone 1-682-204-2647. Last day to oppose discharge or dischargeability is future date. (Scheduled Automatic Assignment, shared account)) No. of Notices: 472. Notice Date 06/12/2024. (Admin.) |
| 06/12/2024 | 9 (4 pgs) BNC certificate of mailing. (RE: related document(s)6 Notice of deficiency. Schedule A/B due 6/21/2024. Schedule D due 6/21/2024. Schedule E/F due 6/21/2024. Schedule G due 6/21/2024. Schedule H due 6/21/2024. Declaration Under Penalty of Perjury for Non-individual Debtors due 6/21/2024. Summary of Assets and Liabilities and Certain Statistical Information due 6/21/2024. Declaration for electronic filing due within 7 days from date of petition. Statement of Financial Affairs due 6/21/2024. (Ecker, C.)) No. of Notices: 1. Notice Date 06/12/2024. (Admin.) |
| 06/20/2024 | 10 (87 pgs) Schedules: Schedules A-B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Big Horn Construction & Reclamation LLC (RE: related document(s)6 Notice of deficiency). (Simon, Robert) |
| 06/20/2024 | 11 (18 pgs) Statement of financial affairs for a non-individual . Filed by Debtor Big Horn Construction & Reclamation LLC (RE: related document(s)6 Notice of deficiency). (Simon, Robert) |
| 06/20/2024 | 12 (2 pgs) Notice of Appearance and Request for Notice *of Papers* by Molly Manning filed by Creditor Brandon & Clark Inc.. (Manning, Molly) |

**EXHIBIT 8**

| | |
|---|---|
| 06/20/2024 | 13 (2 pgs) Notice of Appearance and Request for Notice by Julie Anne Parsons filed by Creditor Midland Central Appraisal District. (Parsons, Julie) |
| 06/24/2024 | 14 (1 pg) Notice of Appearance and Request for Notice by Sherrel K. Knighton filed by Creditor Tarrant County. (Knighton, Sherrel) |
| 06/25/2024 | 16 (3 pgs) Notice of Appearance and Request for Notice by Craig E. Power filed by Creditor Rosendin Electric, Inc.. (Power, Craig) |
| 06/25/2024 | 17 (3 pgs) Notice of Appearance and Request for Notice by Reagan H. "Tres Gibbs III filed by Creditor Rosendin Electric, Inc.. (Gibbs, Reagan) |
| 06/25/2024 | 18 (3 pgs) Notice of Appearance and Request for Notice by Emma Myles filed by Creditor Rosendin Electric, Inc.. (Myles, Emma) |
| 07/02/2024 | 19 (3 pgs) Notice of Appearance and Request for Notice *and Service of Papers* by Stefan G. Garcia filed by Creditor LendSpark Corporation. (Garcia, Stefan) |
| 07/05/2024 | 20 (3 pgs) Notice of Appearance and Request for Notice by Michael Scott Held filed by Creditor F7 SSSM, LLC. (Held, Michael) |
| 07/05/2024 | 21 (3 pgs) Notice of Appearance and Request for Notice by Aaron Lozano filed by Creditor F7 SSSM, LLC. (Lozano, Aaron) |
| 07/05/2024 | 22 (8 pgs; 2 docs) Motion to appear pro hac vice for Jeffrey D. Sternklar. Fee Amount $100 Filed by Creditor LendSpark Corporation (Attachments: # 1 Application for Admission Pro Hac Vice-J. Sternklar) (Garcia, Stefan) |
| 07/05/2024 | Receipt of filing fee for Motion to Appear pro hac vice( 24-42003-mxm7) [motion,mprohac] ( 100.00). Receipt number A31568638, amount $ 100.00 (re: Doc# 22). (U.S. Treasury) |
| 07/08/2024 | 23 (2 pgs) Notice of Appearance and Request for Notice by Samantha Espino filed by Creditor Roberts Truck Center of Texas, LLC. (Espino, Samantha) |
| 07/09/2024 | 24 (1 pg) Order granting motion to appear pro hac vice adding Jeffrey D. Sternklar for LendSpark Corporation (related document # 22) Entered on 7/9/2024. (Dozier, Bryan) |
| 07/11/2024 | 25 (2 pgs) Notice of Appearance and Request for Notice by Laura Crabtree filed by Creditor Axis Energy Services, LLC. (Crabtree, Laura) |
| 07/22/2024 | WITHDRAWN BY TRUSTEE PER #51. Chapter 7 Trustee's Report of No Distribution: I, Marilyn Garner, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: Not Available, Claims Scheduled: $ 118991492.29, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 118991492.29. (RE: related document(s)5 Meeting (AutoAssign Chapter 7b)) (Garner, Marilyn) Modified on 10/25/2024 (Hyden, Kara). |

| | |
|---|---|
| 07/22/2024 | 26 Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Report of No Distribution. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 7/22/2024). (RE: related document(s) Chapter 7 Trustee's Report of No Distribution) (Garner, Marilyn) |
| 07/22/2024 | 27 (8 pgs) Motion to reject executory contract or unexpired lease Filed by Creditor F7 SSSM, LLC (Held, Michael) |
| 07/23/2024 | 28 (3 pgs) Notice of Appearance and Request for Notice by Steven Michael Beauchamp filed by Creditor Argonaut Insurance Company. (Beauchamp, Steven) |
| 08/06/2024 | 29 (3 pgs) Order granting motion to reject unexpired lease and abandon personal property (related document # 27) Entered on 8/6/2024. (Dozier, Bryan) |
| 08/09/2024 | 30 (4 pgs) Motion for 2004 examination of Bighorn Construction & Reclamation, LLC. Filed by Century Bank, Cadence Bank formerly known as BancorpSouth Bank (Leininger, John) |
| 08/09/2024 | 31 (2 pgs) Notice of hearing filed by Cadence Bank formerly known as BancorpSouth Bank, Century Bank (RE: related document(s)30 Motion for 2004 examination of Bighorn Construction & Reclamation, LLC. Filed by Century Bank, Cadence Bank formerly known as BancorpSouth Bank). Hearing to be held on 9/4/2024 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 30, (Leininger, John) |
| 08/09/2024 | 32 (118 pgs; 2 docs) Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents) (Garcia, Stefan) |
| 08/13/2024 | 33 (3 pgs) Notice of Appearance and Request for Notice by Jeffrey Strauss filed by Creditor Signal Energy, LLC. (Strauss, Jeffrey) |
| 08/26/2024 | 34 (5 pgs) Objection to (related document(s): 30 Motion for 2004 examination of Bighorn Construction & Reclamation, LLC. filed by Creditor Century Bank, Creditor Cadence Bank formerly known as BancorpSouth Bank) filed by Debtor Big Horn Construction & Reclamation LLC. (Simon, Robert) |
| 08/29/2024 | 35 (2 pgs) Motion to withdraw as attorney (Molly A. Manning) Filed by Creditor Brandon & Clark Inc. (Manning, Molly) |
| 08/29/2024 | 36 (2 pgs) INCORRECT ENTRY: PDF contains incorrect party name. Notice of Appearance and Request for Notice by Vikesh Navnit Patel filed by Debtor Big Horn Construction & Reclamation LLC. (Patel, Vikesh) Modified on 8/30/2024 (Nunns, Tracy). |
| 08/29/2024 | 37 (7 pgs) INCORRECT ENTRY: PDF contains incorrect party name. Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark Corporation) filed by Debtor Big Horn Construction & Reclamation LLC. (Patel, Vikesh) Modified on 8/30/2024 (Nunns, Tracy). |
| 08/29/2024 | 38 (11 pgs) Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark Corporation) filed by Debtor Big Horn Construction & Reclamation LLC. (Simon, Robert) |
| 08/30/2024 | 39 (1 pg) Clerk's correspondence requesting an amended notice of appearance, correcting debtor's name to Big Horn Construction & Reclamation LLC on pdf from attorney for debtor. (RE: related document(s) 36 Notice of Appearance and Request for Notice by Vikesh Navnit Patel filed by Debtor Big Horn Construction & Reclamation LLC.) Responses due by 9/2/2024. (Nunns, Tracy) |
| 08/30/2024 | 40 (1 pg) Clerk's correspondence requesting an amended Objection, correcting debtor's name to Big Horn Construction & Reclamation LLC on pdf. from attorney for debtor. (RE: related document(s) 37 Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark |

| | |
|---|---|
| | Corporation) filed by Debtor Big Horn Construction & Reclamation LLC.) Responses due by 9/2/2024. (Nunns, Tracy) |
| 08/30/2024 | 41 (11 pgs) Amended Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark Corporation) filed by Debtor Big Horn Construction & Reclamation LLC. (Simon, Robert) |
| 08/30/2024 | 42 (2 pgs) Order granting motion to withdraw as attorney (attorney Molly Manning terminated). (related document # 35) Entered on 8/30/2024. (Dozier, Bryan) |
| 08/30/2024 | 43 (3 pgs) Agreed Order granting motion for 2004 examination (related doc # 30) Entered on 8/30/2024. (Dozier, Bryan) |
| 09/02/2024 | 44 (2 pgs) Notice of Appearance and Request for Notice *Amended* by Vikesh Navnit Patel filed by Intervenors Cord Johnson, Cole Johnson. (Patel, Vikesh) |
| 09/02/2024 | 45 (7 pgs) Amended Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark Corporation)*Cole Johnson and Cord Johnson's Amended Response and Objection to Lendspark Corporation's Motion for Rule 2004 Examination* filed by Intervenors Cole Johnson, Cord Johnson. (Patel, Vikesh) |
| 09/13/2024 | 46 (1 pg) Clerk's correspondence requesting a notice of hearing from attorney for creditor. (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents), 45 Amended Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark Corporation)*Cole Johnson and Cord Johnson's Amended Response and Objection to Lendspark Corporation's Motion for Rule 2004 Examination* filed by Intervenors Cole Johnson, Cord Johnson.) Responses due by 9/23/2024. (Hyden, Kara) |
| 09/30/2024 | 47 (1 pg) SECOND Clerk's correspondence requesting Notice of Hearing be filed regarding Objection to Motion from attorney for debtor. (RE: related document(s)45 Amended Objection to (related document(s): 32 Motion for 2004 examination of. filed by Creditor LendSpark Corporation)*Cole Johnson and Cord Johnson's Amended Response and Objection to Lendspark Corporation's Motion for Rule 2004 Examination* filed by Intervenors Cole Johnson, Cord Johnson.) Responses due by 10/7/2024. (Hyden, Kara) |
| 10/11/2024 | 48 (2 pgs) Notice of hearing filed by Creditor LendSpark Corporation (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents)). Hearing to be held on 11/14/2024 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 32, (Garcia, Stefan) |
| 10/15/2024 | 49 (2 pgs) Order denying motion for 2004 examination (related doc # 32) Entered on 10/15/2024. (Dozier, Bryan) |
| 10/16/2024 | 50 (1 pg) Order vacating order (RE: related document(s)49 Order on Motion for Examination). Entered on 10/16/2024 (Dozier, Bryan) |
| 10/23/2024 | 51 (2 pgs) Trustee's Notice of withdrawal of *NDR* filed by *Marilyn D. Garner* (RE: related document(s) Chapter 7 Trustee's Report of No Distribution, 26 Trustee Services Rendered Pursuant to 330(e)) (Garner, Marilyn) |
| 10/23/2024 | 52 (3 pgs; 3 docs) Trustee's notice of assets Proofs of Claims due by 1/21/2025. (Garner, Marilyn) |
| 10/26/2024 | 53 (13 pgs) BNC certificate of mailing. (RE: related document(s)52 Trustee's notice of assets Proofs of Claims due by 1/21/2025.) No. of Notices: 472. Notice Date 10/26/2024. (Admin.) |

| | |
|---|---|
| 11/11/2024 | 54 (234 pgs; 8 docs) Witness and Exhibit List filed by Debtor Big Horn Construction & Reclamation LLC (RE: related document(s)41 Objection). (Attachments: # 1 Exhibit 1 - Lendspark's Motion for 2004 Exam # 2 Exhibit 2 - Debtor's Schedules # 3 Exhibit 3 - Trustee's Notice of Assets # 4 Exhibit 4 - Email string re Check for $42,218.18 # 5 Exhibit 5 - Lendspark's Complaint - State Court # 6 Exhibit EX 6 - Severance Order - State Court # 7 Exhibit EX 7 - Debtor's Answer & Counterclaim - State Court) (Simon, Robert) |
| 11/14/2024 | 55 Hearing reset per request from the parties (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents)) Hearing to be held on 2/13/2025 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 32, (Almaraz, Jeanette) |
| 11/19/2024 | 56 (2 pgs) Notice of Appearance and Request for Notice by Edna Michelle Bohreer filed by Creditor Sharon Murray Resources, Ltd. (Bohreer, Edna) |
| 01/17/2025 | 57 (3 pgs) Notice of Appearance and Request for Notice by Courtney Jane Hull filed by Creditor Texas Workforce Commission. (Hull, Courtney) |
| 01/31/2025 | 58 (1 pg) Trustee's interim report for the period ending: 12/31/2024. Projected date of filing final report: 12/31/2026 (Garner, Marilyn) |
| 02/13/2025 | 59 Hearing reset (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents)) Hearing to be held on 2/27/2025 at 11:00 AM at https://us-courts.webex.com/meet/mullin for 32, (Calfee, Jennifer) |
| 02/25/2025 | 60 (3 pgs) INCORRECT ENTRY, Wrong Event Type. See # 61 . Agreed Motion to set hearing(related documents 30 Motion for examination)*(Re-set)* Filed by Intervenors Cole Johnson, Cord Johnson (Patel, Vikesh)Modified on 2/26/2025 (Billings, Emma). |
| 02/26/2025 | 61 (3 pgs) Motion for continuance (related documents 32 Motion for examination) Filed by Intervenors Cole Johnson , Cord Johnson (Billings, Emma). |
| 02/26/2025 | 62 (2 pgs) Notice of Appearance and Request for Notice by Steven K. Cannon filed by Creditor Argonaut Insurance Company. (Cannon, Steven) |
| 04/15/2025 | 63 (1 pg) Clerk's correspondence requesting an order from attorney for creditor. (RE: related document(s)61 Motion for continuance (related documents 32 Motion for examination) Filed by Intervenors Cole Johnson , Cord Johnson .) Responses due by 4/25/2025. (Hyden, Kara) |
| 04/30/2025 | 64 (1 pg) SECOND Clerk's correspondence requesting an order from attorney for creditor. (RE: related document(s)61 Motion for continuance (related documents 32 Motion for examination) Filed by Intervenors Cole Johnson , Cord Johnson .) Responses due by 5/7/2025. (Hyden, Kara) |
| 05/01/2025 | 65 (3 pgs) Trustee's Objection to claim(s) 47 of Creditor(s) Axis Energy Services, LLC.. Filed by Trustee Marilyn Garner. Responses due by 5/31/2025. (Garner, Marilyn) |
| 05/08/2025 | 66 (2 pgs) Order granting motion to continue hearing on (related document # 61) (related documents Motion for 2004 examination of.) Hearing to be held on 6/16/2025 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 32, Entered on 5/8/2025. (Dozier, Bryan) |
| 06/18/2025 | 67 (2 pgs) Notice of hearing filed by Creditor LendSpark Corporation (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents)). Hearing to be held on 7/24/2025 at 01:30 PM Fort Worth for 32, Confirmation hearing to be held on 7/24/2025 at 01:30 PM Fort Worth. (Garcia, Stefan) |

| | |
|---|---|
| 07/29/2025 | 68 (2 pgs) Notice of hearing*on Motion for Examination Pursuant to Rule 2004* filed by Creditor LendSpark Corporation (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents)). Hearing to be held on 9/25/2025 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 32, (Garcia, Stefan) |
| 07/31/2025 | 69 (1 pg) Trustee's interim report for the period ending: 07/31/2025. Projected date of filing final report: 12/31/2026 *Trustee's Biannual Report* (Garner, Marilyn) |
| 08/05/2025 | 70 (4 pgs) Amended voluntary petition by a non-individual filed for the following: EIN and dba . filed by Debtor Big Horn Construction & Reclamation LLC (RE: related document(s)1 Voluntary petition (chapter 7)). (Simon, Robert) |
| 08/05/2025 | 71 (4 pgs) Amended voluntary petition by a non-individual filed for the following: EIN & dba & atty signature . filed by Debtor Big Horn Construction & Reclamation LLC (RE: related document(s)1 Voluntary petition (chapter 7)). (Simon, Robert) |
| 08/18/2025 | 72 (2 pgs) Order regarding objection to claim number(s) 47 (RE: related document(s)65 Objection to claim filed by Trustee Marilyn Garner). Entered on 8/18/2025 (Dozier, Bryan) |
| 09/25/2025 | Hearing NOT held on 9/25/2025. (RE: related document(s)32 Motion for 2004 examination of. Filed by Creditor LendSpark Corporation (Attachments: # 1 Exhibit Documents)) - NO APPEARANCES - (Trevino, Myah) |
| 09/29/2025 | 73 (2 pgs) Order denying motion for 2004 examination (related doc # 32) Entered on 9/29/2025. (Dozier, Bryan) |
| 10/23/2025 | 74 (4 pgs) Notice of designating new lead counsel within firm adding Callan Clark Searcy to case. Involvement of Courtney Jane Hull terminated. filed by Creditor Texas Workforce Commission and Texas Comptroller of Public Accounts, Revenue Accounting Division. (Searcy, Callan) |
| 01/31/2026 | 75 (2 pgs) Trustee's interim report for the period ending: 12/31/2025. Projected date of filing final report: 12/31/2026 (Garner, Marilyn) |
| 02/04/2026 | 76 (2 pgs) Amended Trustee's interim report for the period ending: 12/31/2025. Projected date of filing final report: 12/31/2026 *Amended to correct reporting errors* (Garner, Marilyn) |
| 03/18/2026 | 77 (3 pgs) Trustee's Objection to claim(s) 49 of Creditor(s) Braun Trucking Inc.. Filed by Trustee Marilyn Garner. Responses due by 4/17/2026. (Garner, Marilyn) |
| 03/27/2026 | 78 (2 pgs) (Espino, Samantha) has withdrawn from the case filed by Creditor Roberts Truck Center of Texas, LLC. (Espino, Samantha) |
| 04/02/2026 | 79 (1 pg) Notice of Appearance and Request for Notice Filed by Creditor Ally Bank c/o AIS Portfolio Services, LLC. (Sharma, Amitkumar) |
| 04/02/2026 | 80 (1 pg) Notice of Appearance and Request for Notice Filed by Creditor Ally Bank c/o AIS Portfolio Services, LLC. (Sharma, Amitkumar) |
| 04/20/2026 | 81 (2 pgs) Order regarding objection to claim number(s) 49 (RE: related document(s)77 Objection to claim filed by Trustee Marilyn Garner). Entered on 4/20/2026 (Dozier, Bryan) |
| 06/15/2026 | 82 Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number GPC 26-0148 (Floyd, K) |

| | |
|---|---|
| 06/23/2026 | 83 (22 pgs) Chapter 7 Trustees Final Report and Proposed distribution to creditors . The United States Trustee has reviewed the Chapter 7 Trustees Final Report. (Thompson, Christi) |
| 06/23/2026 | 84 (9 pgs; 2 docs) Notice of filing of trustee's final report, the report of proposed distribution, and deadline for filing objections. Objections due by 7/27/2026. (Thompson, Christi) |
| 06/23/2026 | 85 (5 pgs) Application for compensation for Marilyn Garner, Trustee Chapter 7, Period: 6/7/2024 to 6/11/2026, Fee: $4971.82, Expenses: $50.00. Filed by Trustee Marilyn Garner Objections due by 7/17/2026. (Garner, Marilyn) |
| 06/27/2026 | 86 (22 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)84 Notice of filing of trustee's final report, the report of proposed distribution, and deadline for filing objections. Objections due by 7/27/2026.) No. of Notices: 499. Notice Date 06/27/2026. (Admin.) |
| 06/27/2026 | 87 (15 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)84 Notice of filing of trustee's final report, the report of proposed distribution, and deadline for filing objections. Objections due by 7/27/2026.) No. of Notices: 499. Notice Date 06/27/2026. (Admin.) |
| 07/17/2026 | 88 (2 pgs) Trustee's Notice of withdrawal of *TFR* filed by *Thompson, Christi on 06/23/26* (RE: related document(s)83 Trustee's final report and account of assets) (Garner, Marilyn) |
| 07/30/2026 | 89 (2 pgs) Trustee's interim report for the period ending: 06/30/26. Projected date of filing final report: 12/31/26 (Garner, Marilyn) |
| 08/10/2026 | 90 (1 pg) Clerk's correspondence requesting an order from Trustee. (RE: related document(s)85 Application for compensation for Marilyn Garner, Trustee Chapter 7, Period: 6/7/2024 to 6/11/2026, Fee: $4971.82, Expenses: $50.00. Filed by Trustee Marilyn Garner Objections due by 7/17/2026.) Responses due by 8/24/2026. (Hyden, Kara) |
| 08/14/2026 | 91 (1 pg) Order granting application for compensation (related document # 85) granting for Marilyn Garner, fees awarded: $4971.82, expenses awarded: $50.00 Entered on 8/14/2026. (Dozier, Bryan) |
| 09/03/2026 | 92 (1 pg) Notice of change of address. (Garner, Marilyn) |
| 09/04/2026 | 93 (2 pgs) Notice of designating new lead counsel within firm adding Jessica Cousineau to case. Involvement of Julie Anne Parsons terminated. filed by Midland Central Appraisal District, Midland Central Appraisal District. (Cousineau, Jessica) |


**PACER Service Center**

**Transaction Receipt**

09/28/2026 13:55:39

| | | | |
|---|---|---|---|
| **PACER Login:** | Rsimon2543 | **Client Code:** | 31223-5 |


**EXHIBIT 8**

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 24-42003-mxm7 Fil or Ent: filed From: 9/14/2023 To: 9/28/2026 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |