**Robert A. Simon**

| | |
|---|---|
| **From:** | Josh Lubin <josh@tetonfunding.com> |
| **Sent:** | Friday, October 2, 2026 8:42 PM |
| **To:** | Robert A. Simon |
| **Cc:** | David Skeels |
| **Subject:** | Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call |

Some people who received this message don't often get email from josh@tetonfunding.com. Learn why this is important

Dear Mr. Simon and Mr. Skeels,

I own Spin Capital, LLC, one of the petitioning creditors in these cases. I am not a lawyer, and I am not represented by counsel on this matter.

I would like to set up a short call with you to discuss Spin's claim and the two cases. I would also like to understand what amount, if any, you say Spin collected from the Schwab garnishment.

Please let me know a few times that work for you next week.

Thank you,

Josh Lubin
(732) 608-4905
josh@tetonfunding.com



**EXHIBIT 11**

**Robert A. Simon**

---

| | |
|---|---|
| **From:** | Josh Lubin <josh@tetonfunding.com> |
| **Sent:** | Friday, October 2, 2026 9:40 PM |
| **To:** | David Skeels; Robert A. Simon |
| **Subject:** | Re: Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call |

John doesn't represent spin. He just called me on my cell and I said ill join if it can potentially recover money though told him I don't want to be busy with it. Is he pretending to be representing Spin? No right?

---

**From:** David Skeels <DSkeels@whitakerchalk.com>
**Date:** Friday, October 2, 2026 at 10:32 PM
**To:** Josh Lubin <josh@tetonfunding.com>, "Robert A. Simon" <RSimon@whitakerchalk.com>
**Subject:** Re: Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call

To clarify ... has Spin Capital been represented by counsel at any point during these BR matters?

Sent via the Samsung Galaxy S26 Ultra, an AT&T 5G smartphone
Get Outlook for Android

**Robert A. Simon**

| | |
|---|---|
| **From:** | Josh Lubin <josh@tetonfunding.com> |
| **Sent:** | Saturday, October 3, 2026 1:44 PM |
| **To:** | John C. Leininger |
| **Cc:** | David Skeels; Robert A. Simon |
| **Subject:** | Re: Lubin call. |

John, I need you to give consent here. Spin has a judge against entities with assets that century does not have. That can create a conflict where the non debtor entities can potentially settle on the merits l, with full disclosure to the bankruptcy court.

Please reply my email give the lawyers consent to talk to me.

---

**From:** Josh Lubin
**Sent:** Saturday, 03 October 2026 13:29:10
**To:** John C. Leininger <jcl@os.law>
**Cc:** David Skeels <dskeels@whitakerchalk.com>; Robert A. Simon <rsimon@whitakerchalk.com>
**Subject:** Lubin call.

John,

I need you to authorize David and Robert to talk to me. Can you please confirm on this email chain.



EXHIBIT 11