Instr# 120482632 , Page 1 of 5, Recorded 10/09/2025 at 04:49 PM
Broward County Commission

Filing # 233055539 E-Filed 10/06/2025 09:02:10 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

FVP OPPORTUNITY FUND III, LP, a Delaware limited partnership; FVP INVESTMENTS, LLC, a Delaware limited liability company; and FVP Servicing, LLC, a Delaware limited liability company,

Plaintiffs,

v. Case No. CACE-22-05125

HI BAR CAPITAL, LLC, a New York Limited liability company, *et al.*,

Defendants.

______________________________________/

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

**FINAL JUDGMENT IN FAVOR OF THE FRANKLIN PARTIES**
**<u>AND AGAINST AVRUMI LUBIN AKA JOSH LUBIN ON JURY VERDICT</u>**

**THIS CAUSE** came before the Court on the jury trial of Defendant, Avrumi Lubin aka Josh Lubin, which trial commenced on September 24, 2025, and concluded with a jury verdict on October 1, 2025, on Count 7, Count 9 and Count 10 of the Second Amended Counterclaims and Crossclaims filed by Franklin Capital Funding, LLC, a Delaware limited liability company, and Franklin Capital Group, LLC, a Michigan limited liability company (together, the "Franklin Parties"). The jury having rendered a verdict for damages in favor of the Franklin Parties and against Avrumi Lubin aka Josh Lubin, and the Court being otherwise fully advised in the premises, and pursuant to the jury verdict rendered in this action, enters final judgment as follows:

**<u>Count 7 – Fraud and Fraud in the Inducement</u>**

1. Franklin Capital Funding, LLC, together with and for the benefit of, Franklin Capital Group, LLC, is hereby awarded Final Judgment on Jury Verdict against Avrumi Lubin aka Josh Lubin on Count 7 of the Second Amended Counterclaims and Crossclaims – Fraud and Fraud in the Inducement.

2. Final Judgment is entered in favor of the Franklin Capital Funding, LLC, together with and for the benefit of, Franklin Capital Group, LLC, the address of which entities is 32300 Northwestern Hwy, Suite 215, Farmington Hills, MI 48334, and against Avrumi Lubin aka Josh Lubin, whose last known address is 1460



*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/06/2025 09:02:09 PM.****

**EXHIBIT 13**

Arboretum Parkway, Lakewood, NJ 08701, as follows:

3. **AS TO COUNT 7 – FRAUD AND FRAUD IN THE INDUCEMENT – FINAL JUDGMENT IS ENTERED IN THE PRINCIPAL AMOUNT OF SIX MILLIONS DOLLARS AND ZERO CENTS ($6,000,000.00) FOR WHICH SUM LET EXECUTION ISSUE FORTHWITH.**

4. Post judgment interest shall accrue at the rate defined in Fla. Sta. § 55.03(3) and adjusted according to any other applicable law.

<u>**Count 9 – Tortious Interference With Business Relationship**</u>

5. Franklin Capital Funding, LLC, together with and for the benefit of, Franklin Capital Group, LLC, is hereby awarded Final Judgment on Jury Verdict against Avrumi Lubin aka Josh Lubin on Count 9 of the Second Amended Counterclaims and Crossclaims – Tortious Interference.

6. Final Judgment is entered in favor of the Franklin Capital Funding, LLC, together with and for the benefit of, Franklin Capital Group, LLC, the address of which entities is 32300 Northwestern Hwy, Suite 215, Farmington Hills, MI 48334, and against Avrumi Lubin aka Josh Lubin, whose last known address is 1460 Arboretum Parkway, Lakewood, NJ 08701, as follows:

7. **AS TO COUNT 9 – TORTIOUS INTERFERENCE – FINAL JUDGMENT IS ENTERED IN THE PRINCIPAL AMOUNT OF SIX MILLIONS DOLLARS AND ZERO CENTS ($6,000,000.00) FOR WHICH SUM LET EXECUTION ISSUE FORTHWITH.**

8. Post judgment interest shall accrue at the rate defined in Fla. Sta. § 55.03(3) and adjusted according to any other applicable law.

<u>**Count 10 – Civil Conspiracy**</u>

9. Franklin Capital Funding, LLC, together with and for the benefit of, Franklin Capital Group, LLC, is hereby awarded Final Judgment on Jury Verdict against Avrumi Lubin aka Josh Lubin on Count 10 of the Second Amended Counterclaims and Crossclaims – Civil Conspiracy.

10. Final Judgment is entered in favor of the Franklin Capital Funding, LLC, together with and for the benefit of, Franklin Capital Group, LLC, the address of which entities is 32300 Northwestern Hwy, Suite 215, Farmington Hills, MI 48334, and against Avrumi Lubin aka Josh Lubin, whose last known address is 1460 Arboretum Parkway, Lakewood, NJ 08701, as follows:

11. **AS TO COUNT 10 – CIVIL CONSPIRACY – FINAL JUDGMENT IS ENTERED IN THE PRINCIPAL AMOUNT OF SIX MILLIONS DOLLARS AND ZERO CENTS ($6,000,000.00) FOR**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

**WHICH SUM LET EXECUTION ISSUE FORTHWITH.**

12. Post judgment interest shall accrue at the rate defined in Fla. Sta. § 55.03(3) and adjusted according to any other applicable law.

**Provisions Applicable to All Final Judgments**

13. The following provisions are applicable to all of the final judgments on Count 7, Count 9 and Count 10 entered hereinabove.

14. The Franklin Parties may obtain only one recovery in the total amount of Six Millions Dollars and Zero Cents ($6,000,000.00), and there shall be no double recovery.

15. Avrumi Lubin aka Josh Lubin shall complete, under oath, Florida Rule of Civil Procedure Form 1.977(a) (Fact Information Sheet for individuals), including all required attachments, and serve it on the Franklin Parties through their counsel of record in this case within 45 days of the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

16. Jurisdiction of this case is retained to enter further orders that are just and proper, including orders to compel the judgment debtor to complete Form 1.977(a), including all required attachments, and serve it on the Franklin Parties.

17. The court reserves jurisdiction to enter such further orders as necessary to enforce this judgment and to enter such further orders as equitable.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

**DONE AND ORDERED** in Chambers at Broward County, Florida on 6th day of October, 2025.

CACE22005125 10-06-2025 2:13 PM

CACE22005125 10-06-2025 2:13 PM
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com



**EXHIBIT 13**

Andrew R Herron , E-mail : gservice@homerbonner.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com
Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Bridgette N. Thornton, Esq. , E-mail : freelancethornton@gmail.com
Catherine H Gleason , E-mail : ktgleasonlegal@gmail.com
Catherine H Gleason , E-mail : katie.gleason@isenberlaw.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
Charles Gourlis , E-mail : kzelaya@letolawfirm.com
Charles Gourlis , E-mail : pleadings@letolawfirm.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
David W Langley , E-mail : emily@flalawyer.com
David W Langley , E-mail : dave@flalawyer.com
David W Langley , E-mail : jessica@flalawyer.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : orozcol@kleinpark.com
Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Ethan J Strauss , E-mail : ethan@floridajusticefirm.com
Ethan J Strauss , E-mail : Ethan.HYRW@case.tinygnomes.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel L. Wiegert, Esq. , E-mail : Joel.Wiegert@KutakRock.com
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com

NOT AN OFFICIAL COPY - NOT AN OFFICIAL COPY



**EXHIBIT 13**

Keith Lee , E-mail : klee@feenixpartners.com
Kristin Zankl , E-mail : kzankl@att.net
Legal Assistant , E-mail : receptionwlg300@gmail.com
Luke T Jacobs , E-mail : ljacobs@weillawfirm.net
Luke T Jacobs , E-mail : service@weillawfirm.net
Marc Evan Brandes , E-mail : lbevans@kfb-law.com
Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Michael James McMullen , E-mail : Michael@FloridaJusticeFirm.com
Michael James McMullen , E-mail : McMullen.ZCKM@case.tinygnomes.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Stanley Quinn Casey , E-mail : scasey@sqcaseylaw.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Steven Harry Meyer , E-mail : ross@professionalparas.com
Steven Harry Meyer , E-mail : steven@thefirm.legal
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY



**EXHIBIT 13**