**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | **CASE NO. 26-43993-MXM-7** |
| | § | **CASE NO 26-43995-ELM-7** |
| **COLE WAYNE JOHNSON** | § | |
| **CORD HENRY JOHNSON** | § | |
| | § | **(JOINTLY ADMINISTERED UNDER** |
| **ALLEGED DEBTORS** | § | **26-43993-MXM-7** |
| | § | **CHAPTER 7** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that the undersigned appears as counsel for United States Specialty Insurance Company ("USSIC"), creditor and party-in-interest in the above-styled and referenced bankruptcy case, and in accordance with Rules 2002, 3017(a), and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and 11 U.S.C. §§ 342 and 1109(b), requests that all notices, pleadings, orders, and other papers here by served on the undersigned of the following office, telephone number, facsimile number, and email address:

Gregory M. Weinstein
**WEINSTEIN RADCLIFF PIPKIN LLP**
8350 North Central Expressway, Suite 1550
Dallas, Texas 75206
Telephone: (214) 865-6146
Facsimile: (214) 865-6140
gweinstein@weinrad.com (Email)

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code specified above, but also

includes, without limitation, all orders of any application, motion, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, courier service, or otherwise filed with regard to the above case and the proceedings here.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices shall not be deemed or construed to waive the rights of the undersigned party appearing through counsel: (1) to have final orders in non-core matters and *Stern* claims entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases, controversies, or proceeding related to these cases; (3) to have any United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have its claims or other rights adjudicated pursuant to any rights of arbitration; or (5) to any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. All of the above rights are expressly reserved and preserved unto USSIC, without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: October 19, 2026.

Respectfully submitted,

*/s/ Gregory M. Weinstein*
Gregory M. Weinstein
Texas State Bar No. 21096430

**WEINSTEIN RADCLIFF PIPKIN LLP**
8350 North Central Expressway
Suite 1550
Dallas, Texas 75206
Telephone: (214) 865-6146
Facsimile: (214) 865-6140
gweinstein@weinrad.com

**ATTORNEY FOR CREDITOR U.S. SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, a true and correct copy of the above document was served in accordance with the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure on the interested persons/entities identified in this proceeding.