**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COLE WAYNE JOHNSON and CORD HENRY JOHNSON,** | § | **Jointly Administered Under Case No. 26-43993-MXM** |
| | § | |
| **Alleged Debtors.** | § | |

## STATEMENT REGARDING SPIN CAPITAL, LLC

COMES NOW Spin Capital, LLC ("Spin") at the request of Benjamin A. Stanziale, Jr. in his capacity as Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Avrumi Lubin a/k/a Josh Lubin and files the following statement regarding Spin:

1. On June 25, 2026, Avrumi Lubin a/k/a Josh Lubin ("Lubin") filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "New Jersey Bankruptcy Court") under Case No. 26-17342 (the "Lubin Bankruptcy Case").

2. In his bankruptcy schedules, Mr. Lubin asserted that he owned one hundred percent (100%) of the membership interests in Spin.

3. On September 18, 2026, the Trustee was appointed as the Chapter 11 Trustee for the Lubin bankruptcy estate.

4. On October 15, 2026, the Trustee initiated Adversary No. 26-01494 (EJO) in the New Jersey Bankruptcy Court seeking, among other things, to extend the Lubin Bankruptcy Case to cover Spin and/or extend the automatic stay in the Lubin Bankruptcy Case to Spin.

5. By order dated October 15, 2026, the New Jersey Bankruptcy Court temporarily stayed any litigation or enforcement of judgments against Spin. The New Jersey Bankruptcy Court

further enjoined Lubin from taking further actions in the name of Spin and provided the Trustee with the sole authority to manage all litigation involving Spin pending a hearing on the Trustee's request for preliminary relief. A copy of the order is attached hereto as Exhibit A.

6. A hearing on the Trustee's request for preliminary relief is scheduled for October 22, 2026, at 10:00 a.m. EST.

Respectfully submitted,

*/s/ John C. Leininger*__________________________

John C. Leininger
Texas Bar No. 24007544
Otteson Shapiro LLP
4851BJ Freeway, Suite 650
4852Dallas, Texas 75244
(214) 619-8325 (Telephone)
Email: jcl@os.law