Steven K. Cannon
Texas State Bar No. 24086997
**Dry Law, PLLC**
909 18th Street
Plano, Texas 75074
(972) 797-9510 Telephone
scannon@drylaw.com
***ATTORNEY FOR ARGONAUT INSURANCE COMPANY***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO. 26-43993-MXM-7**<br>**CASE NO. 26-43995-MXM-7** |
| **COLE WAYNE JOHNSON**<br>**CORD HENRY JOHNSON** | ) | **(JOINTLY ADMINISTERED UNDER 26-43993-MXM-7)** |
| **Alleged Debtors.** | ) | **CHAPTER 7** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Steven K. Cannon of the law firm Dry Law, PLLC enters an appearance in this proceeding as attorney-of-record for Argonaut Insurance Company. Pursuant to 11 U.S.C. § 1109(b) and FED. R. BANK. P. 2002(a), (b), (m), 3017(a), and 9013, the undersigned hereby requests that notice and copies of all documents filed in the above-referenced proceeding, including without limitation any motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, proposed disclosure statements or plans of reorganization that have been filed with the Court, or any other document filed in the above-referenced proceeding, be sent to the undersigned at the following address:

Steven K. Cannon
**DRY LAW, PLLC**
909 18th Street
Plano, Texas 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
scannon@drylaw.com

This request includes all notices, copies and pleadings referred to in 11 U.S.C. §1109(b) or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, hearings, motions, demands, disclosure statements, plans of reorganization, complaints, petitions, schedules, statement of financial affairs, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

RESPECTFULLY SUBMITTED this 19th day of October, 2026.

*/s/ Steven K. Cannon*
Steven K. Cannon
Texas State Bar No. 24086997
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
scannon@drylaw.com

***ATTORNEY FOR ARGONAUT INSURANCE COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 19, 2026, a true and correct copy of the foregoing document was filed and served by the Electronic Case Filing System for the Northern District of Texas on those parties registered to receive electronic notice.

*/s/ Steven K. Cannon*
Steven K. Cannon