IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLE WAYNE JOHNSON | § | CASE NO. 26-43993-MXM-7 |
| CORD HENRY JOHNSON | § | CASE NO. 26-43995-ELM-7 |
| | § | |
| ALLEGED DEBTORS | § | (Jointly Administered Under 26-43993-MXM-7) |
| | § | |
| | § | |
| | § | CHAPTER 7 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bridgelink Engineering, LLC (hereinafter "Movant"), files this Notice of Appearance and Request for Notices and Service of Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to Rules 9010(b) and 2002(g) of the Federal Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Brandon Gibbons
PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to

affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully Submitted,

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile

/s/ *Brandon Gibbons*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Brandon J. Gibbons
State Bar I.D. #24082516
bgibbons@padfieldstout.com

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, October 21, 2026; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Cole Wayne Johnson**<br>180 Bielss Lane<br>Weatherford, Texas 76087<br><br>*Alleged Debtor* | **Robert A. Simon**<br>**Whittaker Chalk Swindle & Schwartz, PLLC**<br>301 Commerce Street, Suite 3500<br>Fort Worth, Texas 76102<br><br>*Attorney for Alleged Debtor* |
| **Cord Henry Johnson**<br>5300 Little Road<br>Granbury, Texas 76049<br><br>*Alleged Debtor* | **Robert A. Simon**<br>**Whittaker Chalk Swindle & Schwartz, PLLC**<br>301 Commerce Street, Suite 3500<br>Fort Worth, Texas 76102<br><br>*Attorney for Alleged Debtor* |
| **Century Bank**<br>100 South Federal Place<br>Santa Fe, New Mexico 87504<br><br>*Petitioning Creditor* | **John C. Leininger**<br>**Otteson Shapiro, LLP**<br>4851 Lyndon B. Johnson Freeway, Suite 650<br>Dallas, Texas 75244<br><br>*Attorney for Century Bank* |
| **Huntington Bank f/k/a Cadence Bank**<br>41 South High Street<br>Columbus, Ohio 43287<br><br>*Petitioning Creditor* | **Michael D. Napoli**<br>**Laura Taveras Lantigua**<br>Akerman, LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br><br>*Attorneys for Huntington Bank* |
| **Hunt Guillot & Associates, LLC**<br>603 E. Reynolds Drive<br>Ruston, Louisiana 71270<br><br>*Petitioning Creditor* | **Russell Woodard**<br>**Law Offices of Russell A. Woodward, Jr.**<br>119 Pelican Boulevard<br>Ruston, Louisiana 71270<br><br>*Attorney for Hunt Gillot & Associates, LLC* |

| | |
|---|---|
| **Crawford Wishnew & Lang, PLLC**<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br><br>*Petitioning Creditor* | **Dave Wishnew**<br>**Crawford Wishnew & Lang, PLLC**<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br><br>*Attorney for Crawford Wishnew & Lang, PLLC* |
| **Spin Capital, LLC**<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br><br>*Petitioning Creditor* | **United States Trustee**<br>**Office of the US Trustee**<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75202 |
| **And all parties receiving ECF notification for this case.** | |

/s/ *Brandon Gibbons*
Brandon Gibbons