# EXHIBIT D

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8552 73

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | ~~6.85~~ 5.10 |

Postmark Here

MPO WINDOW UNIT
JAN 27 2023
DALLAS TX 75260-9998

**Sent to:**

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8552 73

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | ~~6.85~~ 5.1. |

Postmark Here

MPO WINDOW UNIT JAN 27 2023 DALLAS TX 75260-9998

**Sent to:**

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8551 43

| | | | |
|---|---|---|---|
| Certified Mail Fee | $ | 4.15 | Postmark Here |
| Return Receipt (Hardcopy) | $ | 0.00 | |
| Return Receipt (Electronic) | $ | 2.10 | |
| Certified Mail Restricted Delivery | $ | 0.00 | |
| Postage | $ | 0.60 | |
| Total Postage and Fees | $ | ~~6.85~~ 810 | |

**Sent to:**

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8550 51

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | ~~6.85~~ 810 |

Postmark Here

MPO WINDSOW USPS
JAN 27 2023
DALLAS TX 75260-9998

**Sent to:**

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8549 31

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | ~~6.85~~ 810 |

Postmark Here

MPO ... JAN 27 2023 ... DALLAS TX 75260-9998

**Sent to:**

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

U.S. Postal Service

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9314 8699 0430 0103 8553 58

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ ~~6.85~~ 8.15 |

Postmark Here

MID WINDSOR USPS JAN 27 2023 DALLAS TX 75

Sent to:

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reference Information

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8554 33

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | ~~6.85~~ 2.10 |

MPO WNDW USPS
JAN 27 2023
DALLAS TX 75260-9998
Postmark Here

**Sent to:**

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

CADENCE Bank

January 27, 2023

**<u>By Certified Mail CRR, Regular Mail and Email</u>**

BRIDGELINK ENGINEERING, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

COLE WAYNE JOHNSON
1301 Old Tin Top Rd.
Weatherford, Texas 76087
cole@bcrcompanies.com

CORD HENRY JOHNSON
680 McClendon Walker Rd.
Aledo, Texas 76008
Cord@bcrcompanies.com

Re: Credit Agreement dated August 6, 2021 by and among BRIDGELINK ENGINGEERING, LLC ("*Borrower*"), the Lenders parties thereto (each a "*Lender*"), and CADENCE BANK formerly known as BancorpSouth Bank ("*Administrative Agent*" and a "*Lender*") as amended by that certain First Amendment to Credit Agreement, dated as of December 22, 2021, that certain Second Amendment to Credit Agreement ("*Second Amendment*") dated as of March 29, 2022, and that certain Third Amendment to Credit Agreement ("*Third Amendment*") dated as of July 14, 2022 (as so amended and as may from time to time be further amended, restated or otherwise modified, the "*Credit Agreement*"). All terms not otherwise defined shall have the meaning set forth in the Agreement.

Dear Sirs:

We are writing to you in connection with the above-referenced Credit Agreement. Borrower and each Guarantor are notified as follows:

1. Borrower failed to make the interest payment due on December 31, 2022 as required by Section 3.1(c) of the Loan Agreement.

2. Borrower failed to pay the fee required as a condition of the to the effectiveness of the Third Amendment as provided for in the Third Amendment.

3. As required by Section 6.2(ii) of the Second Amendment, Borrower failed to within ten (10) Business Days after the NTP Payment Guarantee Date (as defined in the Second Amendment) Borrower shall deliver or cause to be delivered to Administrative Agent (w) a Subsidiary Joinder Agreement executed by Old Hickory Solar LLC, (x) such certificates as Administrative Agent shall reasonably require with respect to the authority of Old Hickory Solar LLC to sign the above referenced Subsidiary Joinder Agreement, (y) a UCC-3 termination statement filed with the Delaware Secretary of State with respect to the UCC-1 financing statements attached as Annex D to the Second Amendment, (z) a Confirmation of Reinstatement of Deleted Collateral executed by Borrower in the form attached hereto as Annex E of the Second Amendment.

4. Borrower has failed to pay reasonable and documented Attorney Costs of the Administrative Agent's counsel as required by Section 10.3(a) of the Credit Agreement.

Demand is made for payment of the amounts and delivery of the documents referred to above.

This notice constitutes a reminder that we require strict compliance with the Loan Documents.

Administrative Agent hereby expressly reserve all of their rights and remedies under the Loan Documents, at law and in equity.

This notice does not (A) operate as a waiver or modification of any right, remedy, power or privilege of Administrative Agent or any Lender under any of the Loan Documents or applicable law, all of which rights, remedies, powers and privileges are hereby reserved; (B) prejudice or preclude any other or further exercise of any rights, remedies, powers or privileges of Administrative Agent or any Lender under any of the Loan Documents or at law or in equity; (C) entitle you to any other notice or demand whatsoever; (D) in any way modify, impair or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to Administrative Agent or any Lender; (E) waive any breach or default under the Loan Documents, whether or not known to Administrative Agent or any Lender and whether or not stated in this letter; or (F) operate as an agreement by Administrative Agent or any Lender to forbear from exercising any remedies available to them now or in the future.

Furthermore, any failure or delay by Administrative Agent or any Lender in enforcing its rights and remedies under the Loan Documents, at law or in equity, or the acceptance from time to time by Administrative Agent or any Lender of any payments or performance on account of the obligations shall not, in any way, constitute or act as (i) a rescission or waiver of any requirements under the Loan Documents, (ii) a modification of any of the Loan Documents, (iii) an accord or satisfaction with respect to the entire amount of the obligations due under the Notes

and the other Loan Documents; or (iv) a course of dealing or course of conduct by Administrative Agent or any Lender.

Sincerely,

CADENCE BANK

By: ______________________________
Name: Grant Sifers
Title: SVP & Senior Managing Director

cc: **<u>By Certified Mail CRR Regular Mail and Email</u>**

BIGHORN CONSTRUCTION AND RECLAMATION L.L.C
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

BIGHORN SAND & GRAVEL LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

BIGHORN INVESTMENTS AND PROPERTIES, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

9314 8699 0430 0103 8549 31

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

4.15

0.00

2.10

0.00

0.60

6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

9314 8699 0430 0103 8549 31

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0103 8549 31

RETURN RECEIPT (ELECTRONIC)

# Please Discard

9314 8699 0430 0103 8550 51

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

9314 8699 0430 0103 8550 51

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0103 8550 51
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

9314 8699 0430 0103 8551 43

4.15

0.00

2.10

0.00

0.60

6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

9314 8699 0430 0103 8551 43

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

**9314 8699 0430 0103 8551 43**

RETURN RECEIPT (ELECTRONIC)

# Please Discard

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

9314 8699 0430 0103 8552 73

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

9314 8699 0430 0103 8552 73

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0103 8552 73
RETURN RECEIPT (ELECTRONIC)

# Please Discard

9314 8699 0430 0103 8553 58

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

9314 8699 0430 0103 8553 58

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0103 8553 58
RETURN RECEIPT (ELECTRONIC)

Please Discard

9314 8699 0430 0103 8554 33

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

9314 8699 0430 0103 8554 33

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0103 8554 33
RETURN RECEIPT (ELECTRONIC)

# Please Discard

# EXHIBIT N

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0104 2644 63

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

**Sent to:**

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0104 2644 01

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

**Sent to:**

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

**Reference Information**

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9314 8699 0430 0104 2643 40

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

MPO WINDOW USPS FEB 9 2023 DALLAS TX 75260-9998

**Sent to:**

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

**Reference Information**

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0104 2642 41

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

**Sent to:**

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0104 2645 79

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

Sent to:

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reference Information

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0104 2646 30

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

**Sent to:**

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

# U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9314 8699 0430 0104 2644 63

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

FEB 9 2023

**Sent to:**

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

02/09/2023

PS Form 3800, Facsimile, July 2015

CADENCE Bank

February 8, 2023

**By Certified Mail CRR, Regular Mail and Email**

BRIDGELINK ENGINEERING, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

COLE WAYNE JOHNSON
1301 Old Tin Top Rd.
Weatherford, Texas 76087
cole@bcrcompanies.com

CORD HENRY JOHNSON
680 McClendon Walker Rd.
Aledo, Texas 76008
Cord@bcrcompanies.com

Re: Credit Agreement dated August 6, 2021 by and among BRIDGELINK ENGINGEERING, LLC ("*Borrower*"), the Lenders parties thereto (each a "*Lender*"), and CADENCE BANK formerly known as BancorpSouth Bank ("*Administrative Agent*" and a "*Lender*") as amended by that certain First Amendment to Credit Agreement, dated as of December 22, 2021, that certain Second Amendment to Credit Agreement ("*Second Amendment*") dated as of March 29, 2022, and that certain Third Amendment to Credit Agreement ("*Third Amendment*") dated as of July 14, 2022 (as so amended and as may from time to time be further amended, restated or otherwise modified, the "*Credit Agreement*"); All terms not otherwise defined shall have the meaning set forth in the Credit Agreement.

Dear Sirs:

We are writing to you in connection with the above-referenced Credit Agreement. Borrower and each Guarantor are notified that Borrower failed to make the interest payment due on December 31, 2022 as required by Section 3.1(c) of the Credit Agreement. The failure to make that payment constitutes an Event of Default under the Credit Agreement. Please be advised and notified that if such Event of Default is not cured within 5 Business Days after the date of this letter, the Administrative Agent intends to (i) increase the rate of interest under the Credit Agreement to the

Default Rate, (ii) exercise its other rights and remedies under Credit Agreement, the Guarantee Agreement and the other Loan Documents, including without limitation, the rights to accelerate the maturity of the Loans and foreclose the liens created by the Loan Documents.

Administrative Agent hereby expressly reserves all of their rights and remedies under the Loan Documents, at law and in equity.

This notice does not (A) operate as a waiver or modification of any right, remedy, power or privilege of Administrative Agent or any Lender under any of the Loan Documents or applicable law, all of which rights, remedies, powers and privileges are hereby reserved; (B) prejudice or preclude any other or further exercise of any rights, remedies, powers or privileges of Administrative Agent or any Lender under any of the Loan Documents or at law or in equity; (C) entitle you to any other notice or demand whatsoever; (D) in any way modify, impair or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to Administrative Agent or any Lender; (E) waive any breach or default under the Loan Documents, whether or not known to Administrative Agent or any Lender and whether or not stated in this letter; or (F) operate as an agreement by Administrative Agent or any Lender to forbear from exercising any remedies available to them now or in the future.

Furthermore, any failure or delay by Administrative Agent or any Lender in enforcing its rights and remedies under the Loan Documents, at law or in equity, or the acceptance from time to time by Administrative Agent or any Lender of any payments or performance on account of the obligations shall not, in any way, constitute or act as (i) a rescission or waiver of any requirements under the Loan Documents, (ii) a modification of any of the Loan Documents, (iii) an accord or satisfaction with respect to the entire amount of the obligations due under the Notes and the other Loan Documents; or (iv) a course of dealing or course of conduct by Administrative Agent or any Lender.

Sincerely,

CADENCE BANK

By: ______________________
Name: Grant Sifers
Title: Senior Vice President

cc: **By Certified Mail CRR Regular Mail and Email**

BIGHORN CONSTRUCTION AND RECLAMATION L.L.C
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

BIGHORN SAND & GRAVEL LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

BIGHORN INVESTMENTS AND PROPERTIES, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0903 20

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 -3.35 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | ~~6.85~~ 8.10 |

Postmark Here

Sent to:

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Green
DAL L.Sepp[illegible]
CMR
3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0903 37

| | | |
|---|---|---|
| Certified Mail Fee | $ | 415 |
| Return Receipt (Hardcopy) | $ | ~~4.15~~ 3.35 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 2.10 |
| Postage | $ | 0.00 |
| Total Postage and Fees | $ | 0.60 |
| | | ~~6.85~~ 8.10 |

Postmark Here

Sent to:

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Green
DAL L.Sepp[illegible]
CMR
3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0902 07

| | | |
|---|---|---|
| Certified Mail Fee | $ | 415 |
| Return Receipt (Hardcopy) | $ | ~~4.15~~ 3.35 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 2.10 |
| Postage | $ | 0.00 |
| Total Postage and Fees | $ | 0.60 |
| | | ~~6.85~~ 810 |

Postmark Here

Sent to:

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 78008

Green
DAL L.Seppmen
CMR
3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0903 99

| | | |
|---|---|---|
| Certified Mail Fee | $ | 415 |
| Return Receipt (Hardcopy) | $ | ~~4.15~~ 335 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 2.10 |
| Postage | $ | 0.00 |
| Total Postage and Fees | $ | 0.60 |
| | | ~~6.85~~ 810 |

Postmark Here

Sent to:

Harris Finley Bogle
Attn: James Key
777 Main Street
Suite 1800
Fort Worth, TX 76102

Green
DAL L.Seppmen
CMR
3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0900 30

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

Sent to:

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Green DAL L.Deppman CMR 3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0902 69

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

Sent to:

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Green DAL L.Deppman CMR 3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0105 0901 46

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.10 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.60 |
| Total Postage and Fees | $ | 6.85 |

Postmark Here

Sent to:

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

Green DAL L.Deppman CMR 3-7-23

Reference Information

cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

CADENCE Bank

March 2, 2023

**By Certified Mail CRR, Regular Mail and Email**

BRIDGELINK ENGINEERING, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

COLE WAYNE JOHNSON
1301 Old Tin Top Rd.
Weatherford, Texas 76087
cole@bcrcompanies.com

CORD HENRY JOHNSON
680 McClendon Walker Rd.
Aledo, Texas 76008
Cord@bcrcompanies.com

Re: Credit Agreement dated August 6, 2021 by and among BRIDGELINK ENGINGEERING, LLC ("*Borrower*"), the Lenders parties thereto (each a "*Lender*"), and CADENCE BANK formerly known as BancorpSouth Bank ("*Administrative Agent*" and a "*Lender*") as amended by that certain First Amendment to Credit Agreement, dated as of December 22, 2021, that certain Second Amendment to Credit Agreement ("*Second Amendment*") dated as of March 29, 2022, and that certain Third Amendment to Credit Agreement ("*Third Amendment*") dated as of July 14, 2022 (as so amended and as may from time to time be further amended, restated or otherwise modified, the "*Credit Agreement*"); All terms not otherwise defined shall have the meaning set forth in the Credit Agreement.

Dear Sirs:

By letter dated February 8, 2023 we notified you of an occurrence of an Event of Default as a result of your failure to make the interest payment due on December 31, 2022. Please be advised that we have still not received that payment. You are hereby notified by the Administrative Agent that from and after the date of this letter, the Loans bear interest at the Default Rate.

In our view, the accordion feature referred to in the February 14, 2023 letter to us from your counsel, James Key, is not relevant to the Events of Default referred to in this letter. That said, we would be glad to discuss the accordion feature separately.

In addition to the payment default referred to in the first paragraph of this letter, there are other Events of Default under the Credit Agreement. Some of those include the following:

1. The failure of Borrower to provide financial projections within 60 days after the beginning of the Fiscal Year beginning January 1, 2023 as required by Section 6.1(g) of the Credit Agreement.

2. The failure of Borrower to provide a Borrowing Base Certificate within 30 days after the end of the months ending November 30, 2022 and December 31, 2022 as required by Section 6.1(i) of the Credit Agreement.

We expect the Borrower and the Guarantors to strictly comply with the terms of the Credit Agreement and the other Loan Documents.

Please be advised that the Lenders do not intend to extend the Maturity Date.

This correspondence constitutes formal notice (i) that the Lenders do not intend to extend the Maturity Date, (ii) of the Events of Default referred to herein ("*Existing Defaults*") and (iii) of the action taken by Administrative Agent with respect to requiring Default Interest. In addition to the Existing Defaults, other Events of Default or Defaults may exist and be continuing, and Administrative Agent expressly reserves all rights, and remedies under the Loan Documents, at law and in equity with respect thereto and otherwise.

This notice does not (A) operate as a waiver or modification of any right, remedy, power or privilege of Administrative Agent or any Lender under any of the Loan Documents or applicable law, all of which rights, remedies, powers and privileges are hereby reserved; (B) prejudice or preclude any other or further exercise of any rights, remedies, powers or privileges of Administrative Agent or any Lender under any of the Loan Documents or at law or in equity; (C) entitle you to any other notice or demand whatsoever; (D) in any way modify, impair or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to Administrative Agent or any Lender; (E) waive any breach or default under the Loan Documents, whether or not known to Administrative Agent or any Lender and whether or not stated in this letter; or (F) operate as an agreement by Administrative Agent or any Lender to forbear from exercising any remedies available to them now or in the future.

Furthermore, any failure or delay by Administrative Agent or any Lender in enforcing its rights and remedies under the Loan Documents, at law or in equity, or the acceptance from time to time by Administrative Agent or any Lender of any payments or performance on account of the obligations shall not, in any way, constitute or act as (i) a rescission or waiver of any requirements under the Loan Documents, (ii) a modification of any of the Loan Documents, (iii) an accord or satisfaction with respect to the entire amount of the obligations due under the Notes and the other

Loan Documents; or (iv) a course of dealing or course of conduct by Administrative Agent or any Lender.

We request an in-person meeting with you to discuss these matters.

Sincerely,

CADENCE BANK

By: ______________________________
Name: Michael R. Moers
Title: Senior Vice President

cc: **<u>By Certified Mail CRR Regular Mail and Email</u>**

BIGHORN CONSTRUCTION AND RECLAMATION L.L.C
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

BIGHORN SAND & GRAVEL LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

BIGHORN INVESTMENTS AND PROPERTIES, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

HARRIS FINLEY BOGLE
777 Main Street, Suite 1800
Fort Worth, Texas 76102
Attention: James Key
jkey@hfblaw.com

9314 8699 0430 0105 0900 30

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

9314 8699 0430 0105 0900 30

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0105 0900 30

RETURN RECEIPT (ELECTRONIC)

# Please Discard

9314 8699 0430 0105 0901 46

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0105 0901 46

9314 8699 0430 0105 0901 46
RETURN RECEIPT (ELECTRONIC)

Please Discard

9314 8699 0430 0105 0902 07

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 78008

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 78008

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

9314 8699 0430 0105 0902 07

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

**9314 8699 0430 0105 0902 07**

RETURN RECEIPT (ELECTRONIC)

# Please Discard

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

9314 8699 0430 0105 0902 69

4.15

0.00

2.10

0.00

0.60

6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

9314 8699 0430 0105 0902 69

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0105 0902 69

RETURN RECEIPT (ELECTRONIC)

# Please Discard

9314 8699 0430 0105 0903 20

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0105 0903 20

9314 8699 0430 0105 0903 20
RETURN RECEIPT (ELECTRONIC)

# Please Discard

9314 8699 0430 0105 0903 37

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

cm# 546046.14 (ls,cd)

3/3/23

9314 8699 0430 0105 0903 37

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0105 0903 37
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Harris Finley Bogle
Attn: James Key
777 Main Street
Suite 1800
Fort Worth, TX 76102

9314 8699 0430 0105 0903 99

4.15

0.00

2.10

0.00

0.60

6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Harris Finley Bogle
Attn: James Key
777 Main Street
Suite 1800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

9314 8699 0430 0105 0903 99

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

9314 8699 0430 0105 0903 99

RETURN RECEIPT (ELECTRONIC)

# Please Discard