# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CADENCE BANK, et al.,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-CV-609-BJ** |
| | § | |
| **BRIDGELINK ENGINEERING, LLC, et al.,** | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER**

On this same day the Court granted Plaintiffs' Motion for Summary Judgment. Therefore, it is **ORDERED** that Plaintiffs' shall file a proposed final judgment **on or before June 6, 2024**. The order shall reflect the total damages as of the day of this order. The proposed final judgment should be agreed to in form if possible. If the parties are unable to agree, Defendants shall file any objections to the proposed final judgment **on or before June 11, 2024**.

SIGNED May 30, 2024.



JEFFREY L. CURETON
UNITED STATES MAGISTRATE