Huntington

# COMMERCIAL LOAN PAYOFF REQUEST

| | | | |
|---|---|---|---|
| **Borrower** | Bridgelink Engineering LLC | | |
| **Facility Number** | 15941 | **Officer** | **Michael R Moers** |
| **Loan Number** | 49041 | **Requester** | **Bobbi Laakso** |
| **Today's Date** | 10/21/2026 | **Company** | **Huntington Bank** |
| **Effective Date** | 10/21/2026 | **Contact** | |

**Commercial loan Payoff Information**

| | |
|---|---|
| Customer Name: | Bridgelink Engineering LLC |
| Principal: | $0.00 |
| Interest: | $1,869,877.76 |
| Fees: | $0.00 |
| Late Charges: | $0.00 |
| Prepayment penalty: | $0.00 |
| **Payoff Total:** | $1,869,877.76 |
| Effective date: | 10/21/2026 |
| Per Diem: | $0.00 |

**Payoff must be received prior to 3:30 PM EST to avoid an additional day of interest.**

**The above information is subject to change if, after the date of this letter:**
(i) there are changes in any variable interest rate to which the Loan is subject, (ii) any advances, protective advances or credits are made with respect to the Loan, (iii) any other amounts, charges or expenses with respect to the Loan become due and payable to the Bank, or (iv) any payment previously made on the Loan is reversed for any reason.

You should confirm the payoff amount on the Payoff Date. Please contact AgencyServices@huntington.com for updated information.

**Huntington National Bank**
**Attn: GW1W26**
**5555 Cleveland Ave**
**Columbus, OH 43231**
**FAX: (877) 215-7932**

**Wiring Instructions**
**ABA: 044 000 024**
**HNB Account: [redacted]7777**
**Attn: Agency Services**
**Re: Loan Account Name and Number**

If the Loan is a line of credit, the line will not be closed unless a written request to do so is received from the Borrower.

Notwithstanding the foregoing, the Borrower's obligations and liabilities under the Loan shall be reinstated with full force and effect, if at any time after the Payoff Date all or any portion of the payoff amount paid to the Bank is voided or rescinded or must otherwise be returned by the Bank to the Borrower or another party due to the Borrower's insolvency, bankruptcy or reorganization or otherwise, all as though such payment had not been made. Nothing contained herein shall be deemed to (i) terminate or otherwise impair those expense reimbursement, indemnification or other rovisions in loan documents governing the Loan which by their express terms survive the repayment of the Loan, or (ii) terminate any other obligation or indebtedness of the Borrower to the Bank.

If the payoff does not occur by the Payoff Date, this letter shall be void and of no effect.

# Loan History

## Loan Information:

| | |
|---|---|
| **Customer Name** | BRIDGELINK ENGINEERING LLC |
| **Loan Number** | 000049041 |
| **Effective Date** | 01OCT2022 |
| **Lender Type** | CUSTOMER-ACTUAL-SYND |
| **Loan Currency** | USD |
| **Product Type** | 100 SYND C&I |
| **Principal Pending** | .00 |
| **Loan Status** | OPEN/ACTIVE |
| **Accounting Method** | NON-PERF/HIST RECPTR |

## Transaction History View Options

| | |
|---|---|
| **Balance Category** | < ALL > |
| **Accrual Schedule** | < ALL > |
| **From Date** | 01MAY2026 |
| **To Date** | 22JUN2026 |
| **Rate Group** | GENERAL RATE GROUP |
| **Currency** | USD |
| **Transaction Type** | TRANSACTIONS ONLY |

| Effective Date | Post Date | Transaction Code | Transaction Description | Transaction Value | Balance Category | Schedule ID | User ID | Transaction Reference |
|---|---|---|---|---|---|---|---|---|
| 21JUN2026 | 22JUN2026 | 326 | CHANGE LOAN ACCOUNTING METHOD | NON-PERF/HIST RECPTR | | | H060395 | 00007927730 |
| 22JUN2026 | 22JUN2026 | 1003 | CONVERT ITD CHARGED | 1,869,877.76 | INT | INT01 | HB91624 | 00007918388 |
| 22JUN2026 | 22JUN2026 | 3690 | CHANGE INTEREST BASIS CODE | ACTUAL/360 | INT | INT01 | HB91624 | 00007923278 |
| 22JUN2026 | 22JUN2026 | 334 | BEGIN ACCRUAL SCHEDULE | SCHEDULE | DIR | DEF01 | H060395 | 00007930969 |
| 22JUN2026 | 22JUN2026 | 3610 | CHANGE LOAN BASE RATE | CHG TO: 4.847570 | INT | INT01 | H060395 | 00007931247 |

**End Of Data View**

# Loan History

## Loan Information:

| | |
|---|---|
| **Customer Name** | BRIDGELINK ENGINEERING LLC |
| **Loan Number** | 000049041 |
| **Effective Date** | 01OCT2022 |
| **Lender Type** | CUSTOMER-ACTUAL-SYND |
| **Loan Currency** | USD |
| **Product Type** | 100 SYND C&I |
| **Principal Pending** | .00 |
| **Loan Status** | OPEN/ACTIVE |
| **Accounting Method** | NON-PERF/HIST RECPTR |

## Transaction History View Options

| | |
|---|---|
| **Balance Category** | < ALL > |
| **Accrual Schedule** | < ALL > |
| **From Date** | 22JUN2026 |
| **To Date** | 21OCT2026 |
| **Rate Group** | GENERAL RATE GROUP |
| **Currency** | USD |
| **Transaction Type** | TRANSACTIONS ONLY |

| Effective Date | Post Date | Transaction Code | Transaction Description | Transaction Value | Balance Category | Schedule ID | User ID | Transaction Reference |
|---|---|---|---|---|---|---|---|---|
| 22JUN2026 | 22JUN2026 | 1003 | CONVERT ITD CHARGED | 1,869,877.76 | INT | INT01 | HB91624 | 00007918388 |
| 22JUN2026 | 22JUN2026 | 3690 | CHANGE INTEREST BASIS CODE | ACTUAL/360 | INT | INT01 | HB91624 | 00007923278 |
| 22JUN2026 | 22JUN2026 | 334 | BEGIN ACCRUAL SCHEDULE | SCHEDULE | DIR | DEF01 | H060395 | 00007930969 |
| 22JUN2026 | 22JUN2026 | 3610 | CHANGE LOAN BASE RATE | CHG TO: 4.847570 | INT | INT01 | H060395 | 00007931247 |

****End Of Data View****

Huntington

# COMMERCIAL LOAN PAYOFF REQUEST

| | | | |
|---|---|---|---|
| **Borrower** | Bridgelink Engineering LLC | | |
| **Facility Number** | 15941 | **Officer** | **Michael R Moers** |
| **Loan Number** | 49131 | **Requester** | **Bobbi Laakso** |
| **Today's Date** | 10/21/2026 | **Company** | **Huntington Bank** |
| **Effective Date** | 10/21/2026 | **Contact** | |

**Commercial loan Payoff Information**

| | |
|---|---|
| Customer Name: | Bridgelink Engineering LLC |
| Principal: | $33,666,693.35 |
| Interest: | $12,290,795.57 |
| Fees: | $0.00 |
| Delayed Interest Owed: | $226,314.99 |
| Prepayment penalty: | $0.00 |
| **Payoff Total:** | $46,183,803.91 |
| Effective date: | 10/21/2026 |
| Per Diem Interest: | $7,609.60 |
| Per Diem Delayed Interest: | $1,870.37 |

**Payoff must be received prior to 3:30 PM EST to avoid an additional day of interest.**

**The above information is subject to change if, after the date of this letter:**
(i) there are changes in any variable interest rate to which the Loan is subject, (ii) any advances, protective advances or credits are made with respect to the Loan, (iii) any other amounts, charges or expenses with respect to the Loan become due and payable to the Bank, or (iv) any payment previously made on the Loan is reversed for any reason.

You should confirm the payoff amount on the Payoff Date. Please contact AgencyServices@huntington.com for updated information.

| | |
|---|---|
| **Huntington National Bank** | **Wiring Instructions** |
| **Attn: GW1W26** | **ABA: 044 000 024** |
| **5555 Cleveland Ave** | **HNB Account: [redacted]77777** |
| **Columbus, OH 43231** | **Attn: Agency Services** |
| **FAX: (877) 215-7932** | **Re: Loan Account Name and Number** |

If the Loan is a line of credit, the line will not be closed unless a written request to do so is received from the Borrower.

Notwithstanding the foregoing, the Borrower's obligations and liabilities under the Loan shall be reinstated with full force and effect, if at any time after the Payoff Date all or any portion of the payoff amount paid to the Bank is voided or rescinded or must otherwise be returned by the Bank to the Borrower or another party due to the Borrower's insolvency, bankruptcy or reorganization or otherwise, all as though such payment had not been made. Nothing contained herein shall be deemed to (i) terminate or otherwise impair those expense reimbursement, indemnification or other rovisions in loan documents governing the Loan which by their express terms survive the repayment of the Loan, or (ii) terminate any other obligation or indebtedness of the Borrower to the Bank.

If the payoff does not occur by the Payoff Date, this letter shall be void and of no effect.

# Loan History

## Loan Information:

| | |
|---|---|
| **Customer Name** | BRIDGELINK ENGINEERING LLC |
| **Loan Number** | 000049131 |
| **Effective Date** | 02JUN2023 |
| **Lender Type** | CUSTOMER-ACTUAL-SYND |
| **Loan Currency** | USD |
| **Product Type** | 100 SYND C&I |
| **Principal Pending** | 33,666,693.35 |
| **Loan Status** | OPEN/ACTIVE |
| **Accounting Method** | NON-PERF/HIST RECPTR |

## Transaction History View Options

| | |
|---|---|
| **Balance Category** | < ALL > |
| **Accrual Schedule** | < ALL > |
| **From Date** | 01MAY2026 |
| **To Date** | 22JUN2026 |
| **Rate Group** | GENERAL RATE GROUP |
| **Currency** | USD |
| **Transaction Type** | TRANSACTIONS ONLY |

| Effective Date | Post Date | Transaction Code | Transaction Description | Transaction Value | Balance Category | Schedule ID | User ID | Transaction Reference |
|---|---|---|---|---|---|---|---|---|
| 21JUN2026 | 22JUN2026 | 326 | CHANGE LOAN ACCOUNTING METHOD | NON-PERF/HIST RECPTR | | | H060395 | 00007927738 |
| 22JUN2026 | 22JUN2026 | 1001 | CONVERT PRINCIPAL BALANCE | 33,666,693.35 | | | HB91624 | 00007902361 |
| 22JUN2026 | 22JUN2026 | 1003 | CONVERT ITD CHARGED | 11,390,096.23 | INT | INT01 | HB91624 | 00007918392 |
| 22JUN2026 | 22JUN2026 | 3690 | CHANGE INTEREST BASIS CODE | ACTUAL/365/366 | INT | INT01 | HB91624 | 00007923284 |
| 22JUN2026 | 22JUN2026 | 3400 | PRINCIPAL CHARGE-OFF | 33,666,693.35 | | | H060395 | 00007927874 |
| 22JUN2026 | 22JUN2026 | 334 | BEGIN ACCRUAL SCHEDULE | SCHEDULE | DIR | DEF01 | H060395 | 00007930981 |

****End Of Data View****

# Loan History

## Loan Information:

| | |
|---|---|
| **Customer Name** | BRIDGELINK ENGINEERING LLC |
| **Loan Number** | 000049131 |
| **Effective Date** | 02JUN2023 |
| **Lender Type** | CUSTOMER-ACTUAL-SYND |
| **Loan Currency** | USD |
| **Product Type** | 100 SYND C&I |
| **Principal Pending** | 33,666,693.35 |
| **Loan Status** | OPEN/ACTIVE |
| **Accounting Method** | NON-PERF/HIST RECPTR |

## Transaction History View Options

| | |
|---|---|
| **Balance Category** | < ALL > |
| **Accrual Schedule** | < ALL > |
| **From Date** | 22JUN2026 |
| **To Date** | 21OCT2026 |
| **Rate Group** | GENERAL RATE GROUP |
| **Currency** | USD |
| **Transaction Type** | TRANSACTIONS ONLY |

| Effective Date | Post Date | Transaction Code | Transaction Description | Transaction Value | Balance Category | Schedule ID | User ID | Transaction Reference |
|---|---|---|---|---|---|---|---|---|
| 22JUN2026 | 22JUN2026 | 1001 | CONVERT PRINCIPAL BALANCE | 33,666,693.35 | | | HB91624 | 00007902361 |
| 22JUN2026 | 22JUN2026 | 1003 | CONVERT ITD CHARGED | 11,390,096.23 | INT | INT01 | HB91624 | 00007918392 |
| 22JUN2026 | 22JUN2026 | 3690 | CHANGE INTEREST BASIS CODE | ACTUAL/365/366 | INT | INT01 | HB91624 | 00007923284 |
| 22JUN2026 | 22JUN2026 | 3400 | PRINCIPAL CHARGE-OFF | 33,666,693.35 | | | H060395 | 00007927874 |
| 22JUN2026 | 22JUN2026 | 334 | BEGIN ACCRUAL SCHEDULE | SCHEDULE | DIR | DEF01 | H060395 | 00007930981 |
| 17SEP2026 | 17SEP2026 | 3900 | INDEX RATE CHANGE | CHG TO: 7.000000 | INT | INT01 | ACBS | 00008135530 |

****End Of Data View****