# EXHIBIT H

**From:** Craig Noack <craig@noacklawfirm.com>
**Sent:** Wednesday, October 7, 2026 4:44 PM
**To:** John C. Leininger <jcl@os.law>; Napoli, Michael (Ptnr-Dal) <michael.napoli@akerman.com>
**Cc:** Craig Christopher <craig.chris@noacklawfirm.com>; Commercial Receiverships <commercial@noacklawfirm.com>
**Subject:** Re: Cole & Cord Johnson - potential global settlement

**[External to Akerman]**

Apologies, I took Mr. Napoli's email from Andrew Korn's prior correspondence, and it bounced back. Hopefully this has been corrected.

Thanks,

Craig Noack

Managing Member
**NOACK LAW FIRM, PLLC**
24165 IH-10 West, Ste. 217-418
San Antonio, Texas 78257
Email: craig@noacklawfirm.com
Phone: (210) 963-5733

Fax No.: (210) 579-1777

CONFIDENTIALITY This email message and any attachments hereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email message, you are hereby notified that any dissemination, distribution or copying of this email message, and/or any attachments hereto, is strictly prohibited. If you have received this email message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any attachments hereto and any printout hereof.

---

**From:** Craig Noack <craig@noacklawfirm.com>
**Sent:** Wednesday, October 7, 2026 4:42 PM
**To:** mike.napoli@akerman.com <mike.napoli@akerman.com>; John C. Leininger <jcl@os.law>
**Cc:** Craig Christopher <craig.chris@noacklawfirm.com>; Commercial Receiverships <commercial@noacklawfirm.com>
**Subject:** Cole & Cord Johnson - potential global settlement

Gentlemen -

I don't believe we've corresponded directly before. I am the court-appointed turnover receiver for two judgments against the Johnson brothers. They have approached me about a potential settlement that would involve my

judgment creditors as well as Cadence Bank and Century Bank. I have reviewed the proposal, and I think it has possibilities that may improve the possibility of recovery over the pending involuntary Chapter 11 bankruptcy.

I want to be clear that I have not yet even spoken to the judgment plaintiffs in my cases, but I plan to do so in the next day or so, and I am reaching out to others as well. However, I wanted to get the ball rolling to see if you have some time to meet and discuss their proposal, and whether or not it is worth exploring.

Unfortunately, I have an upcoming week-long conference, but I am available most of the morning this Friday, October 9th, and even though I will be at the conference I will have a fair amount of availability by phone on Monday, October 12th and Friday, October 16th. Would you be open to a phone or Zoom meeting to discuss?

Thanks,

Craig Noack

Managing Member
**NOACK LAW FIRM, PLLC**
24165 IH-10 West, Ste. 217-418
San Antonio, Texas 78257
Email: craig@noacklawfirm.com
Phone: (210) 963-5733

Fax No.: (210) 579-1777

CONFIDENTIALITY This email message and any attachments hereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email message, you are hereby notified that any dissemination, distribution or copying of this email message, and/or any attachments hereto, is strictly prohibited. If you have received this email message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any attachments hereto and any printout hereof.