# EXHIBIT I

CASREF,CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:23-cv-00609-BJ

Cadence Bank et al v. Bridgelink Engineering, LLC et al
Assigned to: Magistrate Judge Jeffrey L. Cureton
Case in other court: United States Court of Appeals 5th Circuit, 24-10812
United States Court of Appeals 5th Circuit, 25-11078
Cause: 28:1330 Breach of Contract

Date Filed: 06/15/2023
Date Terminated: 09/08/2025
Jury Demand: None
Nature of Suit: 140 Contract: Negotiable Instrument
Jurisdiction: Diversity

**Plaintiff**

**Cadence Bank**
*formerly known as*
BancorpSouth Bank

represented by

**Christian Peter George**
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202
904-798-3700
Fax: 904-798-3730
Email: christian.george@akerman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Blake Rasner**
Haley & Olson PC
100 N Ritchie Road, Suite 200
Waco, TX 76712
254-776-3336
Fax: 254-776-6823
Email: brasner@haleyolson.com
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**David Shaw**
Haley & Olson PC
100 N Ritchie Road, Suite 200
Waco, TX 76712
254-776-3336
Email: dshaw@haleyolson.com
*TERMINATED: 07/01/2026*
*Bar Status: Not Admitted*

**Koy R Killen**
Killen & Dennis PC

104 South Main Street
Burleson, TX 76028
817-447-0053
Fax: 817-447-0052
Email: kkillen@kdlawpc.com
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**Marshall Grant Jones**
Haley & Olson PC
100 N Ritchie Road, Suite 200
Waco, TX 76712
254-776-3336
Fax: 254-776-6823
Email: grant.jones@haleyolson.com
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**Michael D Napoli**
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
214-720-4300
Fax: 214-981-9339
Email: michael.napoli@akerman.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Rick Bradley**
Haley & Olson PC
100 N Ritchie Road, Suite 200
Waco, TX 76712
254-776-3336
Fax: 254-776-6823
Email: rbradley@haleyolson.com
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Century Bank** represented by **John C Leininger**
Otteson Shapiro LLP
4851 Lyndon B Johnson Freeway
Suite 650
Dallas, TX 75244
214-619-8325
Email: jcl@os.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin Thomas Schutte**
Otteson Shapiro LLP
4851 Lyndon B Johnson Frwy
Suite 650

Dallas, TX 75244
214-619-8355
Email: kschutte@os.law
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Bridgelink Engineering, LLC** represented by **David A Skeels**
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St
Suite 3500
Fort Worth, TX 76102
817-878-0573
Fax: 817-878-0501
Email: Dskeels@whitakerchalk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
Kearney, McWilliams & Davis, PLLC
55 Waugh Drive
Suite 150
Houston, TX 77007
713-936-9620
Fax: 281-206-0481
Email: bnevills@kmd.law
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Charles Sean North**
1034 Yellowstone Drive
Grapevine, TX 76051
214-240-6499
Email: charlesnorth@outlook.com
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Devon H Decker**
Bibby, McWilliams & Kearney PLLC
410 Pierce
Suite 241
Houston, TX 77002
713-936-9620 x113
Fax: 281-644-0561
Email: ddecker@bmkpllc.com
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
Grable Martin

950 Echo Lane
Suite 200
Houston, TX 77024
713-303-7987
Email: jasonkleinlaw@gmail.com
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
Bickel & Brewer
70 East 55th Street
16th Floor
New York, NY 10022
212/489-1400
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
Kearney McWilliams & Davis PLLC
1235 S Main Street
Suite 280
Grapevine, TX 76051
469-831-8767
Email: reaton@kmd.law
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Robert A Simon**
Whitaker Chalk Swindle & Schwartz
301 Commerce St
Suite 3500
Fort Worth, TX 76102-4135
817-878-0543
Fax: 817-878-0501
Email: rsimon@whitakerchalk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
Barnes & Associates
4309 Yoakum
Suite 100
Houston, TX 77006
713/522-9444
Fax: 713/524-2580
Email: sbarnes@kmd.law
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
Kearney McWilliams & Davis PLLC
55 Waugh #150
Houston, TX 77007
832-916-2751

Email: vpatel@kmd.law
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Cole Wayne Johnson** represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Charles Sean North**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Devon H Decker**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Robert A Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)

*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Cord Henry Johnson** represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Charles Sean North**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Devon H Decker**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Robert A Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Bighorn Construction and Reclamation, L.L.C.** represented by

**David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Charles Sean North**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Devon H Decker**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Robert A Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Bighorn Sand and Gravel LLC** represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Charles Sean North**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Devon H Decker**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Robert A Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Bighorn Investments and Properties LLC** represented by **David A Skeels**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Charles Sean North**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Devon H Decker**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Robert A Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

V.

**Respondent**

**Whitaker Chalk Swindle & Schwartz PLLC**

**Respondent**

**Kearney, McWilliams & Davis, PLLC** represented by **Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Interested Party**

**Shannon Smith Thomas**

**Interested Party**

**Craig C. Noack**
*State Court Receiver*
represented by **Craig Noack**
Noack Law Firm PLLC
24165 IH-10 West
Suite 217-418
San Antonio, TX 78257
210-963-5733
Fax: 210-579-1777
Email: craig@noacklawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Receiver**

**Receiver**
*TERMINATED: 08/10/2026*
represented by **Andrew R Korn**
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, TX 75219
214-521-0500
Email: akorn@receiverandrewkorn.com
*TERMINATED: 08/10/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Rae**
Lain Faulkner & Co., P.C.
400 North St. Paul Street #600
Dallas, TX 75201
(214) 720-1929
*TERMINATED: 01/28/2026*

*Bar Status: Not Admitted*

**Kelly McCullough**
Lain Faulkner & Co., P.C.
400 North St. Paul Street #600
Dallas, TX 75201
(214) 720-1929
*TERMINATED: 01/28/2026*
*Bar Status: Not Admitted*

**Kevin Dale McCullough**
Rochelle McCullough LLP
901 Main St
Suite 3200
Dallas, TX 75202
214-953-0182
Email: kdm@romclaw.com
*TERMINATED: 01/28/2026*
*Bar Status: Admitted/In Good Standing*

**Laura Barrientos-DuVall**
Rochelle McCullough PLLC
300 N Meridian St
Suite 1260
Indianapolis, IN 46204
317-348-5678
Email: lduvall@romclaw.com
*TERMINATED: 01/28/2026*
*Bar Status: Admitted/In Good Standing*

**Laurie D Rea**
Rochelle McCullough PLLC
325 N St. Paul Street
Suite 4500
Dallas, TX 75201
817-347-5260
Fax: 888-467-5979
Email: laurie.rea@romclaw.com
*TERMINATED: 01/28/2026*
*Bar Status: Admitted/In Good Standing*

**Michael Thomas Pipkin**
Offit Kurman
700 N Pearl Street
Suite 1610
Dallas, TX 75201
214-617-2850
Email: michael.pipkin@offitkurman.com
*TERMINATED: 01/28/2026*
*Bar Status: Admitted/In Good Standing*

**Shannon Smith Thomas**
Rochelle McCullough LLP
901 Main St

Suite 3200
Dallas, TX 75202
214-580-2504
Fax: 214-953-0185
Email: sthomas@romclaw.com
*TERMINATED: 01/28/2026*
*Bar Status: Admitted/In Good Standing*

V.

**Mediator**

**ADR Provider** represented by **Paul D Stickney**
Stickney Mediations PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
682-313-9656
Email: judgestick@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Counter Plaintiff**

**Bighorn Construction and Reclamation, L.L.C.**
*TERMINATED: 06/12/2024*

represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Counter Plaintiff**

**Bridgelink Engineering, LLC**
*TERMINATED: 06/12/2024*

represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Counter Plaintiff**

**Bighorn Sand and Gravel LLC**
*TERMINATED: 06/12/2024*

represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Counter Plaintiff**

**Bighorn Investments and Properties LLC**
*TERMINATED: 06/12/2024*

represented by

**David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)

*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Counter Plaintiff**

**Cole Wayne Johnson**
*TERMINATED: 06/12/2024*

represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Counter Plaintiff**

**Cord Henry Johnson**
*TERMINATED: 06/12/2024*

represented by **David A Skeels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Bradley Nevills**
(See above for address)

*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Jason Michael Klein**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**John Paul Giacalone**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Unknown*

**Rebecca Kristine Eaton**
(See above for address)
*TERMINATED: 02/18/2025*
*Bar Status: Admitted/In Good Standing*

**Stacey L Barnes**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

**Vikesh Navnit Patel**
(See above for address)
*TERMINATED: 04/21/2026*
*Bar Status: Admitted/In Good Standing*

V.

**Counter Defendant**

**Cadence Bank**
*TERMINATED: 06/12/2024*
*formerly known as*
BancorpSouth Bank
*TERMINATED: 06/12/2024*

represented by

**Blake Rasner**
(See above for address)
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**David Shaw**
(See above for address)
*TERMINATED: 07/01/2026*
*Bar Status: Not Admitted*

**Koy R Killen**
(See above for address)
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**Marshall Grant Jones**
(See above for address)
*TERMINATED: 07/01/2026*
*Bar Status: Admitted/In Good Standing*

**Counter Defendant**

**Century Bank**
*TERMINATED: 06/12/2024*

represented by **John C Leininger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin Thomas Schutte**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2023 | 1 | COMPLAINT against Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson filed by Century Bank. (Filing fee $402; Receipt number ATXNDC-13819728) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H, # 9 Exhibit(s) I, # 10 Exhibit(s) J, # 11 Exhibit(s) K, # 12 Exhibit(s) L, # 13 Exhibit(s) M, # 14 Exhibit(s) N, # 15 Exhibit(s) O, # 16 Cover Sheet P) (Leininger, John) (Entered: 06/15/2023) |
| 06/15/2023 | 2 | New Case Notes: A filing fee has been paid. File to: Judge Pittman. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (bdb) (Entered: 06/16/2023) |
| 06/16/2023 | 3 | Summons Issued as to Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. (bdb) (Entered: 06/16/2023) |
| 07/05/2023 | 4 | SUMMONS Returned Executed as to Bighorn Sand and Gravel LLC ; served on 6/20/2023. (Leininger, John) (Entered: 07/05/2023) |
| 07/05/2023 | 5 | SUMMONS Returned Executed as to Bighorn Investments and Properties LLC ; served on 6/20/2023. (Leininger, John) (Entered: 07/05/2023) |
| 07/05/2023 | 6 | SUMMONS Returned Executed as to Bighorn Construction and Reclamation, L.L.C. ; served on 6/20/2023. (Leininger, John) (Entered: 07/05/2023) |
| 07/05/2023 | 7 | SUMMONS Returned Executed as to Bridgelink Engineering, LLC ; served on 6/20/2023. (Leininger, John) (Entered: 07/05/2023) |
| 08/11/2023 | 8 | ORDER: A review of the record reveals that Plaintiff Cadence Bank has yet to comply with Local Rule 83.10(a), as Plaintiff's counsel is in Waco, Texas. Accordingly, no later |

| | | |
|---|---|---|
| | | than August 15, 2023, Plaintiff Cadence Bank shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a) (Ordered by Judge Mark Pittman on 8/11/2023) (sre) (Entered: 08/11/2023) |
| 08/15/2023 | 9 | NOTICE of Attorney Appearance by Marshall Grant Jones on behalf of Cadence Bank. (Filer confirms contact info in ECF is current.) (Jones, Marshall) (Entered: 08/15/2023) |
| 08/17/2023 | 10 | ANSWER to 1 Complaint,,,,,, filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice.Attorney Jason Michael Klein added to party Bighorn Construction and Reclamation, L.L.C.(pty:dft), Attorney Jason Michael Klein added to party Bighorn Investments and Properties LLC(pty:dft), Attorney Jason Michael Klein added to party Bighorn Sand and Gravel LLC(pty:dft), Attorney Jason Michael Klein added to party Bridgelink Engineering, LLC(pty:dft), Attorney Jason Michael Klein added to party Cole Wayne Johnson(pty:dft), Attorney Jason Michael Klein added to party Cord Henry Johnson(pty:dft) (Klein, Jason) (Entered: 08/17/2023) |
| 08/17/2023 | 11 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. (Clerk QC note: No affiliate entered in ECF). (Klein, Jason) (Entered: 08/17/2023) |
| 08/18/2023 | 12 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Cadence Bank. (Clerk QC note: No affiliate entered in ECF). (Rasner, Blake) (Entered: 08/18/2023) |
| 08/21/2023 | 13 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Century Bank. (Clerk QC note: Affiliate entry indicated). (Leininger, John) (Entered: 08/21/2023) |
| 08/25/2023 | 14 | ORDER: Lead counsel for each party or designee attorney with appropriate authority and any unrepresented party must confer in an in-person, face-to-face conference as soon as practicable. As a result of the Scheduling Conference, counsel must prepare and submit a Report Regarding Contents of Scheduling Order by September 8, 2023. (Ordered by Judge Mark Pittman on 8/25/2023) (bdb) (Entered: 08/25/2023) |
| 09/08/2023 | 15 | ***UNFILED AND STRICKEN PER 19 ORDER*** Joint STATUS REPORT *REGARDING SCHEDULING CONFERENCE* filed by Century Bank. (Leininger, John) Modified on 9/22/2023 (bdb). (Entered: 09/08/2023) |
| 09/12/2023 | 16 | ***UNFILED AND STRICKEN PER 19 ORDER*** NOTICE of parties' consent(s) to proceed before the magistrate judge filed by Bighorn Construction and Reclamation LLC, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cadence Bank, Century Bank, Cole Wayne Johnson, Cord Henry Johnson. (Attachments: # 1 Defendant's consent forms) (mms) Modified on 9/22/2023 (bdb). (Entered: 09/13/2023) |
| 09/18/2023 | 17 | ORDER: Before the Court is Plaintiff's Complaint (ECF No. 1 ). After reviewing the Complaint, the record, and applicable law, the Court concludes that the Complaint is hereby REFERRED to United States Magistrate Judge Jeffrey Cureton for consideration. It is therefore ORDERED that the above-captioned case is reassigned to United States |

| | | |
|---|---|---|
| | | Magistrate Judge Jeffrey Cureton for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(1), with any appeal therefrom taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3). The Court DIRECTS the Clerk of Court update the docket sheet accordingly to reflect the reassignment of this case to Magistrate Judge Cureton. All further documents filed in this case shall reflect the appropriate referral case number. (Ordered by Judge Mark Pittman on 9/18/2023) (sre) (Entered: 09/18/2023) |
| 09/18/2023 | | Case Reassigned to Magistrate Judge Jeffrey L. Cureton per 17 . Judge Mark Pittman no longer assigned to the case. (sre) (Entered: 09/20/2023) |
| 09/22/2023 | 18 | MOTION to Strike *as Counsel of Record* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Attachments: # 1 Proposed Order) (Pendroff, Benjamin) (Entered: 09/22/2023) |
| 09/22/2023 | 19 | ORDER GRANTING 18 MOTION TO STRIKE AND ORDER TO SHOW CAUSE: The Court GRANTS Movants' Motion to Strike [doc. 18 ]. It is therefore ORDERED that the Joint Status Report [doc. 15 ) and Notice of Parties' Consent to Proceed Before the Magistrate Judge [doc. 16 ) are struck and unfiled. It is further ORDERED that Movants be removed as council of record in this matter. It is hereby ORDERED that the parties shall, no later than September 27, 2023, either: (1) file an amended Joint Status Report and Notice of Parties' Consent signed by the attorneys who actual represent the parties in this case; or (2) show cause, in writing, as to why this case should not be returned to Judge Pittman. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/22/2023) (bdb) (Entered: 09/22/2023) |
| 09/27/2023 | 20 | AMENDED DOCUMENT by Century Bank. Amendment to 15 Status Report. . (Leininger, John) (Entered: 09/27/2023) |
| 09/27/2023 | 21 | AMENDED DOCUMENT by Century Bank. Amendment to 16 Notice (Other),. *AMENDED CONSENTS*. (Attachments: # 1 DEFENDANTS' CONSENTS) (Leininger, John) (Entered: 09/27/2023) |
| 09/28/2023 | 22 | SCHEDULING ORDER: Discovery due by 3/13/2024. Motions due by 4/10/2024. Each party plaintiff file any motions for leave to amend his pleadings no later than January 13, 2024. Each party defendant file any motions for leave to amend his pleadings no later than February 13, 2024. Pretrial Conference set for 6/20/2024 09:30 AM in US Courthouse, Courtroom 508, 501 W. 10th St., Fort Worth, TX 76102-3673 before Magistrate Judge Jeffrey L. Cureton. Joinder of Parties due by 10/15/2023. It is ORDERED that this cause of action is set for a non-jury trial on June 24, 2024 at 9:00 a.m. before the United States Magistrate Judge at the United States Court House, Fort Worth, Texas. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/28/2023) (bdb) (Entered: 09/29/2023) |
| 09/28/2023 | 23 | ORDER FOR REFERRAL OF MEDIATION: The parties are to select or designate a mediator. The parties are to complete mediation during the month of February. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. Deadline for parties to designate a mediator is on or before 12/1/2023. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/28/2023) (bdb) (Entered: 09/29/2023) |
| 10/05/2023 | 24 | NOTICE to Take Deposition of Preston Bass and Aaron Johnson by Century Bank. (Leininger, John) (Entered: 10/05/2023) |
| 10/31/2023 | 25 | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Action served on Aaron Johnson on 10/21/2023. (Leininger, John) (Entered: 10/31/2023) |

| | | |
|---|---|---|
| 10/31/2023 | 26 | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Action served on Preston Bass on 10/23/2023. (Leininger, John) (Entered: 10/31/2023) |
| 11/15/2023 | 27 | SETTLEMENT CONFERENCE REPORT filed by Century Bank. (Leininger, John) (Entered: 11/15/2023) |
| 12/01/2023 | 28 | NOTICE of Change of Address for Attorney John C Leininger on behalf of Century Bank. (Filer confirms contact info in ECF is current.) (Leininger, John) (Entered: 12/01/2023) |
| 12/01/2023 | 29 | NOTICE of *Request to Appoint Mediator* re: 23 Order Referring Case to ADR, filed by Cadence Bank, Century Bank (Leininger, John) (Entered: 12/01/2023) |
| 12/04/2023 | 30 | ORDER APPOINTING MEDIATOR: On December I, 2023, the parties filed a Request to Appoint Mediator doc. 29 . Therein, the parties indicated that they have been unable to agree on a mediator and request the Court to appoint a mediat or. As such, the Court hereby appoints Retired United States Magistrate Judge Paul D. Stickney, Stickney Mediations, PLLC, 12720 Hillcrest Rd., Suite 1042, Dallas, Texas 75230; (682)-313-9656. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/4/2023) (sre) (Entered: 12/04/2023) |
| 02/09/2024 | 31 | NOTICE of *Intent to Subpoena Cody Bissett and Susan Cherry* filed by Century Bank (Leininger, John) (Entered: 02/09/2024) |
| 02/23/2024 | 32 | Alternative Dispute Resolution Summary filed by ADR Provider. Attorneys in Attendance: Blake Rasner, John Leininger, Marshall Jones, Vikesh Patel. Prv Fee: $ $6,000. Outcome of ADR: Parties were unable to reach a settlement. (Stickney, Paul) (Entered: 02/23/2024) |
| 02/26/2024 | 33 | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Action served on Susan Cherry on 02/21/2024. (Leininger, John) (Entered: 02/26/2024) |
| 03/07/2024 | 34 | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Action served on Cody Bissett on 03/01/2024. (Leininger, John) (Entered: 03/07/2024) |
| 04/01/2024 | 35 | MOTION for Summary Judgment filed by Cadence Bank, Century Bank (Leininger, John) (Entered: 04/01/2024) |
| 04/01/2024 | 36 | Brief/Memorandum in Support filed by Cadence Bank, Century Bank re 35 MOTION for Summary Judgment (Leininger, John) (Entered: 04/01/2024) |
| 04/01/2024 | 37 | Appendix in Support filed by Cadence Bank, Century Bank re 36 Brief/Memorandum in Support of Motion (Attachments: # 1 Exhibit(s)) (Leininger, John) (Entered: 04/01/2024) |
| 04/22/2024 | 38 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 35 MOTION for Summary Judgment (Patel, Vikesh) (Entered: 04/22/2024) |
| 04/22/2024 | 39 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 38 Response/Objection, *Response Brief* (Patel, Vikesh) (Entered: 04/22/2024) |
| 04/23/2024 | 40 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 38 Response/Objection, 39 |

| | | |
|---|---|---|
| | | Brief/Memorandum in Support of Motion, *Appendix* (Patel, Vikesh) (Entered: 04/23/2024) |
| 04/23/2024 | 41 | ***STRICKEN AND UNFILED PER 44 *** MOTION for Leave to File Motion for Leave filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) Modified on 4/23/2024 (sre). (Entered: 04/23/2024) |
| 04/23/2024 | 42 | ***STRICKEN AND UNFILED PER 44 *** MOTION to Amend/Correct 39 Brief/Memorandum in Support of Motion, filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson (Patel, Vikesh) Modified on 4/23/2024 (sre). (Entered: 04/23/2024) |
| 04/23/2024 | 43 | ***STRICKEN AND UNFILED PER 44 *** Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson re 42 MOTION to Amend/Correct 39 Brief/Memorandum in Support of Motion, , 38 Response/Objection, 35 MOTION for Summary Judgment , 40 Appendix in Support, (Patel, Vikesh) Modified on 4/23/2024 (sre). (Entered: 04/23/2024) |
| 04/23/2024 | 44 | ORDER STRIKING AND UNFILING 41 , 42 , 43 : Defendants' Motion for Leave was filed as three separate documents and without a certificate of conference. The Court is inclined to grant the motion, however, however it must be in the proper form and contain the required certificate of conference. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/23/2024) (sre) (Entered: 04/23/2024) |
| 04/24/2024 | 45 | MOTION for Leave to File Motion for Leave for Response to Plaintiffs' MSJ filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Attachments: # 1 Proposed Amendment Amended Defendants' Brief in Support of Response to Plaintiff's Motion for Summary Judgement, # 2 Proposed Amendment Amended Appendix to Defendants' Brief pt 1 of 4, # 3 Proposed Amendment Amended Appendix to Defendants' Brief pt 2 of 4, # 4 Proposed Amendment Amended Appendix to Defendants' Brief pt 3 of 4, # 5 Proposed Amendment Amended Appendix to Defendants' Brief pt 4 of 4) (Patel, Vikesh) (Entered: 04/24/2024) |
| 04/25/2024 | 46 | ELECTRONIC ORDER GRANTING 45 Defendants' Motion for Leave to File Amended Response and Appendix. Defendants shall file their Amended Response and Appendix on or before Monday, April 29, 2024. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/25/2024) (chmb) (Entered: 04/25/2024) |
| 05/02/2024 | 47 | ORDER TO SHOW CAUSE: It is ORDERED that the Defendants either: (1) file their Amended Response and Appendix on or before Monday, May 6, 2024; or (2) show cause, in writing, no later than May 6, 2024, as to why they have not complied with the order of this Court. It is further ORDERED that Plaintiffs shall have fourteen days from the date Defendants' Amended Response is filed to file their reply. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/2/2024) (jnp) (Entered: 05/02/2024) |
| 05/04/2024 | 48 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 47 Order to Show Cause/Order to Answer, *Amended Brief in Support of Response to Plaintiffs' Motion for Summary Judgement* (Patel, Vikesh) (Entered: 05/04/2024) |

| | | |
|---|---|---|
| 05/04/2024 | 49 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 48 Brief/Memorandum in Support of Motion, 47 Order to Show Cause/Order to Answer, *Amended Appendix to Defendant's Brief in Support of Response to Plaintiffs' Motion for Summary Judgement* (Attachments: # 1 Exhibit(s) Amended Appendix to Defendants' Brief pt 1 of 4, # 2 Exhibit(s) Amended Appendix to Defendants' Brief pt 2 of 4, # 3 Exhibit(s) Amended Appendix to Defendants' Brief pt 3 of 4, # 4 Exhibit(s) Amended Appendix to Defendants' Brief pt 4 of 4) (Patel, Vikesh) (Entered: 05/04/2024) |
| 05/10/2024 | 50 | Motion to Strike Defendant's Summary Judgment Evidence and Reply filed by Cadence Bank, Century Bank re: 38 Response/Objection to 35 . (Jones, Marshall) Modified on 5/13/2024 (sre). (Entered: 05/10/2024) |
| 05/10/2024 | 51 | Brief/Memorandum in Support filed by Cadence Bank, Century Bank re 50 Reply and Motion to Strike Re: 35 (Jones, Marshall) Modified on 5/13/2024 (sre). (Entered: 05/10/2024) |
| 05/10/2024 | 52 | Appendix in Support filed by Cadence Bank, Century Bank re 50 Reply and Motion to Strike Re: 35 , 51 Brief/Memorandum in Support of Motion (Attachments: # 1 Exhibit(s)) (Jones, Marshall) Modified on 5/13/2024 (sre). (Entered: 05/10/2024) |
| 05/13/2024 | 53 | ORDER TO FILE SUR-REPLY, RESPONSE TO MOTION TO STRIKE, AND TO SHOW CAUSE: The Court ORDERS Defendants to file a sur-reply addressing Plaintiffs' arguments against their affirmative defenses on or before 5:00 p.m., Wednesday, May 22, 2024. Additionally, having reviewed Plaintiffs' Motion to Strike, the Court is troubled by Defendants alleged discovery abuses. Therefore, it is ORDERED that Plaintiffs shall fileseparate from the sur-replya response to the Motion to Strike on or before 5:00 p.m., Wednesday, May 22, 2024. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/13/2024) (sre) (Entered: 05/13/2024) |
| 05/22/2024 | 54 | Sur-reply filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 35 MOTION for Summary Judgment (Patel, Vikesh) (Entered: 05/22/2024) |
| 05/22/2024 | 55 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 54 Sur-reply, 35 MOTION for Summary Judgment , 53 Order Setting Deadline/Hearing,, (Patel, Vikesh) (Entered: 05/22/2024) |
| 05/22/2024 | 56 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 54 Sur-reply, 53 Order Setting Deadline/Hearing,, (Patel, Vikesh) (Entered: 05/22/2024) |
| 05/22/2024 | 57 | Sur-reply filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 18 MOTION to Strike *as Counsel of Record* (Patel, Vikesh) (Entered: 05/22/2024) |
| 05/22/2024 | 58 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 57 Sur-reply, 50 Response/Objection, 53 Order Setting Deadline/Hearing,, (Patel, Vikesh) (Entered: 05/22/2024) |

| | | |
|---|---|---|
| 05/22/2024 | 59 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 57 Sur-reply, 50 Response/Objection, 53 Order Setting Deadline/Hearing,, (Patel, Vikesh) (Entered: 05/22/2024) |
| 05/24/2024 | 60 | ORDER SETTING HEARING: Motion Hearing set for 5/30/2024 at 09:30 AM in US Courthouse, Courtroom 508, 501 W. 10th St., Fort Worth, TX 76102-3673 before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/24/2024) (sre) (Entered: 05/24/2024) |
| 05/30/2024 | 61 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Motion Hearing held on 5/30/2024 re 35 Motion for Summary Judgment and 50 Motion to Strike filed by Cadence Bank, Century Bank. re: 35 MOTION for Summary Judgment Attorney Appearances: Plaintiff - Blake Rasner, David Shaw, Koy Killen, John Leininger, Kevin Schutte, and Marshall Jones; Defense - Devon Decker. (Electronic Recording) (No exhibits) Time in Court - :30. (sre) (Entered: 05/30/2024) |
| 05/30/2024 | 62 | MEMORANDUM OPINION AND ORDER: It is ORDERED that Plaintiffs' Motion for Summary Judgment doc. 35 is GRANTED and Plaintiffs' Motion to Strike doc. 50 is DENIED as moot. It is further ORDERED that Plaintiffs, on or before June 13, 2024, shall file an updated application for attorneys fees and costs that includes those costs and fees incurred for these motions and the hearing. The billing records shall be unredacted so that the Court can meaningfully review the fees under applicable Fifth Circuit precedent. Given Plaintiffs attorney client privilege concerns, such application may be filed under seal. Defendants shall, on or before June 20, 2024, file their response in which they may dispute the reasonableness of the requested fees. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/30/2024) (sre) (Entered: 05/30/2024) |
| 05/30/2024 | 63 | ORDER: On this same day the Court granted Plaintiffs' Motion for Summary Judgment. Therefore, it is ORDERED that Plaintiffs' shall file a proposed final judgment on or before June 6, 2024. The order shall reflect the total damages as of the day of this order. The proposed final judgment should be agreed to in form if possible. If the parties are unable to agree, Defendants shall file any objections to the proposed final judgment on or before June 11, 2024. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/30/2024) (sre) (Entered: 05/30/2024) |
| 06/06/2024 | 64 | Proposed FINAL Judgment filed by Cadence Bank (Rasner, Blake) Modified per MJ Chambers on 6/13/2024 (sre). (Entered: 06/06/2024) |
| 06/11/2024 | 65 | MOTION for Leave to File Counterclaims filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 06/11/2024) |
| 06/11/2024 | 66 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 65 MOTION for Leave to File Counterclaims (Patel, Vikesh) (Entered: 06/11/2024) |
| 06/11/2024 | 67 | COUNTERCLAIM against Cadence Bank, Century Bank filed by Bighorn Construction and Reclamation, L.L.C., Bridgelink Engineering, LLC, Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 06/11/2024) |
| 06/11/2024 | 68 | Amended MOTION for Leave to File Counterclaim filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel |

| | | |
|---|---|---|
| | | LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 06/11/2024) |
| 06/11/2024 | 69 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 68 Amended MOTION for Leave to File Counterclaim (Patel, Vikesh) (Entered: 06/11/2024) |
| 06/12/2024 | 70 | ELECTRONIC ORDER finding as moot 65 Motion for Leave to File per [doc. 68]. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/12/2024) (chmb) (Entered: 06/12/2024) |
| 06/12/2024 | 71 | ORDER DENYING DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE COUNTERCLAIM : Defendants' 68 motion is DENIED because they have failed to show that: (1) their counterclaims are appropriate and necessary; (2) Plaintiffs would not be prejudiced; and (3) they are not guilty of undue delay. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/12/2024) (mmw) (Entered: 06/12/2024) |
| 06/13/2024 | 72 | AFFIDAVIT re 62 Memorandum Opinion and Order,,,, Order Setting Deadline/Hearing,,, by Cadence Bank. (Rasner, Blake) (Entered: 06/13/2024) |
| 06/13/2024 | 74 | AFFIDAVIT re 35 Motion for Summary Judgment *Supplemental Affidavit Regarding Attorneys' Fees* by Century Bank. (Attachments: # 1 Exhibit(s) E-1) (Leininger, John) Modified to correct link per document on 6/17/2024 (sre). (Entered: 06/13/2024) |
| 06/17/2024 | 76 | FINAL JUDGMENT: In accordance with the Court's Memorandum Opinion and Order issued on May 30, 2024, and Federal Rule of Civil Procedure 58, it is ORDERED, ADJUDGED, and DECREED that Plaintiffs Cadence Bank f/k/a BancorpSouth Bank and Century Bank ( "Plaintiffs") shall recover from Bridgelink Engineering, LLC ("Bridgelink"), Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation L.L.C., Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties, LLC (Guarantors) (collectively, "Defendants") jointly and severally, judgment in the sum of $39,825,693.39 for breach of contract, plus post-judgment interest at a rate of 5.17% to be computed as set forth in 28 U.S.C. § 1961, from the date this judgment is entered on the docket until paid. It is further ORDERED that all writs and process necessary for the enforcement and collection of this judgment shall be issued in favor of Plaintiffs. This judgment finally disposes of all parties and claims, and it is appealable. All other relief not expressly granted herein is denied. All costs under 28 U.S.C. § 1920 shall be taxed against Bridgelink and the Guarantors. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/17/2024) (mmw) (Entered: 06/17/2024) |
| 06/20/2024 | 77 | Notice of Filing of Official Electronic Transcript of Motion for Summary Judgment (35); Motion to Strike (50) Proceedings held on 05/30/2024 before Judge Jeffrey L. Cureton. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (27 pages). Redaction Request due 7/11/2024. Redacted Transcript Deadline set for 7/22/2024. Release of Transcript Restriction set for 9/18/2024. (Rehling, Kathy) (Entered: 06/20/2024) |

| | | |
|---|---|---|
| 06/21/2024 | 78 | ORDER: The Court finds that Plaintiffs' Application 72 , 73 , 74 , 75 should be GRANTED. The Court finds that Plaintiffs are entitled to $580,178.10 in reasonable attorney's fees and costs.It is therefore ORDERED that Defendants shall pay Plaintiffs $580,178.10 in reasonable attorney's fees and costs. Payment is due within 30 days of the date of this order unless the parties and counsel agree to a different payment schedule. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/21/2024) (sre) (Entered: 06/21/2024) |
| 07/15/2024 | 79 | MOTION for New Trial filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 07/15/2024) |
| 07/15/2024 | 80 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 76 Judgment,,,,, 79 MOTION for New Trial (Patel, Vikesh) (Entered: 07/15/2024) |
| 07/24/2024 | 81 | Request for Clerk to issue Abstract of Judgment filed by Cadence Bank. (Jones, Marshall) (Entered: 07/24/2024) |
| 07/24/2024 | 82 | Abstract of Judgmentn against Bridgelink Engineering, LLC issued. (sre) Modified docket text on 7/24/2024 (sre). (Entered: 07/24/2024) |
| 07/24/2024 | 83 | Request for Clerk to issue Abstract of Judgment filed by Cadence Bank. (Jones, Marshall) (Entered: 07/24/2024) |
| 07/24/2024 | 84 | Request for Clerk to issue Abstract of Judgment filed by Cadence Bank. (Jones, Marshall) (Entered: 07/24/2024) |
| 07/24/2024 | 85 | Request for Clerk to issue Abstract of Judgment filed by Cadence Bank. (Jones, Marshall) (Entered: 07/24/2024) |
| 07/24/2024 | 86 | Request for Clerk to issue Abstract of Judgment filed by Cadence Bank. (Jones, Marshall) (Entered: 07/24/2024) |
| 07/24/2024 | 87 | Abstract of Judgment issued against Cody Henry Johnson, Cole Wayne Johnson, Bighorn Sand & Gravel LLC, and Bighorn Investments and Properties, LLC. (sre) (Entered: 07/24/2024) |
| 07/24/2024 | 88 | OBJECTION filed by Cadence Bank re: 79 MOTION for New Trial (Jones, Marshall) (Entered: 07/24/2024) |
| 07/24/2024 | 89 | Brief/Memorandum in Support filed by Cadence Bank re 88 Response/Objection *to Motion for New Trial* (Jones, Marshall) (Entered: 07/24/2024) |
| 07/31/2024 | 90 | ORDER DENYING DEFENDANTS' MOTION FOR NEW TRIAL 79 : Based on the details of the order, the defendants' motion for New Trial is denied. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/31/2024) (sre) (Entered: 07/31/2024) |
| 08/30/2024 | 91 | NOTICE OF APPEAL to the Fifth Circuit by Cole Wayne Johnson, Cord Henry Johnson. Filing fee $605, receipt number ATXNDC-14882365. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that |

| | | |
|---|---|---|
| | | if original exhibits are in your possession, you must maintain them through final disposition of the case. (Patel, Vikesh) (Entered: 08/30/2024) |
| 09/10/2024 | 92 | USCA Case Number 24-10812 in United States Court of Appeals 5th Circuit for 91 Notice of Appeal, filed by Cole Wayne Johnson, Cord Henry Johnson. (tle) (Entered: 09/10/2024) |
| 10/01/2024 | | Record on Appeal for USCA5 24-10812 (related to 91 appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, 1 Volume(s) electronic transcript, Sealed or ex parte electronic document number(s): 73,75 (circuit approval is required for access),.<br>**PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 10/01/2024) |
| 10/23/2024 | 93 | MOTION to Compel *Production of Documents in Aid of Execution of Judgment* filed by Cadence Bank, Century Bank with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Leininger, John) (Entered: 10/23/2024) |
| 10/23/2024 | 94 | Appendix in Support filed by Cadence Bank, Century Bank re 93 MOTION to Compel *Production of Documents in Aid of Execution of Judgment* (Attachments: # 1 Exhibit(s) Appx. 0001-0089) (Leininger, John) (Entered: 10/23/2024) |
| 11/01/2024 | 95 | NOTICE to Take Deposition of Ashley McCormick by Century Bank. (Attachments: # 1 Exhibit(s) A) (Leininger, John) (Entered: 11/01/2024) |
| 11/13/2024 | 96 | MOTION to Compel filed by Cadence Bank, Century Bank with Brief/Memorandum in Support. (Rasner, Blake) (Entered: 11/13/2024) |
| 11/13/2024 | 97 | Appendix in Support filed by Cadence Bank, Century Bank re 96 MOTION to Compel (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Rasner, Blake) (Entered: 11/13/2024) |
| 11/13/2024 | 98 | RESPONSE filed by Cole Wayne Johnson, Cord Henry Johnson re: 93 MOTION to Compel *Production of Documents in Aid of Execution of Judgment* (Patel, Vikesh) (Entered: 11/13/2024) |
| 11/14/2024 | 99 | ORDER EXPEDITING RESPONSE AND REPLY BRIEFS: It is ORDERED that Defendants' response to Cadence Bank's Motion to Compel doc. 96 shall be filed with the Court and served on opposing counsel on or before Monday, November 18, 2024, at 3:00 p.m. Plaintiff's reply, if any, shall be filed and served on opposing counsel on or before Wednesday, November 20, 2024, at 3:00 p.m. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/14/2024) (sre) (Entered: 11/14/2024) |
| 11/18/2024 | 100 | RESPONSE filed by Cole Wayne Johnson re: 96 MOTION to Compel (Patel, Vikesh) (Entered: 11/18/2024) |
| 11/20/2024 | 101 | REPLY filed by Cadence Bank, Century Bank re: 96 MOTION to Compel (Rasner, Blake) (Entered: 11/20/2024) |
| 12/03/2024 | 102 | ORDER REQUIRING DEFENDANTS TO PRODUCE DOCUMENTS IN CAMERA REGARDING PLAINTIFFS' MOTION TO COMPEL 96 : It is ORDERED that Defendants shall, no later than Monday, December 9, 2024, at 11:00 a.m. produce for in |

| | | |
|---|---|---|
| | | camera inspection. Please see order for additional details. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/3/2024) (sre) (Entered: 12/03/2024) |
| 12/09/2024 | 103 | MOTION to Extend Time Regarding Order Requiring Defendants to Produce Documents In Camera filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC (Patel, Vikesh) (Entered: 12/09/2024) |
| 12/09/2024 | 104 | ELECTRONIC ORDER denying 103 Defendants' Motion to Extend Time. The Court finds Defendants have failed to show good cause to extend deadline to file the documents discussed in this Court's Order Requiring Defendants to Produce Documents In Camera [doc. 102]. Therefore, the Court ORDERS Defendants to produce documents by December 9, 2024, at 5:00 p.m. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/9/2024) (chmb) (Entered: 12/09/2024) |
| 12/16/2024 | 105 | ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY CORD HENRY JOHNSON AND COLE WAYNE JOHNSON IN AID OF EXECUTION OF JUDGMENT 93 : The Court CONCLUDES that Cadence Banks Motion to Compel should be GRANTED. Based on the foregoing, th Court finds that all objections asserted by Cole and Cord29 are OVERRULED. Accordingly, the Court GRANTS Cadence Bank's Motion to Compel. Therefore, all relief requested by Cadence Bank in the Motion to Compel, even if not specifically discussed herein, is GRANTED. It is further ORDERED that, in accordance with the terms of this Order, Defendants, no later than December 31, 2024, shall produce all responsive documents and, as to RFP Nos. 7, 13, 14, 15, 16, 59, and 74, supplement their responses and/or produce all responsive documents. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/16/2024) (sre) (Entered: 12/16/2024) |
| 12/17/2024 | 106 | MOTION to Dismiss for Lack of Jurisdiction filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 12/17/2024) |
| 12/17/2024 | 107 | Brief/Memorandum in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 106 MOTION to Dismiss for Lack of Jurisdiction (Patel, Vikesh) (Entered: 12/17/2024) |
| 12/17/2024 | 108 | Appendix in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 107 Brief/Memorandum in Support of Motion, (Attachments: # 1 Additional Page(s) Appendix, additional pages, Exhibits 1-26, # 2 Additional Page(s) Appendix, additional pages, Exhibits 27-33, # 3 Additional Page(s) Appendix, additional pages, Exhibits 34-40, # 4 Additional Page(s) Appendix, additional pages, Exhibits 41-47) (Patel, Vikesh) (Entered: 12/17/2024) |
| 12/18/2024 | 109 | MOTION to Stay re 106 MOTION to Dismiss for Lack of Jurisdiction filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 12/18/2024) |
| 12/18/2024 | 110 | Brief/Memorandum in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 109 MOTION to Stay re 106 MOTION to Dismiss for Lack of Jurisdiction (Patel, Vikesh) (Entered: 12/18/2024) |

| | | |
|---|---|---|
| 12/18/2024 | 111 | ORDER EXPEDITING RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION: Pending before the Court is the Motion to Dismiss for Lack of Subject Matter Jurisdiction doc. 106 filed by Defendants Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties LLC (collectively Defendants) on December 17, 2024. It is ORDERED that Plaintiffs file their response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction no later than Monday, December 23, 2024. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/18/2024) (sre) (Entered: 12/18/2024) |
| 12/18/2024 | 112 | ORDER REQUESTING EXPEDITED ADDITIONAL BRIEFING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION: Pending before the Court is the Motion to Dismiss for Lack of Subject Matter Jurisdiction doc. 106 filed by Defendants Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties LLC (collectively Defendants) on December 17, 2024. The Court ORDERS both parties to brief whether Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction is properly before this Court. It is therefore ORDERED that both parties submit their briefs no later than Monday, December 23, 2024. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/18/2024) (sre) (Entered: 12/18/2024) |
| 12/23/2024 | 113 | RESPONSE filed by Cadence Bank re: 106 MOTION to Dismiss for Lack of Jurisdiction (Rasner, Blake) (Entered: 12/23/2024) |
| 12/23/2024 | 114 | Brief/Memorandum in Support filed by Cadence Bank, Century Bank re 113 Response/Objection (Rasner, Blake) Modified filers per PDF on 12/26/2024 (mmw). (Entered: 12/23/2024) |
| 12/23/2024 | 115 | Appendix in Support filed by Cadence Bank re 113 Response/Objection (Attachments: # 1 Declaration(s), # 2 Declaration(s)) (Rasner, Blake) (Entered: 12/23/2024) |
| 12/23/2024 | 116 | Brief/Memorandum in Response filed by Cadence Bank re 112 Order Setting Deadline/Hearing re 106 Motion to Dismiss (Rasner, Blake) Modified link/text per PDF on 12/26/2024 (mmw). (Entered: 12/23/2024) |
| 12/23/2024 | 117 | Brief/Memorandum in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 112 Order Setting Deadline/Hearing re 106 Motion to Dismiss (Patel, Vikesh) Modified text/link per PDF on 12/26/2024 (mmw). (Entered: 12/23/2024) |
| 12/23/2024 | 118 | JOINDER /// RESPONSE filed by Century Bank re: 113 Response/Objection, 116 Brief/Memorandum in Support of Motion (Leininger, John) Modified text per PDF on 12/26/2024 (mmw). (Entered: 12/23/2024) |
| 12/30/2024 | 119 | ORDER GRANTING DEFENDANTS' 109 MOTION TO STAY PENDING OUTCOME OF DEFENDANTS' 106 MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION: Based on the foregoing, it is ORDERED that Defendants' Motion to Stay [doc. 109 ] is GRANTED. It is ORDERED that all postjudgment activity is stayed pending the resolution of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [doc. 106 ]. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/30/2024) (jnp) (Entered: 12/30/2024) |
| 01/29/2025 | 120 | MOTION for Leave to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, |

| | | |
|---|---|---|
| | | L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 01/29/2025) |
| 01/29/2025 | 121 | Brief/Memorandum in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 120 MOTION for Leave to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Patel, Vikesh) (Entered: 01/29/2025) |
| 01/29/2025 | 122 | REPLY filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re: 106 MOTION to Dismiss for Lack of Jurisdiction (Patel, Vikesh) (Entered: 01/29/2025) |
| 01/29/2025 | 123 | Brief/Memorandum in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 122 Reply, (Patel, Vikesh) (Entered: 01/29/2025) |
| 01/29/2025 | 124 | Appendix in Support filed by Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, Bighorn Investments and Properties LLC re 123 Brief/Memorandum in Support of Motion, (Attachments: # 1 Exhibit(s) Appendix, additional pages, Exhibits A and 1) (Patel, Vikesh) (Entered: 01/29/2025) |
| 01/31/2025 | 125 | RESPONSE AND OBJECTION filed by Cadence Bank re: 120 MOTION for Leave to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rasner, Blake) (Entered: 01/31/2025) |
| 01/31/2025 | 126 | Brief/Memorandum in Support filed by Cadence Bank re 125 Response/Objection (Rasner, Blake) (Entered: 01/31/2025) |
| 01/31/2025 | 127 | Appendix in Support filed by Cadence Bank re 126 Brief/Memorandum in Support of Motion (Attachments: # 1 Exhibit(s)) (Rasner, Blake) (Entered: 01/31/2025) |
| 02/03/2025 | 128 | ORDER SETTING MOTION HEARING: Motion Hearing set for 2/18/2025 at 10:00 AM in US Courthouse, Courtroom 2nd Floor, 501 W. 10th St. Fort Worth, TX 76102-3673 before Judge Reed C. O'Connor. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/3/2025) (sre) (Entered: 02/03/2025) |
| 02/04/2025 | 129 | NOTICE of Attorney Appearance by Rick Bradley on behalf of Cadence Bank. (Filer confirms contact info in ECF is current.) (Bradley, Rick) (Entered: 02/04/2025) |
| 02/12/2025 | 130 | MOTION for Leave to File Appear Remotely*by Attorney Nevills* filed by Bridgelink Engineering, LLC (Nevills, Bradley) (Entered: 02/12/2025) |
| 02/12/2025 | 131 | NOTICE of *Designation of Lead Counsel* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 02/12/2025) |
| 02/12/2025 | 132 | NOTICE of Attorney Appearance by Vikesh Navnit Patel for Charles S. North on behalf of Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. (Patel, Vikesh) (Entered: 02/12/2025) |
| 02/13/2025 | 133 | ELECTRONIC ORDER denying 130 Defendant's Motion for Leave to File Appear Remotely by Attorney Nevills. As set forth in the Court's Order setting a Hearing on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [doc. 128], all |

| | | |
|---|---|---|
| | | counsel are to appear before the Court at the Eldon B. Mahon Courthouse. It is therefore ORDERED that all counsel appear in person. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/13/2025) (chmb) (Entered: 02/13/2025) |
| 02/18/2025 | 134 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Motion Hearing held on 2/18/2025 re 106 Motion to Dismiss/Lack of Jurisdiction, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C.. re: 106 MOTION to Dismiss for Lack of Jurisdiction Attorney Appearances: Plaintiff - Blake Resner, David Shaw, Koy Killen, Marshall Grant Jones, Rick Bradley, John Leininger, Kevin Schutte; Defense - Bradley Nevills, Charles North, Devon Decker, Vikesh Patel, Stacey Barnes. (Court Reporter: Zoie Williams) (No exhibits) Time in Court - 1:02. (mmw) (Entered: 02/18/2025) |
| 02/18/2025 | 135 | MJSTAR CREDIT ENTRY (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/18/2025) (mmw) (Entered: 02/18/2025) |
| 02/18/2025 | 136 | ORDER TERMINATING ATTORNEYS: It is ORDERED that the following attorneys are terminated from the case: Jason Michael Klein, Rebecca Kristine Eaton, and John Paul Giacalone. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/18/2025) (mmw) (Entered: 02/18/2025) |
| 02/21/2025 | 137 | MOTION for Leave to File For Subject Matter Jurisdiction Discovery (), MOTION for Discovery *Regarding Subject Matter Jurisdiction* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 02/21/2025) |
| 02/21/2025 | 138 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 137 MOTION for Leave to File For Subject Matter Jurisdiction Discovery MOTION for Discovery *Regarding Subject Matter Jurisdiction* (Patel, Vikesh) (Entered: 02/21/2025) |
| 02/25/2025 | 139 | RESPONSE AND OBJECTION filed by Cadence Bank re: 137 MOTION for Leave to File For Subject Matter Jurisdiction Discovery MOTION for Discovery *Regarding Subject Matter Jurisdiction* (Rasner, Blake) (Entered: 02/25/2025) |
| 02/25/2025 | 140 | Brief/Memorandum in Support filed by Cadence Bank re 139 Response/Objection (Rasner, Blake) (Entered: 02/25/2025) |
| 03/02/2025 | 141 | REPLY filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 137 MOTION for Leave to File For Subject Matter Jurisdiction Discovery MOTION for Discovery *Regarding Subject Matter Jurisdiction* (Patel, Vikesh) (Entered: 03/02/2025) |
| 03/02/2025 | 142 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 141 Reply, *Motion for Leave to File For Subject Matter Jurisdiction Discovery* (Patel, Vikesh) (Entered: 03/02/2025) |
| 03/24/2025 | 143 | ORDER DEFERRING RULING ON DEFENDANTS'MOTION TO DISMISS: After carefully considering Bridgelink's Motion to Dismiss, the Court concludes that resolution of the Motion to Dismiss should be DEFERRED. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/24/2025) (wxc) (Entered: 03/24/2025) |

| | | |
|---|---|---|
| 03/24/2025 | 144 | ORDER DENYING DEFENDANTS' MOTION FOR LEAVE FOR SUBJECT MATTER JURISDICTION DISCOVERY 137 : After carefully considering the motion, response, and reply, the Court concludes that Bridgelink's Motion for Leave be DENIED. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/24/2025) (wxc) (Entered: 03/24/2025) |
| 03/26/2025 | 145 | MOTION Lift Say on Postjudgment Activity re 119 Order on Motion to Stay, filed by Cadence Bank, Century Bank (Rasner, Blake) (Entered: 03/26/2025) |
| 03/26/2025 | 146 | Brief/Memorandum in Support filed by Cadence Bank, Century Bank re 145 MOTION Lift Say on Postjudgment Activity re 119 Order on Motion to Stay, (Rasner, Blake) (Entered: 03/26/2025) |
| 04/04/2025 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Marshall Grant Jones for party(s) Appellee Cadence Bank, in case 24-10812. Access to the EROA has been granted. (tle) (Entered: 04/04/2025) |
| 04/15/2025 | 147 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 145 MOTION Lift Say on Postjudgment Activity re 119 Order on Motion to Stay, (Patel, Vikesh) (Entered: 04/15/2025) |
| 04/15/2025 | 148 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 147 Response/Objection, *Plaintiff Cadence Banks Motion to Lift Stay on Post Judgement* (Patel, Vikesh) (Entered: 04/15/2025) |
| 04/17/2025 | 149 | REPLY filed by Cadence Bank, Century Bank re: 145 MOTION Lift Say on Postjudgment Activity re 119 Order on Motion to Stay, (Rasner, Blake) (Entered: 04/17/2025) |
| 04/17/2025 | 150 | Brief/Memorandum in Support filed by Cadence Bank, Century Bank re 149 Reply (Rasner, Blake) (Entered: 04/17/2025) |
| 04/18/2025 | | APPEARANCE FORM FILED at USCA5 by Attorney Vikesh Navnit Patel for Appellant Cord Henry Johnson in 24-10812, Attorney Vikesh Navnit Patel for Appellant Cole Wayne Johnson in 24-10812. Access to the EROA has been granted. (tle) (Entered: 04/18/2025) |
| 04/18/2025 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Aaron J. Maher for party(s) Appellant Cole Wayne Johnson Appellant Cord Henry Johnson, in case 24-10812. Access to the EROA has been granted. (tle) (Entered: 04/18/2025) |
| 04/21/2025 | 151 | Supplemental MOTION to Dismiss for Lack of Jurisdiction filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 04/21/2025) |
| 04/21/2025 | 152 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 151 Supplemental MOTION to Dismiss for Lack of Jurisdiction (Patel, Vikesh) (Entered: 04/21/2025) |
| 04/21/2025 | 153 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 152 Brief/Memorandum in Support |

| | | |
|---|---|---|
| | | of Motion, 151 Supplemental MOTION to Dismiss for Lack of Jurisdiction (Patel, Vikesh) (Entered: 04/21/2025) |
| 04/24/2025 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Kevin Thomas Schutte for party(s) Appellee Century Bank, in case 24-10812. Access to the EROA has been granted. (tle) (Entered: 04/24/2025) |
| 04/24/2025 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Charles Sean North for party(s) Appellant Cole Wayne Johnson Appellant Cord Henry Johnson, in case 24-10812. Access to the EROA has been granted. (tle) (Entered: 04/24/2025) |
| 04/28/2025 | 154 | RESPONSE filed by Cadence Bank re: 151 Supplemental MOTION to Dismiss for Lack of Jurisdiction (Rasner, Blake) (Entered: 04/28/2025) |
| 04/28/2025 | 155 | Brief/Memorandum in Support filed by Cadence Bank re 154 Response/Objection (Rasner, Blake) (Entered: 04/28/2025) |
| 04/29/2025 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Stacey Len Barnes for party(s) Appellant Cole Wayne Johnson Appellant Cord Henry Johnson, in case 24-10812. Access to the EROA has been granted. (tle) (Entered: 04/29/2025) |
| 05/20/2025 | 156 | Order of USCA No. 24-10812 with Remand as to 91 Notice of Appeal, filed by Cole Wayne Johnson, Cord Henry Johnson. Case remanded to the district court for further proceedings. An appellate federal court must satisfy itself not only of its own jurisdiction, but also of that of the [district] court[] in a cause under review. Accordingly, we REMAND to the district court for the limited purpose of determining whether subject matter jurisdiction exists. We express no view on that question. After the district court rules, the case shall be returned to this panel. (tle) (Entered: 05/20/2025) |
| 05/21/2025 | 157 | ORDER FOR AFFIDAVITS ESTABLISHING CITIZENSHIP OF DEFENDANTS FORPURPOSES OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332(a): It is ORDERED that Bridgelink submit affidavits, no later than May 27, 2025, as to the citizenship of the following Defendants: Bridgelink Engineering, LLC, Bighorn Construction and Reclamation, L.L.C, Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties LLC. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/21/2025) (hcc) (Entered: 05/21/2025) |
| 05/23/2025 | 158 | Second MOTION for Leave to File Subject Matter Jurisdiction Discovery filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 05/23/2025) |
| 05/23/2025 | 159 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 158 Second MOTION for Leave to File Subject Matter Jurisdiction Discovery (Patel, Vikesh) (Entered: 05/23/2025) |
| 05/23/2025 | 160 | ORDER FOR EXPEDITED BRIEFING ON DEFENDANTS' 158 SECOND MOTION FOR LEAVE FOR SUBJECT MATTER JURISDICTION DISCOVERY: Having carefully considered the motion, the Court concludes expedited briefing from Plaintiffs is necessary. Based on the foregoing, it is ORDERED that Plaintiffs shall file their response to Defendants' Second Motion for Leave for Subject Matter Jurisdiction Discovery no later than Wednesday, May 28, 2025 at 12:00 p.m. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/23/2025) (hcc) (Entered: 05/23/2025) |
| 05/27/2025 | 161 | RESPONSE to a Magistrate Judge Order 157 ORDER FOR AFFIDAVITS ESTABLISHING CITIZENSHIP OF DEFENDANTS FORPURPOSES OF DIVERSITY |

| | | |
|---|---|---|
| | | OF CITIZENSHIP UNDER 28 U.S.C. § 1332(a): It is ORDERED that Bridgelink submit affidavits, no later than May 27, 2025, as to the citizenship of the following Defendants: Bridgelink Engineering, LLC, Bighorn Construction and Reclamation, L.L.C, Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties LLC. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/21/2025) (hcc) . (Patel, Vikesh) (Entered: 05/27/2025) |
| 05/27/2025 | 162 | ***STRICKEN AND UNFILED PER 163 ORDER*** (Document Restricted) Exhibit to Response to Order 157 (Sealed pursuant to SO 19-1, statute, or rule) filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) Modified per 163 order on 5/28/2025 (saw). (Entered: 05/27/2025) |
| 05/27/2025 | 163 | ORDER STRIKING AND UNFILING DOCUMENT 162 Sealed and/or Ex Parte Document, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C. due to the following deficiency: A party may file under seal any document that a statute or rule requires or permits. The order cited by Defendants "SO 19-1" is inapplicable to the document filed. A party may also file a document under seal only on motion and by permission of the presiding judge. No motion has been made by Defendants. Additionally, as to the contents of the document, the exhibit fails to comply with the Court's previous Order [doc. 157 ] because it fails to set forth the members of all LLCs identified as Defendants or, in this case, members of the Defendant LLCs. Simply put, Defendants shall identify each individual member of the Defendant LLCs and the members of any LLCs that are identified to be members of the Defendant LLCs. re: 162 Sealed and/or Ex Parte Document, (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/27/2025) (saw) (Entered: 05/27/2025) |
| 05/27/2025 | 166 | SECOND ORDER TO SUBMIT AFFIDAVITS ESTABLISHING CITIZENSHIP OF DEFENDANTS FOR PURPOSES OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332(a): It is ORDERED that Defendants shall submit affidavits, no later than May 30, 2025, as to the citizenship of the following Defendants: Bridgelink Engineering, LLC, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand and Gravel LLC, and Bighorn Investments and Properties LLC. It is further ORDERED that Defendants shall set out the members of each LLC identified as either a Defendant LLC or a member of a Defendant LLC, and shall set out the citizenship of each member. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/27/2025) (hcc) (Entered: 05/28/2025) |
| 05/28/2025 | 164 | RESPONSE AND OBJECTION filed by Cadence Bank, Century Bank re: 158 Second MOTION for Leave to File and 160 Order Setting Deadline/Hearing (Rasner, Blake) Modified document link on 5/28/2025 (hcc). (Entered: 05/28/2025) |
| 05/28/2025 | 165 | Brief/Memorandum in Support filed by Cadence Bank, Century Bank re 164 Response/Objection (Rasner, Blake) (Entered: 05/28/2025) |
| 05/28/2025 | 167 | ORDER REGARDING DEFENDANTS' SECOND MOTION FOR LEAVE FOR SUBJECT MATTER JURISDICTION DISCOVERY: It is ORDERED that Bridgelink's 158 Second Motion for Leave for Subject Matter Jurisdiction Discovery is PARTIALLY GRANTED. It is further ORDERED that Bridgelink's 158 Second Motion for Leave for Subject Matter Jurisdiction Discovery is PARTIALLY DENIED. It is further ORDERED that the Bridgelink shall, no later than July 11, 2025, file a motion to supplement the record. It is further ORDERED that Plaintiffs shall, no later than July 18, 2025, file a response, if any, to Bridgelink's motion to supplement the record. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/28/2025) (hcc) (Entered: 05/28/2025) |

| | | |
|---|---|---|
| 05/30/2025 | 168 | ***STRICKEN AND UNFILED PER 170 ORDER*** MOTION for Leave to File Under Seal the Affidavits Establishing Citizenship of Defendants in Accordance with the Courts Order 157 filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) Modified on 5/30/2025 (hcc). (Entered: 05/30/2025) |
| 05/30/2025 | 169 | ***STRICKEN AND UNFILED PER 170 ORDER***Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 168 MOTION for Leave to File Under Seal the Affidavits Establishing Citizenship of Defendants in Accordance with the Courts Order 157 (Patel, Vikesh) Modified on 5/30/2025 (hcc). (Entered: 05/30/2025) |
| 05/30/2025 | 170 | ORDER STRIKING AND UNFILING DOCUMENTS 168 and 169 due to the following deficiency: When a party files a motion for leave to file a document under seal, the party may file the motion under seal and must attach the proposed sealed document as an exhibit. See 79.3(c). (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/30/2025) (hcc) (Entered: 05/30/2025) |
| 05/30/2025 | 171 | (Document Restricted) Motion for Leave to File Under Seal the Affidavits Establishing Citizenship of Defendants in Accordance with the Courts Order 157 (Sealed pursuant to motion to seal) filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Attachments: # 1 Proposed Order Proposed Order) (Patel, Vikesh) (Entered: 05/30/2025) |
| 05/30/2025 | 172 | (Document Restricted) Sealed Brief/Memorandum in Support re: 171 Sealed and/or Ex Parte Motion, (Sealed pursuant to SO 19-1, statute, or rule) filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Attachments: # 1 Exhibit(s) Exhibit 1 - Affidavit of Cole W. Johnson) (Patel, Vikesh) (Entered: 05/30/2025) |
| 06/02/2025 | 175 | ELECTRONIC ORDER finding as moot Defendants' Motion for Leave to File Under Seal the Affidavits Establishing Citizenship of Defendants ("First Motion to File Under Seal") 171 . On May 30, 2025, Defendants filed a subsequent Motion for Leave to File Ex Parte or in the Alternative Under Seal the Affidavit Establishing Citizenship of Defendants [doc. 173]. Having carefully considered the motions, the Court finds that in both motions Defendants seek the same relief-a request to file an affidavit under seal-and that the motions are thus duplicative. Based on the foregoing, it is ORDERED that Defendants' First Motion to File Under Seal [doc. 171] is now MOOT. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/2/2025) (chmb)(km) (Entered: 06/02/2025) |
| 06/02/2025 | 177 | MOTION for Reconsideration re 167 Order on Motion for Leave to File,, filed by Cadence Bank with Brief/Memorandum in Support. (Rasner, Blake) (Entered: 06/02/2025) |
| 06/02/2025 | 178 | ORDER FOR EXPEDITED BRIEFING ON PLAINTIFF'S MOTION FOR RECONSIDERATION: Having carefully considered the motion, and noting it is opposed, the Court concludes that a response from Defendants is necessary. Based on the foregoing, it is ORDERED that Defendants shall, no later than June 9, 2025, file a response to Cadence Bank's Motion for Reconsideration 177 . (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/2/2025) (hcc) (Entered: 06/02/2025) |
| 06/04/2025 | 179 | RESPONSE filed by Cadence Bank, Century Bank re: 176 Sealed and/or Ex Parte Order, (Rasner, Blake) (Entered: 06/04/2025) |

| | | |
|---|---|---|
| 06/09/2025 | 180 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 177 MOTION for Reconsideration re 167 Order on Motion for Leave to File,, (Attachments: # 1 Exhibit(s) Exhibit 1 - Email Correspondence with Plaintiff Cadence) (Patel, Vikesh) (Entered: 06/09/2025) |
| 06/10/2025 | 181 | REPLY filed by Cadence Bank re: 177 MOTION for Reconsideration re 167 Order on Motion for Leave to File,, (Jones, Marshall) (Entered: 06/10/2025) |
| 06/11/2025 | 182 | ORDER SETTING MOTION HEARING: Having carefully considered the 177 motion, response, and reply, the Court finds that a hearing is necessary. It is ORDERED that all counsel appear before this Court at 10:00 a.m. on Tuesday, June 24, 2025 in the Honorable Judge Jeffrey L. Cureton's Courtroom located on the 5th Floor of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Courtroom 508, Fort Worth, Texas 76102. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/11/2025) (hcc) (Entered: 06/11/2025) |
| 06/20/2025 | 183 | MOTION to Quash filed by Cadence Bank with Brief/Memorandum in Support. (Rasner, Blake) (Entered: 06/20/2025) |
| 06/23/2025 | 184 | ORDER GRANTING PLAINTIFF CADENCE BANK'S 183 MOTION TO QUASH: Defendants' notices of deposition and subpoenas duces tecum as to Rollins and Bagley are premature. Based on the foregoing, it is ORDERED that Plaintiff Cadence Bank's Motion to Quash [doc. 183 ] is GRANTED. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/23/2025) (jnp) (Entered: 06/23/2025) |
| 06/24/2025 | 185 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Motion Hearing held on 6/24/2025 re 173 Sealed and/or Ex Parte Motion, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C., 177 Motion for Reconsideration filed by Cadence Bank, 151 Motion to Dismiss/Lack of Jurisdiction, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C.. Attorney Appearances: Plaintiff - Blake Resner, David Shaw, Koy Killen, Marshall Grant Jones, and Rick Bradley; John Leininger and Kevin Schutte; Defense - Devon Decker and Vikesh Patel; Stacey Barnes. (Court Reporter: Zoie Williams) (No exhibits) Time in Court - 00:53. For the reasons stated on the record, Defendants' Motion to Supplement [doc. 151 ] is GRANTED. For the reasons stated on the record, Defendants' Motion for Leave to File Ex Parte or Under Seal [doc. 173 ] is DENIED. It is ORDERED that Defendants shall file the affidavit establishing citizenship of Defendants, in accordance with the Court's previous order [doc. 166 ], no later than June 27, 2025. (hcc) (Entered: 06/24/2025) |
| 06/27/2025 | 186 | MOTION for Reconsideration re 185 Motion Hearing, *Regarding Defendants Motion for Leave to File Ex Parte or Under Seal the Affidavit Establishing Citizenship Of Defendants in Accordance with the Courts Order 166* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 06/27/2025) |
| 06/30/2025 | 188 | ORDER REGARDING PLAINTIFF CADENCE BANK'S 177 MOTION FOR RECONSIDERATION: The Court concludes that Cadence Bank's motion should be PARTIALLY GRANTED. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/30/2025) (mmw) (Entered: 06/30/2025) |
| 06/30/2025 | 189 | ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION: It is ORDERED that the Defendants' 186 Motion for Reconsideration is DENIED. (Ordered |

| | | |
|---|---|---|
| | | by Magistrate Judge Jeffrey L. Cureton on 6/30/2025) (mmw) (Entered: 06/30/2025) |
| 07/22/2025 | 190 | Notice of Filing of Official Electronic Transcript of Motions Hearing Proceedings held on 6.24.25 before Judge Jeffrey Cureton. Court Reporter/Transcriber Zoie Williams, Telephone number 817.850.6630. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (66 pages) Redaction Request due 8/12/2025. Redacted Transcript Deadline set for 8/22/2025. Release of Transcript Restriction set for 10/20/2025. (zow) (Entered: 07/22/2025) |
| 07/23/2025 | 191 | MOTION to Extend Time Motion for Extension of Time to Supplement the Record in accordance with Order 188 filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 07/23/2025) |
| 07/24/2025 | 192 | ORDER GRANTING DEFENDANTS' 191 MOTION FOR EXTENSION OF TIME TO SUPPLEMENT THE RECORD: Having carefully considered the motion, the Court concludes that Bridgelink's Motion for Extension to Supplement should be GRANTED. Based on the foregoing, it is ORDERED that both parties shall, no later than August 7, 2025, file motions to supplement the record. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/24/2025) (hcc) (Entered: 07/24/2025) |
| 07/25/2025 | 193 | RESPONSE filed by Cadence Bank re: 191 MOTION to Extend Time Motion for Extension of Time to Supplement the Record in accordance with Order 188 (Attachments: # 1 Exhibit(s)) (Jones, Marshall) (Entered: 07/25/2025) |
| 08/07/2025 | 194 | MOTION To Supplement the Record Pertaining to its Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Brief in Support filed by Cadence Bank with Brief/Memorandum in Support. (Rasner, Blake) (Entered: 08/07/2025) |
| 08/07/2025 | 195 | Appendix in Support filed by Cadence Bank re 194 MOTION To Supplement the Record Pertaining to its Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Brief in Support (Attachments: # 1 Exhibit(s)) (Rasner, Blake) (Entered: 08/07/2025) |
| 08/07/2025 | 196 | Supplemental MOTION to Dismiss for Lack of Jurisdiction *Motion to Supplement the Record in Accordance with the Courts Order 188 Regarding Defendants Motion to Dismiss for Lack of Subject Jurisdiction* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 08/07/2025) |
| 08/07/2025 | 197 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 196 Supplemental MOTION to Dismiss for Lack of Jurisdiction *Motion to Supplement the Record in Accordance with the Courts Order 188 Regarding Defendants Motion to Dismiss for Lack of Subject Jurisdiction* (Patel, Vikesh) (Entered: 08/07/2025) |
| 08/07/2025 | 198 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 197 Brief/Memorandum in Support |

| | | |
|---|---|---|
| | | of Motion, (Attachments: # 1 Exhibit(s) Appendix to Defendants' Brief pt 1 of 5, # 2 Exhibit(s) Appendix to Defendants' Brief pt 2 of 5, # 3 Exhibit(s) Appendix to Defendants' Brief pt 3 of 5, # 4 Exhibit(s) Appendix to Defendants' Brief pt 4 of 5, # 5 Exhibit(s) Appendix to Defendants' Brief pt 5 of 5) (Patel, Vikesh) (Entered: 08/07/2025) |
| 08/07/2025 | 199 | MOTION TO SUPPLEMENT THE RECORD PERTAINING TO ITS RESPONSE TO DEFENDANTS MOTION TO DISMISS filed by Century Bank (Attachments: # 1 Declaration(s) Exhibit A - Declaration) (Leininger, John) (Entered: 08/07/2025) |
| 08/14/2025 | 200 | ORDER TO SHOW CAUSE: It is ORDERED that Defendants shall: (1) file an affidavit establishing the citizenship of Defendants in accordance with this Court's previous orders on or before August 15, 2025, and (2) show cause, in writing, no later than August 15, 2025, as to why they have not complied with this Court's previous orders to file this affidavit. Failure to comply with this Order shall result in appropriate sanctions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/14/2025) (hcc) (Entered: 08/14/2025) |
| 08/15/2025 | 201 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 200 Order Setting Deadline/Hearing,, (Attachments: # 1 Exhibit(s)) (Patel, Vikesh) (Entered: 08/15/2025) |
| 08/21/2025 | 202 | ***STRICKEN and UNFILED per 203 ORDER***RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 194 MOTION To Supplement the Record Pertaining to its Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Brief in Support (Patel, Vikesh) Modified on 8/22/2025 (hcc). (Entered: 08/21/2025) |
| 08/22/2025 | 203 | ORDER STRIKING AND UNFILING DOCUMENT 202 : On June 30, 2025, this Court entered an Order [doc. 188 ] granting Plaintiffs' Motion for Reconsideration. In that Order, this Court ordered each party to file any motions to supplement the record within ten days following the deposition of Jeff Jaggers. Furthermore, the Order stated that each party may "file their own motion to supplement the record but shall not file a response or reply to the opposing party's motion." Therefore, Defendants filing of this Response [doc. 202 ], despite this Court's instruction not to, is improper. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/22/2025) (hcc) (Entered: 08/22/2025) |
| 08/22/2025 | 204 | ELECTRONIC ORDER granting 194 Plaintiff Cadence Bank's Motion to Supplement the Record Pertaining to its Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/22/2025) (chmb)(km) (Entered: 08/22/2025) |
| 08/22/2025 | 205 | ELECTRONIC ORDER granting 196 Defendants' Motion to Supplement the Record in Accordance with the Court's Order [doc. 188 ] Regarding Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/22/2025) (chmb)(km) (Entered: 08/22/2025) |
| 08/22/2025 | 206 | ELECTRONIC ORDER granting 199 Plaintiff Century Bank's Motion to Supplement the Record Pertaining to its Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/22/2025) (chmb)(km) (Entered: 08/22/2025) |
| 09/08/2025 | 207 | ORDER DENYING DEFENDANTS' 106 MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LIFTING THE STAY ON POST-JUDGMENT DISCOVERY, AND RETURNING CASE TO THE U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT: Based on the foregoing, it is ORDERED that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF No. 106] is DENIED. It is further ORDERED that the previously granted stay on post-judgment discovery [ECF No. |

| | | |
|---|---|---|
| | | 119 ] is lifted. The Court further ORDERS this case be returned to the U.S. Court of Appeals for the Fifth Circuit for further proceedings. The Clerk of the Court is DIRECTED to supplement the appellate record with copies of all filings that have been made in this docket since the Fifth Circuit's May 20, 2025 limited order of remand. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/8/2025) (hcc) (Entered: 09/08/2025) |
| 09/08/2025 | 208 | ORDER PARTIALLY GRANTING PLAINTIFFS' 96 MOTION TO COMPEL: Based on the foregoing, it is ORDERED that Cadence Bank's Motion to Compel [doc. 96 ] is PARTIALLY GRANTED. It is further ORDERED that Cadence Bank's Motion to Compel is PARTIALLY DENIED as to Cadence Bank's Request for sanctions at this time without prejudice to refiling. It is further ORDERED that the parties meet and confer within twenty-one (21) days of this Order and shall, within seven (7) days following their meeting, jointly submit the availability of the parties to schedule the depositions of Defendants Cole Wayne Johnson and Cord Henry Johnson at the Eldon B. Mahon U.S. Courthouse, 501 W. 10th St., Fort Worth, TX 76107. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/8/2025) (hcc) (Entered: 09/08/2025) |
| 09/08/2025 | 209 | ELECTRONIC ORDER finding as moot 145 Plaintiffs' Motion to Lift Stay on Post-Judgment Activity based on the Court's 207 Order Denying Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, Lifting the Stay on Post-Judgment Discovery, and Returning Case to the U.S. Court of Appeals for the Fifth Circuit issued this same day. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/8/2025) (chmb) (Entered: 09/08/2025) |
| 09/16/2025 | 210 | NOTICE of *Failure to Confer* re: 208 Order on Motion to Compel,,, filed by Cadence Bank (Attachments: # 1 Exhibit(s)) (Jones, Marshall) (Entered: 09/16/2025) |
| 09/16/2025 | 211 | MOTION Application to Appoint Receiver filed by Cadence Bank with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Ex. A - Pledge and Security Agreement, # 2 Exhibit(s) Ex. B, # 3 Exhibit(s) Ex. C, # 4 Exhibit(s) Ex. D, # 5 Exhibit(s) Ex. E - Proposed Order re Receivership) (Jones, Marshall) (Entered: 09/16/2025) |
| 09/18/2025 | | Supplemental Record on Appeal for USCA5 25-10812 (related to 91 appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, 1 Volume(s) electronic transcript, Sealed or ex parte electronic document number(s): 171,172,173,174,176,187 (circuit approval is required for access),.<br>**PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 09/18/2025) |
| 09/18/2025 | 212 | ***DISREGARD DOCKETED IN ERROR SEE DOCUMENT No. 213 *** NOTICE OF APPEAL as to 207 Order on Motion to Dismiss/Lack of Jurisdiction,,, to the Fifth Circuit by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. Filing fee $605, receipt number ATXNDC-15850459. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you |

| | | |
|---|---|---|
| | | offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Patel, Vikesh) Modified on 9/18/2025 (tle). (Entered: 09/18/2025) |
| 09/18/2025 | 213 | NOTICE OF APPEAL as to 207 Order on Motion to Dismiss/Lack of Jurisdiction,,, to the Fifth Circuit by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. Filing fee $605, receipt number ATXNDC-15850567. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Patel, Vikesh) (Entered: 09/18/2025) |
| 09/18/2025 | 214 | MOTION to Stay *Pending Appeal Regarding Subject Matter Jurisdiction* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 09/18/2025) |
| 09/18/2025 | 215 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 214 MOTION to Stay *Pending Appeal Regarding Subject Matter Jurisdiction* (Patel, Vikesh) (Entered: 09/18/2025) |
| 09/23/2025 | 216 | RESPONSE filed by Cadence Bank, Century Bank re: 214 MOTION to Stay *Pending Appeal Regarding Subject Matter Jurisdiction* (Rasner, Blake) (Entered: 09/23/2025) |
| 09/24/2025 | 217 | USCA Case Number 25-11078 in United States Court of Appeals 5th Circuit for 213 Notice of Appeal, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C.. (tle) (Entered: 09/24/2025) |
| 09/30/2025 | | Record on Appeal for USCA5 25-11078 (related to 213 appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, 2 Volume(s) electronic transcript, Sealed or ex parte electronic document number(s): 73,75,171,172,173,174,176,187 (circuit approval is required for access),.<br>**PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the |

| | | |
|---|---|---|
| | | record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 09/30/2025) |
| 09/30/2025 | 218 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 208 Order on Motion to Compel,,, (Patel, Vikesh) (Entered: 09/30/2025) |
| 09/30/2025 | 219 | MOTION for Sanctions *For Failure to Follow Court Order* filed by Cadence Bank with Brief/Memorandum in Support. (Jones, Marshall) (Entered: 09/30/2025) |
| 10/01/2025 | 220 | Received letter from United States Court of Appeals 5th Circuit No. 24-10812 Consolidated with 25-11078. In light of the court order consolidating the above appeals, a revised caption is enclosed. The lead case and all filings should be filed in 24-10812 and applied to 25-11078. (tle) (Entered: 10/01/2025) |
| 10/01/2025 | 221 | ORDER of USCA No. 25-11078 as to 213 Notice of Appeal, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C.. IT IS ORDERED that Appellants opposed motion to stay post judgment discovery pending appeal is DENIED. IT IS FURTHER ORDERED that Appellants opposed motion to consolidate 25-11078 with 24-10812 is GRANTED. No further briefing will be allowed in 25-11078 absent further order of the Court (tle) (Entered: 10/01/2025) |
| 10/01/2025 | 222 | ***STRICKEN AND UNFILED PER 224 ORDER***NOTICE of *Letter* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) Modified on 10/2/2025 (hcc). (Entered: 10/01/2025) |
| 10/01/2025 | 223 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 219 MOTION for Sanctions *For Failure to Follow Court Order* (Patel, Vikesh) (Entered: 10/01/2025) |
| 10/02/2025 | 224 | ORDER STRIKING AND UNFILING DOCUMENT 222 : The document(s) must be in proper form. See LR 10.1 or LCrR 49.3. The signature of the attorney of record, which includes a party proceeding pro se, is required on each document filed. See FED. R. Civ. P. 11(a), FED. R. Crim. P. 49(d), LR 11.1(b), or LCrR 49.5(b). (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/2/2025) (hcc) (Entered: 10/02/2025) |
| 10/02/2025 | 225 | NOTICE of *Letter* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 10/02/2025) |
| 10/08/2025 | 226 | REPLY filed by Cadence Bank re: 219 MOTION for Sanctions *For Failure to Follow Court Order* (Jones, Marshall) (Entered: 10/08/2025) |
| 10/13/2025 | 227 | Sur-reply filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 219 MOTION for Sanctions *For Failure to Follow Court Order* (Patel, Vikesh) (Entered: 10/13/2025) |
| 10/14/2025 | 228 | ELECTRONIC ORDER denying 214 Motion to Stay. After reviewing the parties' arguments and the applicable law, the Court determines there is no valid legal reason for staying post-judgment discovery at this time. (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/14/2025) (chmb) (Entered: 10/14/2025) |
| 10/15/2025 | 229 | ORDER SETTING DEPOSITIONS: It is ORDERED that the depositions of Cole Wayne Johnson and Cord Henry Johnson will be conducted Friday, November 7, 2025, |

| | | |
|---|---|---|
| | | commencing at 9:00 a.m., in Room 505, Fifth Floor, U.S. District Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102. The magistrate judge will not attend the deposition but will be available to promptly dispose of issues that may arise. If Plaintiffs issue any notice regarding these depositions, they shall incorporate the date, location, and time set forth above. (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/15/2025) (hcc) (Entered: 10/15/2025) |
| 10/20/2025 | 230 | ORDER of USCA No. 24-10812 consol w/No. 25-11078 as to 213 Notice of Appeal, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C., 91 Notice of Appeal, filed by Cole Wayne Johnson, Cord Henry Johnson. IT IS ORDERED that Appellants opposed motion to stay post judgment discovery pending appeal is DENIED. IT IS FURTHER ORDERED that Appellants opposed motion requesting oral argument be heard on the motion for stay pending appeal is DENIED. (Attachments: # 1 Cover Letter) (tle) (Entered: 10/20/2025) |
| 10/22/2025 | 231 | ORDER GRANTING PLAINTIFFS' JOINT APPLICATION FOR APPOINTMENT OF RECEIVER AND INJUNCTIVE RELIEF: Having reviewed the 211 Motion, the arguments of counsel, applicable law, the evidence on file, and noting that Defendants have wholly failed to file a response, the Court is of the opinion that the Motion is meritorious and therefore is GRANTED in its entirety. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Kelly McCullogh and Jason Rae hereby are, appointed Receivers of Bridgelink Engineering, LLC; Bighorn Sand & Gravel, LLC; Bighorn Investments & Properties, LLC; Cord Henry Johnson, and Cole Wayne Johnson, and all of their property and assets. It is further ORDERED, ADJUDGED and DECREED that this Receivership will continue in effect until further Order from this Court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/22/2025) (hcc) (Entered: 10/22/2025) |
| 10/22/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:231. Wed Oct 22 15:43:44 CDT 2025 (crt) (Entered: 10/22/2025) |
| 10/27/2025 | 232 | NOTICE of Attorney Appearance by David A Skeels on behalf of Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. (Filer confirms contact info in ECF is current.) (Skeels, David) (Entered: 10/27/2025) |
| 10/27/2025 | 233 | NOTICE of Attorney Appearance by Robert A Simon on behalf of Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson. (Filer confirms contact info in ECF is current.) (Simon, Robert) (Entered: 10/27/2025) |
| 10/27/2025 | 234 | MOTION Emergency Relief from Order Granting Applicaiton for Appointment of Receiver or, In the Alternative, Motion to Modify Order re 231 Order on Motion for Miscellaneous Relief,,, filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Skeels, David) (Entered: 10/27/2025) |
| 10/27/2025 | 235 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 234 MOTION Emergency Relief from Order Granting Applicaiton for Appointment of Receiver or, In the Alternative, Motion to Modify Order re 231 Order on Motion for Miscellaneous Relief,,, (Skeels, David) (Entered: 10/27/2025) |
| 10/27/2025 | 236 | MOTION to Expedite , MOTION for Hearing re 234 MOTION Emergency Relief from Order Granting Applicaiton for Appointment of Receiver or, In the Alternative, Motion to |

| | | |
|---|---|---|
| | | Modify Order re 231 Order on Motion for Miscellaneous Relief,,, () filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Attachments: # 1 Proposed Order) (Skeels, David) (Entered: 10/27/2025) |
| 10/28/2025 | 237 | ORDER EXPEDITING RESPONSE TO DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM ORDER GRANTING APPLICATION FOR APPOINTMENT OF RECEIVER: Having carefully considered the 234 Motion, the Court concludes an expedited response is necessary. Based on the foregoing, it is ORDERED that Plaintiffs shall file a response to Defendants' Motion no later than October 30, 2025, at 5 pm. (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/28/2025) (hcc) (Entered: 10/28/2025) |
| 10/28/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:237. Tue Oct 28 12:28:07 CDT 2025 (crt) (Entered: 10/28/2025) |
| 10/30/2025 | 238 | RESPONSE filed by Cadence Bank, Century Bank re: 236 MOTION to Expedite MOTION for Hearing re 234 MOTION Emergency Relief from Order Granting Applicaiton for Appointment of Receiver or, In the Alternative, Motion to Modify Order re 231 Order on Motion for Miscellaneous Relief,,, , 234 MOTION Emergency Relief from Order Granting Applicaiton for Appointment of Receiver or, In the Alternative, Motion to Modify Order re 231 Order on Motion for Miscellaneous Relief,,, (Rasner, Blake) (Entered: 10/30/2025) |
| 10/31/2025 | 239 | REPLY filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 234 MOTION Emergency Relief from Order Granting Applicaiton for Appointment of Receiver or, In the Alternative, Motion to Modify Order re 231 Order on Motion for Miscellaneous Relief,,, (Attachments: # 1 Exhibit(s) Proposed Order Mofidyfing Receivership) (Skeels, David) (Entered: 10/31/2025) |
| 10/31/2025 | 240 | ORDER REGARDING DEFENDANTS EMERGENCY MOTION FOR RELIEF FROM ORDER GRANTING APPLICATION FOR APPOINTMENT OF RECEIVER 234 : Based on the foregoing, it is ORDERED that the parties shall continue to meet, confer, and make a good-faith effort to resolve Defendants' Motion by November 5, 2025, at noon. Further, it is ORDERED that, if the parties are able to completely resolve this dispute, Defendants shall, no later than November 5, 2025, at 5 p.m., notify the Court in writing as soon and attach a proposed amended order appointing a receiver that incorporates the parties' agreement. Further, it is ORDERED that, if the parties are able to resolve part, but not all of their dispute, the parties shall file a joint report informing the Court of any remaining disputed matters, no later than November 5, 2025, at 5 pm. (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/31/2025) (hcc) (Entered: 10/31/2025) |
| 10/31/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:240. Fri Oct 31 14:22:09 CDT 2025 (crt) (Entered: 10/31/2025) |
| 11/05/2025 | 241 | ORDER of USCA No. 24-10812 consolidated with No. 25-11078 as to 213 Notice of Appeal, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C., 91 , Notice of Appeal filed by Cole Wayne Johnson, Cord Henry Johnson. IT IS ORDERED that Appellants opposed motion to stay post judgment discovery pending appeal is DENIED. IT IS FURTHER ORDERED that Appellants opposed motion to stay the receivership order entered by the District Court pending appeal is DENIED. IT IS FURTHER ORDERED that Appellants |

| | | |
|---|---|---|
| | | opposed motion that oral argument be heard on the motion for stay pending appeal is DENIED. (Attachments: # 1 Cover Letter) (tle) (Entered: 11/05/2025) |
| 11/05/2025 | 242 | RESPONSE filed by Cadence Bank re: 240 Order Setting Deadline/Hearing,,, (Jones, Marshall) (Entered: 11/05/2025) |
| 11/06/2025 | 243 | AMENDED ORDER GRANTING PLAINTIFFS' JOINT APPLICATION FOR APPOINTMENT OF RECEIVER AND INJUNCTIVE RELIEF 211 : Having reviewed the Motion, the arguments of counsel, applicable law, and the evidence on file, the Court is of the opinion that the Motion is meritorious and therefore is GRANTED as modified herein. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/6/2025) (hcc) (Entered: 11/06/2025) |
| 11/06/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:243. Thu Nov 6 17:02:53 CST 2025 (crt) (Entered: 11/06/2025) |
| 11/06/2025 | 244 | MOTION for Protective Order filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. (Patel, Vikesh) (Entered: 11/06/2025) |
| 11/06/2025 | 245 | Brief/Memorandum in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 244 MOTION for Protective Order (Attachments: # 1 Proposed Order) (Patel, Vikesh) (Entered: 11/06/2025) |
| 11/07/2025 | 246 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Deposition Hearing held on 11/7/2025. Attorney Appearances: Plaintiff - Blake Rasner; M. Grant Jones; Rick Bradley; Defense - Stacey L. Barnes; Vikesh N. Patel. (Court Reporter: Maribel Hernandez) (No exhibits) Time in Court - 01:30. (saw) (Entered: 11/07/2025) |
| 11/07/2025 | 247 | ORDER REQUIRING NOTICE OF COMPLIANCE: To aid the Court in confirming compliance with its Oral Order, the Court additionally ORDERS Counsel for the parties to file a joint notice of compliance with the Court's Order no later than November 14, 2025, at 10 a.m. Further, failure to comply with the Oral Order or this Order will result in the Court ordering the parties to show cause in person at 501 West 10th Street, Room 520, Fort Worth, Texas 76102-3673 on November 14, 2025 at 3 p.m. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/7/2025) (hcc) (Entered: 11/07/2025) |
| 11/07/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:246. Fri Nov 7 15:52:24 CST 2025 (crt) (Entered: 11/07/2025) |
| 11/07/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:247. Fri Nov 7 15:53:06 CST 2025 (crt) (Entered: 11/07/2025) |
| 11/12/2025 | 248 | RESPONSE filed by Cadence Bank re: 244 MOTION for Protective Order (Bradley, Rick) (Entered: 11/12/2025) |
| 11/13/2025 | 249 | ORDER MODIFYING 247 ORDER REQUIRING NOTICE OF COMPLIANCE: Due to a scheduling conflict, the Court is modifying its previous Order in that if there is a failure to comply with the Oral Order or the November 7, 2025, Order the Court will order the parties to show cause in person at 501 West 10th Street, Room 520, Fort Worth, Texas 76102-3673 between November 17, 2025, and November 21, 2025. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/13/2025) (jnp) (Entered: 11/13/2025) |

| | | |
|---|---|---|
| 11/13/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:249. Thu Nov 13 12:18:14 CST 2025 (crt) (Entered: 11/13/2025) |
| 11/14/2025 | 250 | NOTICE of *Compliance with Order Requiring Notice of Compliance [ECF No. 247]* re: 247 Order Setting Deadline/Hearing,, filed by Cadence Bank (Bradley, Rick) (Entered: 11/14/2025) |
| 11/14/2025 | 251 | NOTICE of *Compliance, First Amended* re: 247 Order Setting Deadline/Hearing,, 250 Notice (Other) filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Patel, Vikesh) (Entered: 11/14/2025) |
| 11/17/2025 | 252 | ORDER REQUIRING PLAINTIFFS TO FILE AMENDED MOTION FOR SANCTIONS AND CONTEMPT: It is ORDERED that Plaintiffs shall file an Amended Motion for Sanctions and for Contempt no later than November 24, 2025, at 5 p.m. It is further ORDERED that any individual named in Plaintiffs' Amended Motion shall file an individual response addressing only their alleged conduct, if any, no later than seven (7) days from the filing of Plaintiffs' Amended Motion. It is further ORDERED that Plaintiffs' Reply to any responses, if any, is due no later than three (3) days after all responses are filed or December 4, 2025, at 5 p.m., whichever first occurs. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/17/2025) (hcc) (Entered: 11/17/2025) |
| 11/17/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:252. Mon Nov 17 15:38:37 CST 2025 (crt) (Entered: 11/17/2025) |
| 11/21/2025 | 253 | Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* filed by Cadence Bank with Brief/Memorandum in Support. (Attachments: # 1 Additional Page(s) Appendix, # 2 Exhibit(s) Exhibits A-C) (Jones, Marshall) (Entered: 11/21/2025) |
| 11/24/2025 | 254 | MOTION Enforcement of Amended Receivership Order filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson with Brief/Memorandum in Support. Attorney David A Skeels added to party Bighorn Construction and Reclamation, L.L.C.(pty:cp), Attorney David A Skeels added to party Bighorn Investments and Properties LLC(pty:cp), Attorney David A Skeels added to party Bighorn Sand and Gravel LLC(pty:cp), Attorney David A Skeels added to party Bridgelink Engineering, LLC(pty:cp), Attorney David A Skeels added to party Cole Wayne Johnson(pty:cp), Attorney David A Skeels added to party Cord Henry Johnson(pty:cp) (Skeels, David) Modified to remove Bighorn Construction and Reclamation, L.L.C. as filer per filer request on 11/25/2025 (jnp). (Entered: 11/24/2025) |
| 11/24/2025 | 255 | Appendix in Support filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 254 MOTION Enforcement of Amended Receivership Order (Attachments: # 1 Exhibit(s) A - H) (Skeels, David) (Entered: 11/24/2025) |
| 11/25/2025 | 256 | ELECTRONIC ORDER finding as moot 219 Motion for Sanctions due to the filing of Amended MOTION for Sanctions and for Contempt 253 . (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/25/2025) (chmb) (Entered: 11/25/2025) |
| 11/25/2025 | 257 | RESPONSE filed by Cadence Bank re: 254 MOTION Enforcement of Amended Receivership Order (Bradley, Rick) (Entered: 11/25/2025) |

| | | |
|---|---|---|
| 11/25/2025 | 258 | MOTION for Extension of Time to File Response/Reply to 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Attachments: # 1 Proposed Order) (Skeels, David) (Entered: 11/25/2025) |
| 11/26/2025 | 259 | ELECTRONIC ORDER granting 258 Motion to Extend Time to File Response/Reply. All parties' deadline to respond to Plaintiffs Amended Motion for Sanctions is hereby extended to Monday, December 1, 2025. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/26/2025) (chmb) (Entered: 11/26/2025) |
| 12/01/2025 | 260 | NOTICE of Attorney Appearance by Laurie D Rea on behalf of Receiver. (Filer confirms contact info in ECF is current.) (Rea, Laurie) (Entered: 12/01/2025) |
| 12/01/2025 | 261 | NOTICE of Attorney Appearance by Kevin Dale McCullough on behalf of Receiver. (Filer confirms contact info in ECF is current.) (McCullough, Kevin) (Entered: 12/01/2025) |
| 12/01/2025 | 262 | NOTICE of Attorney Appearance by Shannon Smith Thomas on behalf of Receiver. (Filer confirms contact info in ECF is current.) (Thomas, Shannon) (Entered: 12/01/2025) |
| 12/01/2025 | 263 | NOTICE of Attorney Appearance by Michael Thomas Pipkin on behalf of Receiver. (Filer confirms contact info in ECF is current.) (Pipkin, Michael) (Entered: 12/01/2025) |
| 12/01/2025 | 264 | NOTICE of Attorney Appearance by Laura Barrientos-DuVall on behalf of Receiver. (Filer confirms contact info in ECF is current.) (Barrientos-DuVall, Laura) (Entered: 12/01/2025) |
| 12/01/2025 | 265 | RESPONSE filed by Whitaker Chalk Swindle & Schwartz PLLC re: 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* (Skeels, David) (Entered: 12/01/2025) |
| 12/01/2025 | 266 | Appendix in Support filed by Whitaker Chalk Swindle & Schwartz PLLC re 265 Response/Objection *to Amended Motion for Sanctions and Contempt* (Skeels, David) (Entered: 12/01/2025) |
| 12/01/2025 | 267 | Appendix in Support filed by Whitaker Chalk Swindle & Schwartz PLLC re 265 Response/Objection *to Plaintiff's Amended Motion for Sanctions and for Contempt* (Skeels, David) (Entered: 12/01/2025) |
| 12/01/2025 | 268 | RESPONSE filed by Kearney, McWilliams & Davis, PLLC re: 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* (Attachments: # 1 Exhibit(s) Exhibit A-Declaration of Vikesh Patel) (Patel, Vikesh) (Entered: 12/01/2025) |
| 12/01/2025 | 269 | RESPONSE filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* (Skeels, David) (Entered: 12/01/2025) |
| 12/01/2025 | 270 | Appendix in Support filed by Bridgelink Engineering, LLC re 269 Response/Objection, *on behalf of Judgment Debtors* (Skeels, David) (Entered: 12/01/2025) |
| 12/04/2025 | 271 | REPLY filed by Cadence Bank re: 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* (Attachments: # 1 Exhibit(s)) (Bradley, Rick) (Entered: 12/04/2025) |
| 12/08/2025 | 272 | RESPONSE filed by Receiver re: 254 MOTION Enforcement of Amended Receivership Order (Rea, Laurie) (Entered: 12/08/2025) |

| | | |
|---|---|---|
| 12/08/2025 | 273 | AFFIDAVIT re 243 Order, by Cord Henry Johnson. (Skeels, David) (Entered: 12/08/2025) |
| 12/08/2025 | 274 | AFFIDAVIT re 243 Order, by Cole Wayne Johnson. (Skeels, David) (Entered: 12/08/2025) |
| 12/10/2025 | 275 | AFFIDAVIT re 243 Order, *for November 2025 (Amended)* by Cord Henry Johnson. (Skeels, David) (Entered: 12/10/2025) |
| 12/15/2025 | 276 | Received letter from United States Court of Appeals 5th Circuit No. 24-10812. Enclosed is a copy of the judgment issued as the mandate and a copy of the courts opinion. (tle) (Entered: 12/15/2025) |
| 12/15/2025 | 277 | JUDGMENT/MANDATE of USCA No. 24-10812 consolidated with No. 25-11078 as to 213 Notice of Appeal, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C., 91 Notice of Appeal, filed by Cole Wayne Johnson, Cord Henry Johnson. IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED. IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court. Issued as Mandate: 12/15/2025. (tle) (Entered: 12/15/2025) |
| 12/15/2025 | 278 | Opinion of USCA in accordance with USCA judgment No. 24-10812 consolidated with No. 25-11078 re 213 Notice of Appeal, filed by Cole Wayne Johnson, Bridgelink Engineering, LLC, Cord Henry Johnson, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bighorn Construction and Reclamation, L.L.C., 91 Notice of Appeal, filed by Cole Wayne Johnson, Cord Henry Johnson. The district courts judgment is AFFIRMED. All pending motions are DENIED. (tle) (Entered: 12/15/2025) |
| 12/23/2025 | 279 | AFFIDAVIT *(Amended) of Cole W. Johnson for November 2025 Monthly Accounting* by Cole Wayne Johnson. (Skeels, David) (Entered: 12/23/2025) |
| 12/30/2025 | 280 | ELECTRONIC ORDER denying Motion to Require Debt Collectors Compliance with the Courts Amended Receivership Order 254 . Upon review, the Court has determined that the Motion is without merit. (Ordered by Magistrate Judge Jeffrey L. Cureton on 12/30/2025) (chmb) (Entered: 12/30/2025) |
| 12/31/2025 | 281 | NOTICE of *Receivers' Notice of Resignation* filed by Receiver (Attachments: # 1 Exhibit(s) A: Resignation Email, # 2 Exhibit(s) B: Proposed Order) (Barrientos-DuVall, Laura) (Entered: 12/31/2025) |
| 12/31/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:280. NEF mailed Wed Dec 31 13:33:51 CST 2025 (crt) (Entered: 12/31/2025) |
| 12/31/2025 | 282 | MOTION to Withdraw as Attorney *Rochelle McCullough, LLP's Motion to Withdraw as Counsel* filed by Receiver (Attachments: # 1 Exhibit(s) A: Proposed Order) (Barrientos-DuVall, Laura) (Entered: 12/31/2025) |
| 01/06/2026 | 283 | RESPONSE filed by Cadence Bank re: 281 Notice (Other) (Attachments: # 1 Exhibit(s) Exhibit A, A-1, # 2 Proposed Order) (Jones, Marshall) Modified to add gavel per MJ chambers on 1/7/2026 (hcc). (Entered: 01/06/2026) |
| 01/07/2026 | 284 | ELECTRONIC ORDER finding as moot 244 Motion for Protective Order. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/7/2026) (chmb) (Entered: 01/07/2026) |
| 01/07/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:284. NEF mailed Wed Jan 7 14:53:53 CST 2026 (crt) (Entered: 01/07/2026) |

| | | |
|---|---|---|
| 01/07/2026 | 285 | AFFIDAVIT *Declaration of Cole W. Johnson* by Cole Wayne Johnson. (Simon, Robert) (Entered: 01/07/2026) |
| 01/07/2026 | 286 | AFFIDAVIT *Declaration of Cord Johnson* by Cord Henry Johnson. (Simon, Robert) (Entered: 01/07/2026) |
| 01/14/2026 | 287 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 283 MOTION (Skeels, David) (Entered: 01/14/2026) |
| 01/14/2026 | 288 | Appendix in Support filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 287 Response/Objection (Skeels, David) (Entered: 01/14/2026) |
| 01/14/2026 | 289 | REPLY filed by Receiver re: 287 Response/Objection (Attachments: # 1 Exhibit(s) A: Email Correspondence) (Thomas, Shannon) (Entered: 01/14/2026) |
| 01/14/2026 | 290 | ORDER REGARDING RESIGNATION AND SUBSTITUTION OF RECEIVERS: Pending before the Court is Plaintiffs' Response to Receivers' Notice of Resignation and Plaintiffs' Joint Request to Substitute Receiver ("Request") [doc. 283 ]. The Court concludes that the Request should be PARTIALLY GRANTED. It is ORDERED that the parties shall confer, select three candidates that they agree are qualified to serve as the Receiver in this case, and file a joint report informing the Court of the parties' selections, no later than January 22, 2026, at noon (12 p.m.). It is ORDERED that, if the parties are not able to agree on any candidates to serve as the Receiver in this case, the parties shall file a notice with the Court, no later than January 22, 2026, at noon (12 p.m.). (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/14/2026) (saw) (Entered: 01/14/2026) |
| 01/14/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:290. Wed Jan 14 16:09:56 CST 2026 (crt) (Entered: 01/14/2026) |
| 01/16/2026 | 291 | REPLY filed by Cadence Bank re: 283 MOTION (Attachments: # 1 Exhibit(s) Pages from Cole J. Depo.) (Jones, Marshall) (Entered: 01/16/2026) |
| 01/16/2026 | 292 | MOTION for Reconsideration re 290 Order on Motion for Miscellaneous Relief,,, filed by Cadence Bank with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) A. Korn Federal Exp.) (Jones, Marshall) (Entered: 01/16/2026) |
| 01/20/2026 | 293 | ELECTRONIC ORDER denying Motion for Reconsideration 292 . Having carefully considered the motion and relevant legal authority, the Court concludes that the Motion should be denied. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/20/2026) (chmb) (Entered: 01/20/2026) |
| 01/22/2026 | 294 | NOTICE of *Joint Report Regarding Substitute Receiver* re: 290 Order on Motion for Miscellaneous Relief,,, filed by Cadence Bank (Attachments: # 1 Exhibit(s) Roberts CV, # 2 Exhibit(s) Berg CV) (Jones, Marshall) (Entered: 01/22/2026) |
| 01/22/2026 | 295 | MOTION to Withdraw as Attorney *for Defendants Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties, LLC, Bighorn Sand & Gravel LLC, Bridgelink Engineering LLC, Bridgelink Investments, LLC, Bridgelink Renewable Energy Development LLC, Bridgelink Renewable Energy Investments LLC, Cassie Hamilton, Intermoutain Electric Service, Inc., Cole Wayne Johnson, Cord Henry Johnson.* filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson (Attachments: # 1 Exhibit(s) Exhibit 1) (Patel, Vikesh) (Entered: 01/22/2026) |

| | | |
|---|---|---|
| 01/28/2026 | 296 | ORDER DISCHARGING JASON RAE AND KELLY MCCULLOUGH AS RECEIVERS: It is further ORDERED that the Receivers should be excused and discharged from further performance of duties in this case. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/28/2026) (hcc) (Entered: 01/28/2026) |
| 01/28/2026 | 297 | ORDER SUBSTITUTING RECEIVER: It is ORDERED that Andrew R. Korn of Andrew R, Korn, PLLC, a Dallas law firm, is substituted as Receiver of the Judgment Debtors, and all of their non-exempt property and assets. It is further ORDERED that prior to commencing his duties as Receiver, Mr. Korn shall meet with the Court at 501 W. 10th St., Room 520, Fort Worth, Texas 76102 on February 5, 2026, at 1:30 p.m. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/28/2026) (hcc) (Entered: 01/28/2026) |
| 01/28/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:293,296,297. Wed Jan 28 15:05:43 CST 2026 (crt) (Entered: 01/28/2026) |
| 01/28/2026 | 298 | ELECTRONIC ORDER granting Rochelle McCullough, LLPs Motion to Withdraw as Counsel 282 . Having reviewed the Motion, there being no objections filed,and based on the Order Discharging Jason Rae and Kelly Mccullough as Receivers the Motion is GRANTED. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/28/2026) (chmb) (Entered: 01/28/2026) |
| 02/05/2026 | 299 | NOTICE of *OATH OF RECEIVER ANDREW R. KORN* re: 297 Order Setting Deadline/Hearing,, Add and Terminate Attorneys, filed by Receiver (Korn, Andrew) (Entered: 02/05/2026) |
| 02/09/2026 | 300 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cole Wayne Johnson. (Skeels, David) (Entered: 02/09/2026) |
| 02/09/2026 | 301 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cord Henry Johnson. (Skeels, David) (Entered: 02/09/2026) |
| 02/10/2026 | 302 | RESPONSE filed by Cadence Bank re: 295 MOTION to Withdraw as Attorney *for Defendants Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties, LLC, Bighorn Sand & Gravel LLC, Bridgelink Engineering LLC, Bridgelink Investments, LLC, Bridgelink Renewable Energy Develo (Jones, Marshall) (Entered: 02/10/2026)* |
| 02/17/2026 | 303 | MOTION for Leave to File Supplement to Amended Motion for Sanctions (ECF No. 253) and Brief in Support Thereof filed by Cadence Bank (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Bradley, Rick) (Entered: 02/17/2026) |
| 02/17/2026 | 304 | Amended MOTION for Leave to File Supplement to Amended Motion for Sanctions (ECF No. 253) and Brief in Support Thereof filed by Cadence Bank with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Bradley, Rick) (Entered: 02/17/2026) |
| 02/20/2026 | 305 | NOTICE of *Subpoena to Ashley McCormick* filed by Cadence Bank (Attachments: # 1 Exhibit(s) Subpoena to McCormick) (Jones, Marshall) (Entered: 02/20/2026) |
| 02/20/2026 | 306 | NOTICE of *Subpoena to Cassie Johnson* filed by Cadence Bank (Attachments: # 1 Exhibit(s) Cassie Johnson Subpoena) (Jones, Marshall) (Entered: 02/20/2026) |
| 02/23/2026 | 307 | ELECTRONIC ORDER finding as moot Motion for Leave to File 303 based on Amended Motion for Leave to File 304 . (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/23/2026) (chmb) (Entered: 02/23/2026) |

| | | |
|---|---|---|
| 02/23/2026 | 308 | ELECTRONIC ORDER granting Motion for Leave to File 304 . (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/23/2026) (chmb) (Entered: 02/23/2026) |
| 02/23/2026 | 309 | Supplement to Amended Motion for Sanctions (ECF No. 253 ) and Brief in Support by Cadence Bank (hcc) (Entered: 02/24/2026) |
| 02/24/2026 | 310 | RESPONSE filed by Kearney, McWilliams & Davis, PLLC re: 309 Supplemental Document (Patel, Vikesh) (Entered: 02/24/2026) |
| 02/25/2026 | 311 | ORDER SETTING HEARING AND TO SHOW CAUSE: Based on the foregoing, it is ORDERED that counsel for Plaintiffs and Kearney, McWilliams & Davis, PLLC appear before this Court at 9:30 a.m. on Wednesday, April 1, 2026, at the Eldon B. Mahon U.S. Courthouse, 501 West 10th Street, Room 508, Fort Worth, Texas 76102 for a hearing on the above motions. It is further ORDERED that Kearney, McWilliams & Davis, PLLC shall produce all billing records for all attorneys' fees billed to or paid since October 22, 2025, relating to this litigation. Kearney, McWilliams & Davis, PLLC shall file these billing records on the docket for in-camera review no later than 1:30 p.m. on Wednesday, March 18, 2026. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/25/2026) (hcc) (Entered: 02/25/2026) |
| 03/02/2026 | 312 | MOTION for Hearing re 311 Order to Show Cause/Order to Answer,,,, Order Setting Deadline/Hearing,,, *Reset Setting* filed by Kearney, McWilliams & Davis, PLLC (Attachments: # 1 Exhibit(s) Declaration of Stacey Barnes)Attorney Stacey L Barnes added to party Kearney, McWilliams & Davis, PLLC(pty:res) (Barnes, Stacey) (Entered: 03/02/2026) |
| 03/02/2026 | 313 | REPLY filed by Kearney, McWilliams & Davis, PLLC re: 302 Response/Objection, 295 Motion to Withdraw as Attorney (Attachments: # 1 Exhibit(s) Exhibit A - Declaration of Patel) (Patel, Vikesh) Modified linkage to motion on 3/6/2026 (jnp). (Entered: 03/02/2026) |
| 03/04/2026 | 314 | RESPONSE filed by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 312 MOTION for Hearing re 311 Order to Show Cause/Order to Answer,,,, Order Setting Deadline/Hearing,,, *Reset Setting* (Skeels, David) (Entered: 03/04/2026) |
| 03/04/2026 | 315 | RESPONSE filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 295 MOTION to Withdraw as Attorney *for Defendants Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties, LLC, Bighorn Sand & Gravel LLC, Bridgelink Engineering LLC, Bridgelink Investments, LLC, Bridgelink Renewable Energy Develo (Skeels, David) (Entered: 03/04/2026)* |
| 03/05/2026 | 316 | ORDER REGARDING MOTION TO RESET 312 : Based on the foregoing, it is ORDERED that the relevant parties shall confer and select three dates between April 15th and April 31st that they are all available to conduct the hearing. The relevant parties shall inform the Court of the selections by filing a notice on the docket, no later than March 11, 2026, at noon (12 p.m.). (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/5/2026) (hcc) (Entered: 03/05/2026) |
| 03/09/2026 | 317 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cord Henry Johnson. (Skeels, David) (Entered: 03/09/2026) |
| 03/09/2026 | 318 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cole Wayne Johnson. (Skeels, David) (Entered: 03/09/2026) |

| | | |
|---|---|---|
| 03/10/2026 | 319 | RESPONSE filed by Bridgelink Engineering, LLC re: 309 Supplemental Document, 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* (Skeels, David) (Entered: 03/10/2026) |
| 03/10/2026 | 320 | Appendix in Support filed by Bridgelink Engineering, LLC re 319 Response/Objection *in Opposition to Banks' "Supplement"* (Skeels, David) (Entered: 03/10/2026) |
| 03/11/2026 | 321 | NOTICE of *Availability* re: 316 Order Setting Deadline/Hearing, filed by Kearney, McWilliams & Davis, PLLC (Patel, Vikesh) (Entered: 03/11/2026) |
| 03/11/2026 | 322 | ELECTRONIC ORDER granting Motion to Reset Hearing 312 . The hearing scheduled for Wednesday, April 1, 2026 at 9:30 a.m. 311 is reset for Monday, April 20, 2026 at 9:30 a.m. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/11/2026) (chmb) (Entered: 03/11/2026) |
| 03/18/2026 | 324 | RESPONSE filed by Kearney, McWilliams & Davis, PLLC re: 311 Order to Show Cause/Order to Answer,,,, Order Setting Deadline/Hearing,,, (Patel, Vikesh) (Entered: 03/18/2026) |
| 04/07/2026 | 325 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cord Henry Johnson. (Skeels, David) (Entered: 04/07/2026) |
| 04/07/2026 | 326 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cole Wayne Johnson. (Skeels, David) (Entered: 04/07/2026) |
| 04/09/2026 | 328 | MOTION to Compel *Former Receivers' Motion to Compel Compliance with Order Discharging Receivers* filed by Shannon Smith Thomas (Attachments: # 1 Exhibit(s) A - Invoices) (Thomas, Shannon) (Entered: 04/09/2026) |
| 04/14/2026 | 329 | AMENDED ORDER SETTING HEARING AND TO SHOW CAUSE : Based on the foregoing, it is ORDERED that counsel for Plaintiffs and Kearney, McWilliams & Davis, PLLC appear before this Court Monday, April 20, 2026, at 9:30 a.m., at the Eldon B. Mahon U.S. Courthouse, 501 West 10th Street, Room 508, Fort Worth, Texas 76102 for a hearing on the above motions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/14/2026) (hcc) (Entered: 04/14/2026) |
| 04/15/2026 | 330 | MOTION for Hearing re 328 MOTION to Compel *Former Receivers' Motion to Compel Compliance with Order Discharging Receivers Motion to Set Hearing on Former Receivers' Motion to Compel Compliance with Order Discharging Receivers [Dkt. No. 296]* filed by Shannon Smith Thomas (Thomas, Shannon) (Entered: 04/15/2026) |
| 04/15/2026 | 331 | Notice of Filing of Official Electronic Transcript of Motions Hearing Proceedings held on 2.18.25 before Judge Jeffrey Cureton. Court Reporter/Transcriber Zoie Williams, Telephone number 817.850.6630. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (73 pages) Redaction Request due 5/6/2026. Redacted Transcript Deadline set for 5/18/2026. Release of Transcript Restriction set for 7/14/2026. (zow) (Main Document 331 replaced on 5/11/2026) (tle). (Entered: 04/15/2026) |
| 04/20/2026 | 333 | RESPONSE filed by Receiver re: 253 Amended MOTION for Sanctions *and for Contempt [ECF No. 252]* (Korn, Andrew) (Entered: 04/20/2026) |

| | | |
|---|---|---|
| 04/20/2026 | 334 | RESPONSE filed by Kearney, McWilliams & Davis, PLLC re: 329 Order Setting Deadline/Hearing,, Order to Show Cause/Order to Answer, (Attachments: # 1 Exhibit(s) Declaration) (Barnes, Stacey) (Entered: 04/20/2026) |
| 04/20/2026 | 335 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Show Cause Hearing held on 4/20/2026. Attorney Appearances: Plaintiff - Kevin Schutte/Blake Rasner, Rick Bradley, Koy Killen, and Marshall Jones; Defense - David Skeels and Robert Simon. Respondents - Jason Klein, Bradley Nevills, Stacey Barnes, Rebecca Eaton, Charles Sean North, and Vikesh Patel. (Court Reporter: Debbie Kriegshauser) (No exhibits) Time in Court - 01:20. (hcc) (Entered: 04/20/2026) |
| 04/20/2026 | 336 | ORDER REGARDING SANCTIONS: The Court held a hearing on April 20, 2026, for Jason Klein, Bradley Nevills, Stacey Barnes, Vikesh Patel, John Giacalone, Rebecca Eaton, and Charles Sean North to show cause why the Court should not impose sanctions for the conduct described in Plaintiffs' Amended Motion for Sanctions and for Contempt [doc. 253 ], filed November 21, 2025; Plaintiff's Response to Kearney, McWilliams & Davis, PLLC's Motion to Withdraw and Request For Disgorgement Of Attorneys' Fees [doc. 302 ], filed February, 10, 2026; Plaintiff's Supplement to Amended Motion For Sanctions [doc. 309 ], filed February 23, 2026; and, the Court's Order Denying Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [doc. 207 ], filed September, 8, 2026. (Clerk note: Please see Order for details.) (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/20/2026) (hcc) (Main Document 336 replaced on 4/21/2026) (bdb). (Entered: 04/20/2026) |
| 04/21/2026 | 337 | ELECTRONIC ORDER granting 295 Motion to Withdraw as Attorney. Attorney Bradley Nevills; Charles Sean North; Vikesh Navnit Patel; Stacey L Barnes and Devon H Decker terminated. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/21/2026) (chmb) (Entered: 04/21/2026) |
| 04/26/2026 | 338 | Notice of Filing of Official Electronic Transcript of Show Cause Hearing Proceedings held on April 20, 2026 before Judge Jeffrey L. Cureton. Court Reporter/Transcriber Debbie Kriegshauser, Telephone number (214) 753-2325. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (67 pages) Redaction Request due 5/18/2026. Redacted Transcript Deadline set for 5/27/2026. Release of Transcript Restriction set for 7/27/2026. (dak) (Main Document 338 replaced on 4/28/2026) (hcc). (Entered: 04/26/2026) |
| 04/30/2026 | 339 | RESPONSE filed by Cadence Bank re: 328 MOTION to Compel *Former Receivers' Motion to Compel Compliance with Order Discharging Receivers* (Attachments: # 1 Exhibit(s) Ex. A) (Jones, Marshall) (Entered: 04/30/2026) |
| 05/07/2026 | 340 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cole Wayne Johnson. (Skeels, David) (Entered: 05/07/2026) |
| 05/07/2026 | 341 | AFFIDAVIT re 243 Order, *Declaration Regarding Monthly Accounting* by Cord Henry Johnson. (Skeels, David) (Entered: 05/07/2026) |
| 05/14/2026 | 342 | REPLY filed by Receiver re: 328 MOTION to Compel Former Receivers' Motion to Compel Compliance with Order Discharging Receivers, 339 Response/Objection (Attachments: # 1 Exhibit(s) A: Declaration of Kelly McCullough in Support of |

| | | |
|---|---|---|
| | | Receivers' Fees, # 2 Exhibit(s) B: Declaration of Laurie Dahl Rea Support of Attorneys' Fees) (Rea, Laurie) Modified link on 5/18/2026 (hcc). (Entered: 05/14/2026) |
| 05/18/2026 | 343 | ORDER SETTING HEARING re: 330 : Based on the foregoing, it is ORDERED that all parties and all counsel appear before this Court on Thursday, June 4, at 1:30 p.m., at the Eldon B. Mahon U.S. Courthouse, 501 West 10th Street, Room 508, Fort Worth, Texas 76102 for a hearing on the motion 328 . (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/18/2026) (hcc) (Entered: 05/19/2026) |
| 05/22/2026 | 344 | First STATUS REPORT *Receiver's Inventory No. 1* filed by Receiver. (Korn, Andrew) (Entered: 05/22/2026) |
| 05/27/2026 | 345 | ORDER ESTABLISHING BRIEFING SCHEDULE: Accordingly, the Court adopts and ENTERS the following briefing schedule and deadlines: Deadline for Defendants' counsel to inform the Court of all receiverships that any Defendant, in this case, is under: June 1, 2026. Deadline for Plaintiffs to file brief: June 8, 2026. Deadline for Defendants to file response brief: June 15, 2026. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/27/2026) (hcc) (Entered: 05/27/2026) |
| 05/29/2026 | 346 | MOTION for Order to Show Cause filed by Cadence Bank, Century Bank with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s)) (Rasner, Blake) (Entered: 05/29/2026) |
| 05/29/2026 | 347 | MOTION for Leave to File Sur-Reply filed by Cadence Bank with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s)) (Rasner, Blake) (Entered: 05/29/2026) |
| 06/01/2026 | 348 | ELECTRONIC ORDER granting 347 Motion for Leave to File Sur-Reply. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/1/2026) (chmb) (Entered: 06/01/2026) |
| 06/01/2026 | 349 | Sur-reply filed by Cadence Bank re: 328 MOTION to Compel *Former Receivers' Motion to Compel Compliance with Order Discharging Receivers* (hcc) (Entered: 06/01/2026) |
| 06/04/2026 | 350 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Motion Hearing held on 6/4/2026 re 328 Motion to Compel filed by Shannon Smith Thomas. Attorney Appearances: Plaintiff - John C Leininger; Blake Rasner and Marshall Grant Jones; Counsel for Former Receivers - Kevin Dale McCullough and Laurie D Rea. (Court Reporter: Digital File) (No exhibits) Time in Court - 00:50. (hcc) (Entered: 06/05/2026) |
| 06/05/2026 | 351 | ORDER GRANTING, IN PART, THE FORMER RECEIVERS' 328 MOTION TO COMPEL COMPLIANCE WITH ORDER DISCHARGING RECEIVERS: Based on the Court's findings of fact and conclusions of law as stated on the record during the hearing, the Court grants the Motion to Compel, in part, as set forth below. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/5/2026) (hcc) (Entered: 06/05/2026) |
| 06/08/2026 | 352 | Brief/Memorandum in Support filed by Cadence Bank re 345 Order Setting Deadline/Hearing, (Jones, Marshall) (Entered: 06/08/2026) |
| 06/08/2026 | 353 | AFFIDAVIT re 243 Order, by Cole Wayne Johnson. (Attachments: # 1 Exhibit(s) May 2026 BD_Redacted, # 2 Exhibit(s) May 2026 BI Bank Statement_Redacted, # 3 Exhibit(s) May 2026 EIP_Redacted, # 4 Exhibit(s) May 2026 JRR Account_Redacted, # 5 Exhibit(s) May 2026 JRR_Redacted) (Skeels, David) (Entered: 06/08/2026) |
| 06/08/2026 | 354 | AFFIDAVIT re 243 Order, by Cord Henry Johnson. (Attachments: # 1 Exhibit(s) RLI May 2026, # 2 Exhibit(s) Bank Statement May 2026, # 3 Exhibit(s) May 2026 RLI Check_Redacted) (Skeels, David) (Entered: 06/08/2026) |

| | | |
|---|---|---|
| 06/12/2026 | 355 | RESPONSE AND OBJECTION filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re: 346 MOTION for Order to Show Cause (Simon, Robert) (Entered: 06/12/2026) |
| 06/12/2026 | 356 | Appendix in Support filed by Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson re 355 Response/Objection (Simon, Robert) (Entered: 06/12/2026) |
| 06/15/2026 | 357 | RESPONSE filed by Bridgelink Engineering, LLC re: 352 Brief/Memorandum in Support of Motion (Skeels, David) (Entered: 06/15/2026) |
| 06/15/2026 | 358 | Appendix in Support filed by Bridgelink Engineering, LLC re 357 Response/Objection *re Dueling Receiverships* (Skeels, David) (Entered: 06/15/2026) |
| 06/22/2026 | 359 | NOTICE of *Limited Appearance* filed by Craig C. Noack (Noack, Craig) (Entered: 06/22/2026) |
| 06/29/2026 | 360 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-16572102) filed by Cadence Bank (Attachments: # 1 Certificate of Good Standing)Attorney Christian Peter George added to party Cadence Bank(pty:pla) (George, Christian) (Entered: 06/29/2026) |
| 06/30/2026 | 361 | ELECTRONIC ORDER granting 360 Application for Admission Pro Hac Vice of Christian P. George. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/30/2026) (chmb) (Entered: 06/30/2026) |
| 07/01/2026 | 362 | MOTION to Withdraw as Attorney , MOTION to Substitute Attorney, added attorney Blake Rasner,Michael D Napoli for Cadence Bank. Motion() filed by Cadence Bank (Rasner, Blake) (Entered: 07/01/2026) |
| 07/01/2026 | 363 | ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE: The Court is of the opinion this Motion should be GRANTED. Attorney Koy R Killen; Blake Rasner; David Shaw; Rick Bradley and Marshall Grant Jones terminated. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/1/2026) (saw) (Entered: 07/01/2026) |
| 07/06/2026 | 364 | ORDER REGARDING PRIOR STATE COURT RECEIVERSHIPS: The receivership over Cole Johnson and Cord Johnson established by this Court is DISSOLVED. The receivership, established by this Court, over Bridgelink Engineering, LLC; Bighorn Construction and Reclamation, LLC; and Bighorn Investments and Properties, LLC remains in effect. Plaintiffs shall inform the Court in writing no later than July 20, 2026, if they would like to continue the receivership over Bridgelink Engineering, LLC; Bighorn Construction and Reclamation, LLC; and Bighorn Investments and Properties, LLC. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/6/2026) (hcc) (Entered: 07/06/2026) |
| 07/07/2026 | 365 | AFFIDAVIT re 243 Order, *Declaration of Cord H. Johnson as Manager of Judgment Debtor Entities, Regarding Monthly Accounting* by Bighorn Construction and Reclamation, L.L.C., Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC. (Skeels, David) (Entered: 07/07/2026) |
| 07/15/2026 | 366 | NOTICE of *RESIGNATION and REQUEST FOR AN ORDER DISCHARGING RECEIVER* filed by Receiver (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Proposed Order) (Korn, Andrew) Modified event to motion per MJ Chambers on 7/29/2026 (jnp). (Entered: 07/15/2026) |

| | | |
|---|---|---|
| 07/16/2026 | 367 | ORDER EXPEDITING RESPONSE TO RECEIVERS NOTICE OF RESIGNATION AND REQUEST FOR AN ORDER DISCHARGING RECEIVER: Based on the foregoing, it is ORDERED that Cadence Bank file its response to the Notice no later than Monday, July 20, 2026. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/16/2026) (hcc) (Entered: 07/16/2026) |
| 07/20/2026 | 368 | RESPONSE filed by Cadence Bank re: 366 Notice (Other) (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Napoli, Michael) (Entered: 07/20/2026) |
| 07/20/2026 | 369 | NOTICE of *Cadence Bank's Position Regarding Continuation of Receivership* re: 364 Order Setting Deadline/Hearing filed by Cadence Bank (Napoli, Michael) (Entered: 07/20/2026) |
| 07/20/2026 | 370 | NOTICE of *Century Bank's Position Regarding Continuation of Receivership* re: 364 Order Setting Deadline/Hearing filed by Century Bank (Leininger, John) (Entered: 07/20/2026) |
| 07/20/2026 | 371 | REPLY filed by Receiver re: 368 Response/Objection (Attachments: # 1 Exhibit(s)) (Korn, Andrew) Modified to add restrictions to attachment due to sensitive information contained in Exhibit 1 per MJ chambers on 7/23/2026 (bdb). (Entered: 07/20/2026) |
| 07/21/2026 | 372 | ORDER TO SUBMIT BILLING RECORDS AND AMOUNT OF OUTSTANDING BALANCE: It is ORDERED that Andrew Korn submit to the Court his 1) billing record, and 2) the amount of any outstanding payment owed no later than July 22, 2026. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/21/2026) (knb) (Entered: 07/21/2026) |
| 07/23/2026 | 374 | RESPONSE filed by Receiver re: 372 Order Setting Deadline/Hearing, (Attachments: # 1 Exhibit(s) Exhibits 1-28) (Korn, Andrew) (Entered: 07/23/2026) |
| 07/27/2026 | 375 | Unopposed MOTION for Leave to File Receiver's Response to Order on Receivership Fees and Expenses filed by Receiver (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Proposed Order) (Korn, Andrew) (Entered: 07/27/2026) |
| 07/27/2026 | 376 | ELECTRONIC ORDER granting 375 Motion for Leave to File. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/27/2026) (chmb) (Entered: 07/27/2026) |
| 07/27/2026 | 377 | ORDER SETTING HEARING: Based on the foregoing, it is ORDERED that a counsel for Andrew Korn and Cadence Bank appear before this Court on Tuesday, August 11, at 9:00 a.m., at the Eldon B. Mahon U.S. Courthouse, 501 West 10th Street, Room 508, Fort Worth, Texas 76102 for a hearing on dispute. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/27/2026) (hcc) (Entered: 07/27/2026) |
| 08/07/2026 | 378 | NOTICE of *Resolution of Fee Dispute* filed by Cadence Bank (Napoli, Michael) (Entered: 08/07/2026) |
| 08/07/2026 | 379 | ORDER CANCELING HEARING: Based on the Notice of Resolution of Fee Dispute [doc. 378 ], it is ORDERED that the hearing set for Tuesday, August 11, 2026, at 9:00 a.m. is canceled. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/7/2026) (saw) (Entered: 08/07/2026) |
| 08/10/2026 | 380 | ORDER DISCHARGING RECEIVER AND DISSOLVING RECEIVERSHIP: It is further ORDERED that the Receiver is excused and discharged from further performance of duties in this case. It is further ORDERED that the receivership over all judgment debtors established by this Court is DISSOLVED. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/10/2026) (hcc) (Entered: 08/10/2026) |

| | | |
|---|---|---|
| 08/10/2026 | 381 | ELECTRONIC ORDER denying Motion for Order to Show Cause 346 . (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/10/2026) (chmb) (Entered: 08/10/2026) |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/23/2026 16:20:57 | | | |
| **PACER Login:** | AkermanDAL | **Client Code:** | 999999-00999999 |
| **Description:** | Docket Report | **Search Criteria:** | 4:23-cv-00609-BJ Start date: 6/15/2023 End date: 10/23/2026 |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |