# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 26-43993-MXM-7** |
| **Cole Wayne Johnson** | § | **Case No. 26-43995-ELM-7** |
| **Cord Henry Johnson** | § | |
| | § | **(Jointly Administered** |
| **Alleged Debtors.** | § | **Under 26-43993-MXM-7)** |
| | § | **Chapter 7** |

**NOTICE OF INVOLUNTARY CHAPTER 7 PETITIONS**
**AND OPPORTUNITY FOR CREDITORS TO JOIN**

**YOU ARE RECEIVING THIS NOTICE BECAUSE COLE WAYNE JOHNSON OR CORD HENRY JOHNSON HAS IDENTIFIED YOU AS A CREDITOR. PLEASE READ IT CAREFULLY.**

**PLEASE TAKE NOTICE** of the following:

1. On September 4, 2026, involuntary petitions under Chapter 7 of the Bankruptcy Code were filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court"), against Cole Wayne Johnson (Case No. 26-43993-MXM-7) and Cord Henry Johnson (Case No. 26-43995-ELM-7) (together, the "Alleged Debtors"). The petitions were filed by Huntington Bank f/k/a Cadence Bank, Century Bank, Hunt Guillot & Associates, LLC, and Spin Capital, LLC (the "Petitioning Creditors"). The cases are jointly administered under Case No. 26-43993-MXM-7.

2. The Alleged Debtors have moved to dismiss the petitions. Among other things, they contend that each of them has twelve or more creditors and that the petitions were not filed by at least three qualifying creditors as required by 11 U.S.C. § 303(b)(1). The Petitioning Creditors dispute those contentions. No order for relief has been entered.

3. Under 11 U.S.C. § 303(c), any creditor holding an unsecured claim against an Alleged Debtor that is not contingent may join in the petition against that Alleged Debtor, with the same effect as if the joining creditor were an original petitioning creditor, at any time before the case is dismissed or relief is ordered. Under Federal Rule of Bankruptcy Procedure 1003(c), the Court has allowed a reasonable time for other creditors to join before holding a hearing on the petitions.

4. You may hold a claim against one or both Alleged Debtors even if your claim arose from a transaction with, or a judgment against, a business affiliated with them. The Alleged Debtors have conducted business through, guaranteed obligations of, or been held liable for the debts of entities including, but not limited to: Bridgelink Engineering, LLC; Bridgelink Investments, LLC; Bighorn Construction & Reclamation, LLC; Bighorn Investments and Properties, LLC; Bighorn Sand & Gravel LLC; Enhanced Midstream, LLC; Oak Creek Consulting and Production Services LLC; Bridgelink Commodities LLC; Bridgelink Renewable Energy Development LLC; and Bridgelink Renewable Energy Investments II LLC.

5. **DEADLINE TO JOIN**. If you wish to join a petition, you must file a joinder in the applicable case on or before **__________, 2026** (the "Joinder Deadline"). A joinder should identify the Alleged Debtor against whom you hold a claim, the nature and amount of your claim, and the value of any lien securing it. A corporation, limited liability company, or other entity must appear through a licensed attorney. Documents may be filed electronically through the Court's CM/ECF system or with the Clerk of the United States Bankruptcy Court, Northern District of Texas, Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102-3643.

6. **HEARING**. The Court will hold a hearing on the Alleged Debtors' motions to dismiss on **_________, 2026 at ______ a.m.** before the Honorable Mark X. Mullin, United States

Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or via WebEx Link: https://us-courts.webex.com/meet/mullin. https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy.

7. You are not required to take any action. Joining a petition is voluntary. This Notice is not a determination by the Court as to the validity or amount of any claim or the merits of any party's position. You may wish to consult an attorney regarding your rights.

8. Copies of the petitions, the motions to dismiss, and other filings may be obtained through PACER (www.pacer.uscourts.gov), from the Clerk of the Court, or by contacting counsel for the Petitioning Creditors listed below.