# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 4:23-CV-00609-BJ |
| BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C., BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC, | ) | |
| Defendants. | ) | |

CERTIFICATE OF NONAPPEARANCE
FOR COLE JOHNSON
FEBRUARY 20, 2024

A P P E A R A N C E S

FOR PLAINTIFF CENTURY BANK:

MR. KEVIN SCHUTTE
MR. JOHN LEININGER
Otteson Shapiro LLP
4851 Lyndon B. Johnson Freeway
Suite 650
Dallas, Texas 75244
Phone: (214) 619-8355
Kschutte@os.law
Jcl@os.law

FOR PLAINTIFF CADENCE BANK F/K/A BANCORP SOUTH:

MR. DAVID SHAW
Haley & Olson
100 N. Ritchie Road
Suite 200
Waco, Texas 76712
Phone: (254) 776-3336
Dshaw@haleyolson.com

INDEX


| | PAGE |
|---|---|
| Appearances........................................ | 2 |
| Statements on the Record........................... | 4 |
| Reporter's Certificate............................. | 7 |


EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Intent to Take Deposition | 5 |
| Exhibit 2 | Cross-notice of Intent to Take Deposition | 5 |
| Exhibit 3 | E-mail with Attached Notices of Intent to Take Deposition | 5 |

P R O C E E D I N G S

I, Amber Garcia, Notary Public in and for the State of Texas, hereby certify:

That a notice was issued to take the oral deposition of COLE JOHNSON on February 20th, 2024, beginning at 10:00 a.m. at the offices of Otteson Shapiro LLP, 4851 Lyndon B. Johnson Freeway, Suite 650, Dallas, Texas.

That I appeared at the offices of Otteson Shapiro LLP, 4851 Lyndon B. Johnson Freeway, Suite 650, Dallas, Texas on February 20th, 2024, at 10:00 a.m. The witness did not appear for his deposition.

That the following were present:

Mr. Kevin Schutte, Attorney for Century Bank

Mr. John C. Leininger, Attorney for Century Bank

Mr. David Shaw, Attorney for Cadence Bank

That the following statements were made on the record:

THE REPORTER: We are on the record. The time is 10:33 a.m.

MR. SCHUTTE: Good morning. I'm Kevin Schutte on behalf of Plaintiff, Century Bank.

MR. SHAW: And David Shaw on behalf of Cadence Bank.

MR. SCHUTTE: And it is 10:33 a.m. The plaintiffs noticed and cross-noticed the deposition of Cole

Johnson for today at 10:00 a.m. in our offices at 4851 Lyndon B. Johnson Freeway, Suite 650, Dallas, Texas 75244, and the witness has failed to appear as of 10:34 a.m. The parties noticed and cross-noticed his deposition by written notice of deposition.

I'm going to hand the court reporter what has been marked as Exhibit 1, which is the Century Bank Notice of Deposition of Cole Johnson to take place today at 10:00 a.m. in our offices.

(Exhibit No. 1 was marked.)

MR. SCHUTTE: And I'm going to hand the court reporter what's been marked as Exhibit 3, which is the e-mail transmitting that notice to counsel for defendants, specifically, counsel for Cole Johnson.

(Exhibit No. 3 was marked.)

MR. SCHUTTE: Additionally, I'm going to hand the court reporter Exhibit 2, which is the cross-notice of Cadence Bank for Cole Johnson's deposition to take place today at 10:00 a.m. in our offices.

(Exhibit No. 2 was marked.)

MR. SCHUTTE: We offer all three exhibits into evidence to establish that the deposition was to take place today at 10:00 a.m. in the offices of Otteson Shapiro, and Mr. Johnson has failed to appear, and this is our certificate of nonappearance that we intend to present to the court to

compel Mr. Johnson's appearance at his deposition. That concludes Century Bank's offer of proof on the certificate of nonappearance.

MR. SHAW: And Cadence Bank will make the same offer of proof and adopt those same positions. We've, in our cross-notice, Exhibit 2, submitted the same information for Mr. Johnson's appearance. It's 10:35 by my clock. He's still not here. And so we would join in -- join in Century Bank's offer.

MR. SCHUTTE: That concludes the certificate of nonappearance.

THE REPORTER: Going off the record at 10:36 a.m.

(End of statements on the record.)

That $_________ is the deposition officer's charges to the Plaintiffs for preparing the Certificate of Nonappearance and any copies of exhibits;

That pursuant to information provided to the undersigned at the time of said Certificate of Nonappearance, the following includes counsel for all parties of record:

MR. KEVIN SCHUTTE - ATTORNEY FOR CENTURY BANK
MR. JOHN LEININGER - ATTORNEY FOR CENTURY BANK
MR. DAVID SHAW - ATTORNEY FOR CADENCE BANK F/K/A BANCORP SOUTH

That a copy of this certificate was served on all parties

shown herein.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 5th day of March, 2024.

Amber Garcia

Amber Garcia, Notary ID No. 13426953-9
My commission expires: 3-24-2027
VERITEXT LEGAL SOLUTIONS
Firm Registration No. 571
300 Throckmorton Street, Suite 1600
Fort Worth, Texas 76102
(817) 336-3042
(800) 336-4000

**&**

**&** 1:9 2:10

**0**

**00609** 1:6

**1**

**1** 3:9 5:7,10
**100** 2:10
**10:00** 4:6,10 5:1,8,19,23
**10:33** 4:19,24
**10:34** 5:3
**10:35** 6:7
**10:36** 6:13
**13426953-9** 7:11
**1600** 7:13

**2**

**2** 3:3,10 5:17 5:20 6:6
**20** 1:16
**200** 2:11
**2024** 1:16 4:5 4:10 7:7
**20th** 4:5,10
**214** 2:6
**254** 2:12

**3**

**3** 3:11 5:12,15
**3-24-2027** 7:12
**300** 7:13
**32830** 7:11
**336-3042** 7:14
**336-4000** 7:15

**4**

**4** 3:4
**4851** 2:4 4:6,9 5:1
**4:23** 1:6

**5**

**5** 3:9,10,11
**571** 7:13
**5th** 7:7

**6**

**619-8355** 2:6
**650** 2:5 4:7,9 5:2

**7**

**7** 3:5
**75244** 2:5 5:2
**76102** 7:14
**76712** 2:11
**776-3336** 2:12

**8**

**800** 7:15
**817** 7:14

**a**

**a.m.** 4:6,10,19 4:24 5:1,3,8,19 5:23 6:13
**action** 1:6 7:3,6
**additionally** 5:16
**adopt** 6:5
**amber** 4:2 7:11
**appear** 4:11 5:3 5:24
**appearance** 6:1 6:7
**appearances** 3:3
**appeared** 4:8
**attached** 3:11
**attorney** 4:13 4:14,15 6:21 6:22,22

**b**

**b** 2:4 4:7,9 5:2
**bancorp** 2:8 6:22
**bancorpsouth** 1:3
**bank** 1:3,3,4 2:2,8 4:13,14 4:15,21,23 5:7 5:18 6:4,21,22 6:22
**bank's** 6:2,8
**beginning** 4:5
**behalf** 4:21,22
**bighorn** 1:8,9,9
**bj** 1:6
**bridgelink** 1:7

**c**

**c** 2:1 4:1,14
**cadence** 1:3 2:8 4:15,22 5:18 6:4,22
**century** 1:4 2:2 4:13,14,21 5:7 6:2,8,21,22
**certificate** 1:15 3:5 5:24 6:2,10 6:16,19,25
**certified** 7:7
**certify** 4:3 7:2
**charges** 6:16
**civil** 1:6
**clock** 6:7
**cole** 1:7,15 4:5 4:25 5:8,14,18
**commission** 7:12
**compel** 6:1
**concludes** 6:2 6:10
**construction** 1:8
**copies** 6:17
**copy** 6:25
**cord** 1:7
**counsel** 5:13,14 6:20 7:2
**court** 1:1 5:6 5:11,17,25
**cross** 3:10 4:25 5:4,17 6:6
**cv** 1:6

**d**

**d** 4:1
**dallas** 2:5 4:7,9 5:2

**david** 2:9 4:15 4:22 6:22
**day** 7:7
**defendants** 1:11 5:13
**deposition** 3:9 3:10,12 4:5,11 4:25 5:4,5,8,18 5:22 6:1,15
**description** 3:8
**district** 1:1,1
**division** 1:2
**dshaw** 2:12

**e**

**e** 2:1,1 3:11 4:1 4:1 5:12
**employed** 7:3
**engineering** 1:7
**establish** 5:22
**evidence** 5:22
**exhibit** 3:9,10 3:11 5:7,10,12 5:15,17,20 6:6
**exhibits** 3:7 5:21 6:17
**expires** 7:12

**f**

**f** 1:3 2:8 6:22
**failed** 5:3,24
**february** 1:16 4:5,10
**financially** 7:5
**firm** 7:13
**following** 4:12 4:16 6:20
**fort** 1:2 7:14
**freeway** 2:4 4:7 4:9 5:2
**further** 7:2,4

**g**

**g** 4:1
**garcia** 4:2 7:11
**going** 5:6,11,16 6:12
**good** 4:20
**gravel** 1:9

**h**

**haley** 2:10
**haleyolson.c...** 2:12
**hand** 5:6,11,16
**henry** 1:8

**i**

**includes** 6:20
**index** 3:1
**information** 6:6,18
**intend** 5:25
**intent** 3:9,10,12
**interested** 7:5
**investments** 1:10
**issued** 4:4

**j**

**jcl** 2:7
**john** 2:3 4:14 6:22
**johnson** 1:7,8 1:15 2:4 4:5,7 4:9 5:1,2,8,14 5:24
**johnson's** 5:18 6:1,7
**join** 6:8,8

**k**

**k** 1:3 2:8 6:22
**kevin** 2:3 4:13 4:20 6:21
**kschutte** 2:6

**l**

**l.l.c.** 1:9
**legal** 7:12
**leininger** 2:3 4:14 6:22
**llc** 1:7,9,10
**llp** 2:4 4:6,9
**lyndon** 2:4 4:6 4:9 5:1

**m**

**made** 4:16
**mail** 3:11 5:12
**make** 6:4
**march** 7:7
**marked** 5:7,10 5:12,15,20
**morning** 4:20

**n**

**n** 2:1,10 4:1
**neither** 7:2
**nonappearance** 1:15 5:25 6:3 6:11,17,19
**northern** 1:1
**notary** 4:2 7:11
**notice** 3:9,10 4:4 5:4,7,13,17 6:6
**noticed** 4:25,25 5:4,4
**notices** 3:11

**o**

**o** 4:1
**offer** 5:21 6:2,5 6:9
**officer's** 6:15
**offices** 4:6,8 5:1 5:9,19,23
**olson** 2:10
**oral** 4:4
**os.law** 2:6,7
**otteson** 2:4 4:6 4:8 5:23
**outcome** 7:5

**p**

**p** 2:1,1 4:1
**page** 3:2,8
**parties** 5:3 6:20 6:25 7:3
**phone** 2:6,12
**place** 5:8,18,22
**plaintiff** 2:2,8 4:21
**plaintiffs** 1:5 4:25 6:16

**positions** 6:5
**preparing** 6:16
**present** 4:12 5:25
**proceeding** 7:4
**proof** 6:2,5
**properties** 1:10
**provided** 6:18
**public** 4:2
**pursuant** 6:18

**r**

**r** 2:1 4:1
**reclamation** 1:9
**record** 3:4 4:17 4:18 6:12,14 6:20
**registration** 7:13
**related** 7:2
**reporter** 4:18 5:6,12,17 6:12
**reporter's** 3:5
**ritchie** 2:10
**road** 2:10

**s**

**s** 2:1 4:1
**sand** 1:9
**schutte** 2:3 4:13,20,20,24 5:11,16,21 6:10,21
**served** 6:25
**shapiro** 2:4 4:6 4:9 5:23
**shaw** 2:9 4:15 4:22,22 6:4,22
**shown** 7:1
**signature** 7:11
**solutions** 7:12
**south** 2:8 6:23
**specifically** 5:14
**state** 4:3
**statements** 3:4 4:16 6:14
**states** 1:1
**street** 7:13
**submitted** 6:6
**suite** 2:5,11 4:7 4:9 5:2 7:13

**t**

**take** 3:9,10,12 4:4 5:8,18,22
**taken** 7:4
**texas** 1:1 2:5,11 4:3,7,10 5:2 7:14
**three** 5:21
**throckmorton** 7:13
**time** 4:18 6:19
**today** 5:1,8,18 5:23
**transmitting** 5:13

**u**

**undersigned** 6:19
**united** 1:1

**v**

**v** 1:6
**veritext** 7:12

**w**

**waco** 2:11
**wayne** 1:7
**we've** 6:5
**witness** 4:10 5:3
**worth** 1:2 7:14
**written** 5:4

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.