# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**MINUTE ORDER – Deposition**

**JUDGE :** Jeffrey L. Cureton
**LAW CLERK:** J. Schnurr
**COURT REPORTER:** Maribel Hernandez

---

**CASE NO.:** 4:23-cv-609-BJ
**CASE STYLE:** Cadence Bank, et al. v. Bridgelink Engineering, LLC, et al.
**DATE HELD:** Friday, November 7, 2025
**TOTAL TIME IN DEPOSITION:** 9:00 a.m. to 11:00 a.m. (2 hours)
**TOTAL TIME IN COURT:** 1 hour, 30 minutes

---

**APPEARANCES**:

PLAINTIFFS:

Blake Rasner (Counsel for Cadence Bank)
M. Grant Jones (Counsel for Cadence Bank)
Rick Bradley (Counsel for Cadence Bank)
Charles Pignuolo (Party Representative for Cadence Bank)

Kevin Schutte (Counsel for Century Bank)
John Leininger (Counsel for Century Bank)
Tom Lilly (Party Representative for Century Bank)

DEFENDANTS:

Stacey L. Barnes (Counsel for Defendants)
Vikesh N. Patel (Counsel for Defendants)
Cole Johnosn (Party)
Cord Johnon (Party)

**PROCEEDINGS CONDUCTED**: Deposition of Cole Wayne Johnson was conducted with the parties; however, it was not completed. Judge Cureton took the bench to resolve objections. Judge Cureton determined that the deposition would not be productive without the production of documents by Defendants, which the Court previously ordered to be produced in the Court's Order Partially Granting Plaintiff's Motion to Compel [doc. 208] and the Court's Amended Order Granting Plaintiff's Joint Application for Appointment of Receiver and Injunctive Relief [243]. The Court suspended the deposition and **Ordered Defendants and their counsel to produce all outstanding post-judgment discovery to Plaintiffs no later than Thursday, November 13, 2025, at 5 p.m.**