# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C., BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No 4:23-CV-00609-P |

**DECLARATION OF COLE W. JOHNSON REGARDING**
**<u>MONTHLY ACCOUNTING</u>**

I, Cole W. Johnson, hereby declare under penalty of perjury, pursuant to the laws of the United States of America:

1. My name is Cole W. Johnson. I am over the age of 18 years. I live in Parker County, Texas. Except as otherwise stated, I have personal knowledge of the facts stated in this Declaration (the "Declaration") and such facts are true and correct.

I am one of the Judgment Debtors in the above-reference action. Pursuant to the terms of the Amended Order Granting Application for Appointment of Receiver [Dkt. 243] (the "Amended Order"), I execute this Declaration, through my counsel, file a copy with the Court, and provide a copy to the Court-appointed Receivers and to their counsel. For the month of May 2026, pursuant to the Amended Order, I provide the information shown below. I provide this information in a good faith effort to comply with the Court's Amended Receivership Order ("Order"), which states that Tex. Bus. Orgs. Code Section 101.112 governs. I look forward to providing additional detail and explanation to the Receivers and their counsel at the deposition we are working to schedule for later this week. Additionally, as a Judgment Debtor, I maintain my objections to the Order, including to its seemingly inconsistent directives as relates to non-judgment-debtor entities and to

documents related to such entities, and including, in particular, my Thirteenth Amendment objection to the Accounting Affidavit (i.e., the obligation to prepare this document), and its scope. *See* Defendants' legal arguments and authorities: Dkt. 234 (Emergency Motion to Modify Receivership Order), 239 (Reply in Support), and 242 (Joint Report Regarding Motion), incorporated here by reference.

**(a) The amount of income/money received by the Judgment-Debtors during the previous month from all sources (excluding Social Security).**

ANSWER:

- Bridgelink Engineering, LLC $0.0
- Bighorn Investments and Properties LLC $0.0
- Bighorn Sand and Gravel, LLC $0.0
- Cole Johnson $12,500.00 – Salary from Johnson River Ranch, LLC
- Cole Johnson $56,090.00 – 2- month's salary from Bimergen Energy Corporation

**(b) The amount of income/money received the previous month from all sources for all entities that the Judgment-Debtors own or control (including, without limitation, the Non-Judgment Debtor Entities), or have an interest in.**

No Judgment Debtor received any money in May 2026, except for my salary from Johnson River Ranch, LLC and 2-months' salary from Bimergen Energy Corporation, disclosed above. Certain Non-Judgment Debtor Entities received the income/money in May 2026, as disclosed below:

1. Orion Trust
2. Evergreen Royalty Group LLC
3. Enhanced Midstream
4. Bridgelink Commodities - (Entity to Wind Down)
5. Bridgelink Investments LLC
6. Bridgelink Development LLC
7. C&C Johnson Holdings LLC
8. Energy Independent Partners LLC
9. Johnson River Ranch LLC $37,285.00
10. Bridgelink Renewable Energy Investment LLC
11. Bridgelink Renewable Energy Development LLC
12. Bridgelink Renewable Energy Investments II LLC
13. Red Leaf Power LLC
14. Red Leaf Investments LLC. Total additions $56,640.00
15. Bridgelink Renewable Energy Development II LLC
16. Bridgelink Europe LTD.
17. Intermountain Electric Services Inc.
18. RLI
19. RLI Holding LLC
20. Binary Capital LLC
21. The Henry Revocable Trust

22.Bridgelink Power Holdings LLC
23.Triangle 40 Ranch, LLC
24.Bridgelink Power LLC
25.Bridgelink Power Operating LLC
26.New Standard Living LLC
27.Bridgelink Development LLC
28.Redbird Solar LLC - (Entity to Wind Down)
29.Wildfire Solar LLC - (Entity to Wind Down)
30.Friendship Solar LLC - (Entity to Wind Down)
31.Lady Bird Solar LLC - (Entity to Wind Down)
32.Longhorn Solar LLC - (Entity to Wind Down)
33.Pecan Solar LLC - (Entity to Wind Down)
34.Prickly Pear LLC - (Entity to Wind Down)
35.Yellow Rose Solar LLC - (Entity to Wind Down)
36.Bright Light Solar LLC - (Entity to Wind Down)
37.Old Hickory Solar LLC - (Entity to Wind Down)
38.BT Solterra Solar LLC - (Entity to Wind Down)
39.Neal Solar LLC - (Entity to Wind Down)
40.Rockefeller Solar LLC - (Entity to Wind Down)
41.Armadillo Solar LLC - (Entity to Wind Down)
42.Cottonmouth Solar LLC - (Entity to Wind Down)
43.Stark Battery LLC - (Entity to Wind Down)
44.Bridgelink Cave Springs LLC - (Entity to Wind Down)
45.Switchgrass Solar LLC - (Entity to Wind Down)
46.Panther Solar LLC - (Entity to Wind Down)
47.Skeeter Solar LLC - (Entity to Wind Down)

**(c) All obligations of the Judgment-Debtors that were paid by a third-party.**

ANSWER:

I live on a 79.926-acre ranch near Weatherford, Texas. My girlfriend, Ashley McCormick, pays some of the household expenses, such as utilities and groceries. I drive a leased vehicle provided by Johnson River Ranch, LLC, which owns the lease and makes the lease payments.

I own a horse. Johnson River Ranch, LLC pays the veterinary expenses.

**(d) All obligations of the Non-Judgment Debtor Entities that were paid by a third-party.**

ANSWER:

To the best of my knowledge, none.

**(e) All gifts made to the Judgment-Debtors with a value in excess of $500.00, and the Judgment-Debtor's good faith estimation of their value.**

ANSWER:

None.

**(f) All gifts made to the entities that Judgment-Debtors own or control (which includes, without limitation, the Defendant LLCs), and Defendants good faith estimation of the value.**

ANSWER:

None

**(g) Account statements from every account that belongs to each Judgment-Debtor, including without limitation, bank accounts, brokerage accounts, and retirement accounts.**

ANSWER:

- Bridgelink Engineering LLC– All documents/accounts have been produced
- Bighorn Investments and Properties LLC- All documents/accounts have been produced
- Bighorn Sand and Gravel LLC- All documents/accounts have been produced
- Cole Johnson - All documents/accounts have been produced.

**(h) Account statements from every account of Judgment-Debtors and the Non-Judgment Debtor Entities, including, without limitation, bank accounts, brokerage accounts, and retirement accounts.**

ANSWER:

- Bridgelink Engineering LLC– All documents/accounts have been produced
- Bighorn Investments and Properties LLC- All documents/accounts have been produced
- Bighorn Sand and Gravel LLC- All documents/accounts have been produced
- Cole Johnson – All documents/accounts have been produced.
- Triangle 40 Ranch's accounts are subject to the automatic stay and need not be produced.
- Bimergen Energy Corporation is public company, now listed on the New York Stock Exchange, and its accounting records do not belong to a Judgment Debtor and are not under the control of a Judgment Debtor.
- Accounts statement for Non-Judgement Debtor limited liability companies are protected by Texas Business Organizations Code Section 101.112.

All NJDE accounting statements have been produced to WC and will be produced once they are bates numbered.

**(i) The expenses of the Judgment-Debtors which individually exceed $250.00 that the Judgment-Debtor paid the previous month.**

ANSWER:

None.

**(j) The expenses of Judgment-Debtors that individually exceed $250.00 that were paid by a third party (and the identification of the third-party) the previous month.**

ANSWER:

None.

**(k) The expenses that were paid by Judgment-Debtors and the Non-Judgment Debtor Entities during the previous month.**

ANSWER:

Bridgelink Engineering, LLC, Bighorn Sand & Gravel, LLC, and Bighorn Investments and Properties, LLC are inactive entities and paid no expenses in May 2026.

To my knowledge, I paid the following expenses in May 2026:

Tech/IT: $1,852.56

Personal Groceries/Food, etc: $2,964.27

Fuel & Local Transportation: $3,529.37

Electric & Utilities: $1,874.97

Software & Subscriptions: $1,934.00

Supplies & Miscellaneous: $2,732.59

The amounts above are approximate and reflect good-faith estimates based on account activity, not itemized accounting.

Johnson River Ranch spent $40,044.12 in May 2026.
Energy Independent Partners spent $1,350.00 in May 2026.

**The Judgment Debtors own some interest in the following entities.**

1. Orion Trust
2. Evergreen Royalty Group LLC
3. Enhanced Midstream
4. Bridgelink Commodities - (Entity to Wind Down)
5. Bridgelink Investments LLC
6. Bridgelink Development LLC
7. C&C Johnson Holdings LLC
8. Energy Independent Partners LLC
9. Johnson River Ranch LLC

10.Bridgelink Renewable Energy Investment LLC
11.Bridgelink Renewable Energy Development LLC
12.Bridgelink Renewable Energy Investments II LLC
13.Red Leaf Power LLC
14.Red Leaf Investments LLC.
15.Bridgelink Renewable Energy Development II LLC
16.Bridgelink Europe LTD.
17. Intermountain Electric Services Inc.
18.RLI
19.RLI Holding LLC
20.Binary Capital LLC
21.The Henry Revocable Trust
22.Bridgelink Power Holdings LLC
23.Triangle 40 Ranch, LLC
24.Bridgelink Power LLC
25.Bridgelink Power Operating LLC
26.New Standard Living LLC
27.Bridgelink Development LLC
28.Redbird Solar LLC - (Entity to Wind Down)
29.Wildfire Solar LLC - (Entity to Wind Down)
30.Friendship Solar LLC - (Entity to Wind Down)
31.Lady Bird Solar LLC - (Entity to Wind Down)
32.Longhorn Solar LLC - (Entity to Wind Down)
33.Pecan Solar LLC - (Entity to Wind Down)
34.Prickly Pear LLC - (Entity to Wind Down)
35Yellow Rose Solar LLC - (Entity to Wind Down)
36.Bright Light Solar LLC - (Entity to Wind Down)
37.Old Hickory Solar LLC - (Entity to Wind Down)
38.BT Sotterra Solar LLC - (Entity to Wind Down)
39.Neal Solar LLC - (Entity to Wind Down)
40.Rockefeller Solar LLC - (Entity to Wind Down)
41.Armadillo Solar LLC - (Entity to Wind Down)
42.Cottonmouth Solar LLC - (Entity to Wind Down)
43.Stark Battery LLC - (Entity to Wind Down)
44.Bridgelink Cave Springs LLC - (Entity to Wind Down)
45.Switchgrass Solar LLC - (Entity to Wind Down)
46.Panther Solar LLC - (Entity to Wind Down)
47.Skeeter Solar LLC - (Entity to Wind Down)

The Judgment-Debtors only directly own six entities, which have been disclosed to the Receivers. Those entities paid no expenses in May 2026. Most of the non-judgment debtor entities are inactive and have no income or expenses. Johnson River Ranch and Energy Independent Partners are active entities, though they are not directly owned by the Judgment-Debtors. Their ordinary business expenses are too numerous to list in a Declaration.

Red Leaf Investments, LLC paid approximately $299,900.57 in expenses in May 2026.

**(l) The expenses of Judgment Debtor and the Non-Judgment Debtor entities that were paid by third parties during the previous month, the identification of the third party.**

No payments by third parties on behalf entities owned or controlled by the Judgment-Debtors have been made on behalf of the Judgement Debtors. My girlfriend, Ashley McCormick pays some of our household expenses, but those expenses are equally hers.

**(m) All credit card and debit card statements from the Judgment-Debtors.**

- Bridgelink Engineering LLC– No Credit or Debit Card Exist
- Bighorn Investments and Properties LLC- No Credit or Debit Card Exist
- Bighorn Sand and Gravel LLC- No Credit or Debit Card Exist
- Cole Johnson – No Debit Card- Requested from the bank and will produce.

**(n) (n) All credit card and debit card statements from each entity that Judgment-Debtors own or control, or have an interest in.**

- Bridgelink Engineering LLC– No Credit or Debit Card Exist
- Bighorn Investments and Properties LLC- No Credit or Debit Card Exist
- Bighorn Sand and Gravel LLC- No Credit or Debit Card Exist
- Cole Johnson – No Debit Card exists.

**(o) A list of entities that Judgment-Debtors own or control, including the Defendant LLCs.**

ANSWER:

1. Orion Trust
2. Evergreen Royalty Group LLC
3. Enhanced Midstream
4. Bridgelink Commodities - (Entity to Wind Down)
5. Bridgelink Investments LLC
6. Bridgelink Development LLC
7. C&C Johnson Holdings LLC
8. Energy Independent Partners LLC
9.Johnson River Ranch LLC
10.Bridgelink Renewable Energy Investment LLC
11.Bridgelink Renewable Energy Development LLC
12.Bridgelink Renewable Energy Investments II LLC
13.Red Leaf Power LLC
14.Red Leaf Investments LLC.
15.Bridgelink Renewable Energy Development II LLC
16.Bridgelink Europe LTD.
17 Intermountain Electric Services Inc.

18. RLI
19. RLI Holding LLC
20. Binary Capital LLC
21. The Henry Revocable Trust
22. Bridgelink Power Holdings LLC
23. Triangle 40 Ranch, LLC
24. Bridgelink Power LLC
25. Bridgelink Power Operating LLC
26. New Standard Living LLC
27. Bridgelink Development LLC
28. Redbird Solar LLC - (Entity to Wind Down)
29. Wildfire Solar LLC - (Entity to Wind Down)
30. Friendship Solar LLC - (Entity to Wind Down)
31. Lady Bird Solar LLC - (Entity to Wind Down)
32. Longhorn Solar LLC - (Entity to Wind Down)
33. Pecan Solar LLC - (Entity to Wind Down)
34. Prickly Pear LLC - (Entity to Wind Down)
35. Yellow Rose Solar LLC - (Entity to Wind Down)
36. Bright Light Solar LLC - (Entity to Wind Down)
37. Old Hickory Solar LLC - (Entity to Wind Down)
38. BT Sotterra Solar LLC - (Entity to Wind Down)
39. Neal Solar LLC - (Entity to Wind Down)
40. Rockefeller Solar LLC - (Entity to Wind Down)
41. Armadillo Solar LLC - (Entity to Wind Down)
42. Cottonmouth Solar LLC - (Entity to Wind Down)
43. Stark Battery LLC - (Entity to Wind Down)
44. Bridgelink Cave Springs LLC - (Entity to Wind Down)
45. Switchgrass Solar LLC - (Entity to Wind Down)
46. Panther Solar LLC - (Entity to Wind Down)
47. Skeeter Solar LLC - (Entity to Wind Down)

**(p) The amount of money the Judgment-Debtor paid to the Receiver the previous month.**

ANSWER:

We need an accounting of funds collected. We have paid $15,000 plus whatever funds have been collected by Mr. Korn.

**(q) An affirmative statement from the Judgment-Debtors that they each have complied with this Order for the previous month.**

The Judgment Debtors affirm that they have complied with the Court's Amended Order for the reporting period covered by this Declaration.

Judgment Debtors, Bridgelink Engineering, LLC, Bighorn Sand & Gravel, LLC, and Bighorn Investments & Properties, LLC, had no activities during May 2026. Bighorn Construction & Reclamation, LLC is a Chapter 7 debtor in bankruptcy.

The Declarant said nothing more.

Signed by:
Cole W. Johnson
2EC0AD4092F949B...

Cole W. Johnson
Tarrant County, Texas
June 8, 2026

DMS 804986

[redacted]

PLEASE EXAMINE AT ONCE

Check your statement and enclosures, and report any discrepancies within thirty (30) days. Please direct any phone inquiries regarding your accounts to [redacted] Written inquiries should be sent to the address listed, attention: Research.

| | |
|---|---|
| ACCOUNT NUMBER | [redacted] |
| STATEMENT DATES | 5/01/26-5/29/26 |
| ENCLOSURES | 0 |
| PAGE | 1 of 2 |

0012182 3380FF 39449A00X.008

*0012182 S1 [redacted] VELOPMENT LLC
[redacted]

## SUMMARY OF ACCOUNTS

| Account Number | Account Description | Current Balance |
|---|---|---|
| [redacted] | [redacted] | 10.00 |

## ACCOUNT SUMMARY

[redacted]

| | | | |
|---|---|---|---|
| Account Number | [redacted] | Statement Dates | 5/01/26 thru 5/31/26 |
| Previous Balance | 15.00 | Days in Statement Period | 31 |
| 0 Deposits/Credits | 0.00 | Average Ledger | 10.48 |
| 1 Checks/Debits | 5.00 | Average Collected | 10.48 |
| Monthly Maintain Fee | 0.00 | | |
| Interest Pd This Stmt | 0.00 | | |
| Ending Balance | 10.00 | | |

Account Title:
Bridgelink Development LLC

NNNNNN DnpAndE H=N,D

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | [redacted] | 5.00- |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 10.00 | | | | |

# Checkbook Reconciliation

**CHECKS OUTSTANDING**

| Date or Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

**ENTER**
Balance This Statement $ ____________

**ADD**
Recent Deposits
(Not Credited On This Statement) $ ____________

$ ____________

**TOTAL** $ ____________

**SUBTRACT**
Checks Outstanding $ ____________

**BALANCE** $ ____________

Should agree with your checkbook balance after deducting charges and adding credits included on this statement, but not shown in your checkbook.

PLEASE REPORT ANY DISCREPANCIES WITHIN 30 DAYS

[redacted]

We are capable of handling WEB code, TEL code and paper check conversion transactions, which may or may not apply to your account. These transactions may be initiated by a third party (normally a merchant) that has provided you with goods, services, or is in the process of collecting an insufficient check. These transactions will appear on your statement like an ATM or debit card transaction. Your authorization to make these types of electronic fund transfers may be expressed in writing or implied through the posting of a sign. Merchants may also receive authorization by telephone or through the internet. You should use caution and only provide your bank and account information to trusted third parties that you have authorized to initiate electronic fund transfers. Third parties may charge fees disclosed to you. We have no control over third party fees.

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

BRIDGELINK INVESTMENTS LLC
[redacted]

**ACCOUNT #** [redacted]

| | |
|---|---|
| | 001 |
| Cycle | 27 |
| Enclosures | 0 |
| Page | 1 of 2 |

[redacted] **CHECKING**
May 1, 2026 through May 29, 2026

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$91.93** − | | Minimum Balance | $91 − |
| Deposits & Credits | $4,150.00 | + | | |
| Withdrawals | $4,000.00 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| **Ending Balance** | **$58.07** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/26 | [redacted] | 4,150.00 |

## WITHDRAWALS

| | | |
|---|---|---|
| 05/27 | [redacted] | 4,000.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05/26 | 4,058.07 | 05/27 | 58.07 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting** [redacted]

**For all your banking needs, please** [redacted]
**or visit us on the** [redacted]

**Thank You For Banking** [redacted]

[redacted] Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free [redacted]
or write us at
[redacted]

Please contact [redacted] as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, [redacted]

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at [redacted] and you can also make a transfer or deposit through [redacted]. To make a deposit to an overdrawn account 24 hours a day, [redacted]

PLEASE EXAMINE AT ONCE

Check your statement and enclosures, and report any discrepancies within thirty (30) days. Please direct any phone inquiries regarding your accounts to [redacted] Written inquiries should be sent to the address listed, attention: Research.

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 0 |
| **PAGE** | 1 of 2 |

0012192 3380FF 39483A00X.008

*0012192 S1
[redacted]NDENT PARTNERS LLC
[redacted]

## SUMMARY OF ACCOUNTS

| Account Number | Account Description | Current Balance |
|---|---|---|
| [redacted] | [redacted] | 140.83 |

## ACCOUNT SUMMARY

[redacted]

| | | | |
|---|---|---|---|
| Account Number | [redacted] | Statement Dates | 5/01/26 thru 5/31/26 |
| Previous Balance | 1,490.83 | Days in Statement Period | 31 |
| 0 Deposits/Credits | 0.00 | Average Ledger | 1,234.37 |
| 2 Checks/Debits | 1,350.00 | Average Collected | 1,234.37 |
| Monthly Maintain Fee | 0.00 | | |
| Interest Pd This Stmt | 0.00 | | |
| Ending Balance | 140.83 | | |

Account Title:
Energy Independent Partners LLC

NNNNNN DnpAndE H=N,D

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/26 | [redacted] | 1,200.00- |
| 5/27 | [redacted] | 150.00- |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 1,490.83 | 5/26 | 290.83 | 5/27 | 140.83 |

# Checkbook Reconciliation

**CHECKS OUTSTANDING**

| Date or Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

**ENTER**
Balance This Statement $ ______

**ADD**
Recent Deposits
(Not Credited On This Statement) $ ______

$ ______

**TOTAL** $ ______

**SUBTRACT**
Checks Outstanding $ ______

**BALANCE** $ ______

Should agree with your checkbook balance after deducting charges and adding credits included on this statement, but not shown in your checkbook.

PLEASE REPORT ANY DISCREPANCIES WITHIN 30 DAYS

[redacted]

We are capable of handling WEB code, TEL code and paper check conversion transactions, which may or may not apply to your account. These transactions may be initiated by a third party (normally a merchant) that has provided you with goods, services, or is in the process of collecting an insufficient check. These transactions will appear on your statement like an ATM or debit card transaction. Your authorization to make these types of electronic fund transfers may be expressed in writing or implied through the posting of a sign. Merchants may also receive authorization by telephone or through the internet. You should use caution and only provide your bank and account information to trusted third parties that you have authorized to initiate electronic fund transfers. Third parties may charge fees disclosed to you. We have no control over third party fees.

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

[redacted]

PLEASE EXAMINE AT ONCE

Check your statement and enclosures, and report any discrepancies within thirty (30) days. Please direct any phone inquiries regarding your accounts to [redacted] Written inquiries should be sent to the address listed, attention: Research.

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 1 |
| **PAGE** | 1 of 6 |

0001978 3380FF 16305D00X.004

1931 2 AB 0.636 *0001978 S4
[redacted] RANCH LLC
[redacted]

## SUMMARY OF ACCOUNTS

| Account Number | Account Description | Current Balance |
|---|---|---|
| [redacted] | [redacted] | 28,310.75 |

## ACCOUNT SUMMARY

[redacted]

| | | | |
|---|---|---|---|
| Account Number | [redacted] | Statement Dates | 5/01/26 thru 5/31/26 |
| Previous Balance | 383.88 | Days in Statement Period | 31 |
| 2 Deposits/Credits | 56,090.90 | Average Ledger | 6,780.48 |
| 26 Checks/Debits | 28,164.03 | Average Collected | 6,780.48 |
| Monthly Maintain Fee | 0.00 | | |
| Interest Pd This Stmt | 0.00 | | |
| Ending Balance | 28,310.75 | | |

Account Title:
Johnson River Ranch LLC

## MISCELLANEOUS CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | [redacted] | 23,383.61 |
| 5/29 | [redacted] | 32,707.29 |

MailNoE H=N NNNNNN

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | [redacted] | 8,535.00- |
| 5/04 | [redacted] | 14.81- |
| 5/04 | [redacted] | 60.01- |

# Checkbook Reconciliation

**CHECKS OUTSTANDING**

| Date or Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

**ENTER**
Balance This Statement $ ____________

**ADD**
Recent Deposits
(Not Credited On This Statement) $ ____________

$ ____________

**TOTAL** $ ____________

**SUBTRACT**
Checks Outstanding $ ____________

**BALANCE** $ ____________

Should agree with your checkbook balance after deducting charges and adding credits included on this statement, but not shown in your checkbook.

PLEASE REPORT ANY DISCREPANCIES WITHIN 30 DAYS

[redacted]

We are capable of handling WEB code, TEL code and paper check conversion transactions, which may or may not apply to your account. These transactions may be initiated by a third party (normally a merchant) that has provided you with goods, services, or is in the process of collecting an insufficient check. These transactions will appear on your statement like an ATM or debit card transaction. Your authorization to make these types of electronic fund transfers may be expressed in writing or implied through the posting of a sign. Merchants may also receive authorization by telephone or through the internet. You should use caution and only provide your bank and account information to trusted third parties that you have authorized to initiate electronic fund transfers. Third parties may charge fees disclosed to you. We have no control over third party fees.

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

0001978 3380FF 16307D00X.004 26FDP NNNNNN MailNoE H=N

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 1 |
| **PAGE** | 3 of 6 |

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/06 | [redacted] | 9,000.00- |
| 5/11 | [redacted] | 244.51- |
| 5/11 | [redacted] | 18.84- |
| 5/11 | [redacted] | 13.09- |
| 5/11 | [redacted] | 55.97- |
| 5/11 | [redacted] | 243.39- |
| 5/12 | [redacted] | 14.64- |
| 5/12 | [redacted] | 68.00- |
| 5/12 | [redacted] | 2,000.00- |
| 5/13 | [redacted] | 18.00- |
| 5/14 | [redacted] | 15.21- |
| 5/14 | [redacted] | 153.60- |

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 1 |
| **PAGE** | 4 of 6 |

JOHNSON RIVER RANCH LLC
[redacted]

0001978 3380FF 16308D00X.004 26FDP

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/14 | [redacted] | 14.06- |
| 5/14 | [redacted] | 2.59- |
| 5/14 | [redacted] | 14.18- |
| 5/15 | [redacted] | 3,000.00- |
| 5/19 | [redacted] | 118.63- |
| 5/26 | [redacted] | 35.09- |
| 5/27 | [redacted] | 8.45- |
| 5/28 | [redacted] | 2.87- |
| 5/28 | [redacted] | 13.09- |
| 5/29 | [redacted] | 1,500.00- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 5/29 | 26 | 3,000.00 | | | |

*(*) Denotes missing check numbers*

0001978 3380FF 16309D00X.004 26FDP NNNNNN MailNoE H=N

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 1 |
| **PAGE** | 5 of 6 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 15,232.49 | 5/13 | 3,481.23 | 5/26 | 127.87 |
| 5/04 | 15,157.67 | 5/14 | 3,281.59 | 5/27 | 119.42 |
| 5/06 | 6,157.67 | 5/15 | 281.59 | 5/28 | 103.46 |
| 5/11 | 5,581.87 | 5/19 | 162.96 | 5/29 | 28,310.75 |
| 5/12 | 3,499.23 | | | | |

[redacted]

0001978 3380FF 16311D00X.004 26FDP NNNNNN MailNoE H=N

[redacted]

PLEASE EXAMINE AT ONCE

Check your statement and enclosures, and report any discrepancies within thirty (30) days. Please direct any phone inquiries regarding your accounts to [redacted] Written inquiries should be sent to the address listed, attention: Research.

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 1 of 11 |

0002851 3380FF 865F00X.001 NNNNNN DnpAndE H=N,D

*0002851 S6
[redacted] RANCH LLC
[redacted]

## SUMMARY OF ACCOUNTS

| Account Number | Account Description | Current Balance |
|---|---|---|
| [redacted] | [redacted] | 1,728.08 |

## ACCOUNT SUMMARY

[redacted]

| | | | |
|---|---|---|---|
| Account Number | [redacted] | Statement Dates | 5/01/26 thru 5/31/26 |
| Previous Balance | 4,487.20 | Days in Statement Period | 31 |
| 11 Deposits/Credits | 37,285.00 | Average Ledger | 3,315.03 |
| 84 Checks/Debits | 40,044.12 | Average Collected | 3,315.03 |
| Monthly Maintain Fee | 0.00 | | |
| Interest Pd This Stmt | 0.00 | | |
| Ending Balance | 1,728.08 | | |

Account Title:
Johnson River Ranch LLC

## MISCELLANEOUS CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | [redacted] | 8,535.00 |
| 5/06 | [redacted] | 9,000.00 |
| 5/12 | [redacted] | 2,000.00 |
| 5/15 | [redacted] | 3,000.00 |
| 5/15 | [redacted] | 2,000.00 |
| 5/26 | [redacted] | 1,200.00 |
| 5/26 | [redacted] | 8,500.00 |
| 5/27 | [redacted] | 150.00 |
| 5/27 | [redacted] | 500.00 |
| 5/27 | [redacted] | 900.00 |
| 5/29 | [redacted] | 1,500.00 |

# Checkbook Reconciliation

**CHECKS OUTSTANDING**

| Date or Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

**ENTER**
Balance This Statement $ ______

**ADD**
Recent Deposits
(Not Credited On This Statement) $ ______

$ ______

**TOTAL** $ ______

**SUBTRACT**
Checks Outstanding $ ______

**BALANCE** $ ______

Should agree with your checkbook balance after deducting charges and adding credits included on this statement, but not shown in your checkbook.

PLEASE REPORT ANY DISCREPANCIES WITHIN 30 DAYS

## In Case of Errors or Questions About Your Electronic Transfers

[redacted]

We are capable of handling WEB code, TEL code and paper check conversion transactions, which may or may not apply to your account. These transactions may be initiated by a third party (normally a merchant) that has provided you with goods, services, or is in the process of collecting an insufficient check. These transactions will appear on your statement like an ATM or debit card transaction. Your authorization to make these types of electronic fund transfers may be expressed in writing or implied through the posting of a sign. Merchants may also receive authorization by telephone or through the internet. You should use caution and only provide your bank and account information to trusted third parties that you have authorized to initiate electronic fund transfers. Third parties may charge fees disclosed to you. We have no control over third party fees.

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

| ACCOUNT NUMBER | [redacted] |
|---|---|
| STATEMENT DATES | 5/01/26-5/29/26 |
| ENCLOSURES | 6 |
| PAGE | 3 of 11 |

0002851 3380FF 867F00X.001 26FDP NNNNNN DnpAndE H=N,D

JOHNSON RIVER RANCH LLC
[redacted]

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | [redacted] | 47.43- |
| 5/01 | [redacted] | 28.46- |
| 5/01 | [redacted] | 3,500.00- |
| 5/01 | [redacted] | 15.00- |
| 5/04 | [redacted] | 224.35- |
| 5/04 | [redacted] | 513.25- |
| 5/04 | [redacted] | 20.27- |
| 5/04 | [redacted] | 4.05- |
| 5/04 | [redacted] | 624.00- |
| 5/04 | [redacted] | 65.27- |
| 5/04 | [redacted] | 298.77- |
| 5/05 | [redacted] | 49.99- |

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 4 of 11 |

0002851 3380FF 868F00X.001 26FDP

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/05 | [redacted] | 273.22- |
| 5/05 | [redacted] | 91.80- |
| 5/05 | [redacted] | 107.76- |
| 5/05 | [redacted] | 28.81- |
| 5/06 | [redacted] | 122.59- |
| 5/06 | [redacted] | 9,075.32- |
| 5/06 | [redacted] | 15.00- |
| 5/06 | [redacted] | 406.13- |
| 5/07 | [redacted] | 122.59- |
| 5/07 | [redacted] | 172.88- |
| 5/07 | [redacted] | 26.68- |
| 5/07 | [redacted] | 181.21- |
| 5/08 | [redacted] | 294.86- |

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 5 of 11 |

0002851

JOHNSON RIVER RANCH LLC
[redacted]

3380FF 869F00X.001 26FDP NNNNNN DnpAndE H=N,D

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/11 | [redacted] | 225.23- |
| 5/11 | [redacted] | 262.50- |
| 5/11 | [redacted] | 178.66- |
| 5/11 | [redacted] | 30.98- |
| 5/11 | [redacted] | 68.00- |
| 5/11 | [redacted] | 122.59- |
| 5/11 | [redacted] | 208.00- |
| 5/11 | [redacted] | 160.18- |
| 5/12 | [redacted] | 35.45- |
| 5/12 | [redacted] | 10.56- |
| 5/12 | [redacted] | 53.20- |

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 6 of 11 |

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| | [redacted] | |
| 5/12 | [redacted] | 5.33- |
| 5/13 | [redacted] | 405.62- |
| 5/13 | [redacted] | 62.18- |
| 5/14 | [redacted] | 47.43- |
| 5/14 | [redacted] | 1,190.25- |
| 5/14 | [redacted] | 342.24- |
| 5/14 | [redacted] | 181.21- |
| 5/15 | [redacted] | 120.00- |
| 5/15 | [redacted] | 49.00- |
| 5/18 | [redacted] | 574.40- |
| 5/18 | [redacted] | 38.90- |

0002851 3380FF 870F00X.001 26FDP

0002851 3380FF 871F00X.001 26FDP NNNNNN DnpAndE H=N,D

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 7 of 11 |

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/18 | [redacted] | 25.59- |
| 5/18 | [redacted] | 419.72- |
| 5/18 | [redacted] | 382.00- |
| 5/18 | [redacted] | 195.39- |
| 5/18 | [redacted] | 446.95- |
| 5/18 | [redacted] | 23.89- |
| 5/19 | [redacted] | 24.47- |
| 5/19 | [redacted] | 52.06- |
| 5/19 | [redacted] | 10.56- |
| 5/20 | [redacted] | 120.47- |
| 5/20 | [redacted] | 500.59- |
| 5/21 | [redacted] | 4.19- |

| ACCOUNT NUMBER | [redacted] |
|---|---|
| STATEMENT DATES | 5/01/26-5/29/26 |
| ENCLOSURES | 6 |
| PAGE | 8 of 11 |

JOHNSON RIVER RANCH LLC
[redacted]

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| | [redacted] | |
| 5/21 | [redacted] | 53.29- |
| 5/22 | [redacted] | 53.20- |
| 5/26 | [redacted] | 84.93- |
| 5/26 | [redacted] | 12.63- |
| 5/26 | [redacted] | 223.75- |
| 5/26 | [redacted] | 299.00- |
| 5/26 | [redacted] | 299.00- |
| 5/26 | [redacted] | 100.00- |
| 5/26 | [redacted] | 15.89- |
| 5/26 | [redacted] | 4,150.00- |
| 5/26 | [redacted] | 15.00- |
| 5/26 | [redacted] | 5,535.01- |

0002851 3380FF 872F00X.001 26FDP

0002851
3380FF
873F00X.001
26FDP
NNNNNN
DnpAndE H=N,D

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 9 of 11 |

## MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| | [redacted] | |
| 5/26 | [redacted] | 247.82- |
| 5/27 | [redacted] | 300.00- |
| 5/27 | [redacted] | 1,000.00- |
| 5/27 | [redacted] | 89.94- |
| 5/27 | [redacted] | 196.25- |
| 5/27 | [redacted] | 204.57- |
| 5/29 | [redacted] | 27.93- |
| 5/29 | [redacted] | 94.98- |
| 5/29 | [redacted] | 5.33- |
| 5/29 | [redacted] | 88.52- |
| 5/29 | [redacted] | 9.60- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 5/04 | 1291 | 3,000.00 | 5/18 | 1292 | 1,050.00 |

*(*) Denotes missing check numbers*

JOHNSON RIVER RANCH LLC
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted] |
| **STATEMENT DATES** | 5/01/26-5/29/26 |
| **ENCLOSURES** | 6 |
| **PAGE** | 10 of 11 |

0002851 3380FF 874F00X.001 26FDP

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 9,431.31 | 5/12 | 3,351.83 | 5/20 | 2,088.91 |
| 5/04 | 4,681.35 | 5/13 | 2,884.03 | 5/21 | 2,031.43 |
| 5/05 | 4,129.77 | 5/14 | 1,122.90 | 5/22 | 1,978.23 |
| 5/06 | 3,510.73 | 5/15 | 5,953.90 | 5/26 | 695.20 |
| 5/07 | 3,007.37 | 5/18 | 2,797.06 | 5/27 | 454.44 |
| 5/08 | 2,712.51 | 5/19 | 2,709.97 | 5/29 | 1,728.08 |
| 5/11 | 1,456.37 | | | | |

[redacted]

0002851 3380FF 875F00X.001 26FDP NNNNNN DnpAndE H=N,D