# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK,** | § | |
| ***Plaintiffs,*** | § | |
| **v.** | § | |
| **BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C., BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES LLC,** | § | **CIVIL ACTION NO. 4:23-CV-00609-BJ** |
| ***Defendants*.** | § | |

**JOINT NOTICE OF RESOLUTION OF FEE DISPUTE**

The Huntington National Bank f/k/a Cadence Bank f/k/a BancorpSouth Bank ("Cadence") and Andrew R. Korn (the "Receiver") jointly notify the Court that Cadence has agreed to pay the Receiver the full $148,338.25 that he has requested from Cadence. Accordingly, there is no need for the hearing on the Receiver's fees set by the Court for August 11, 2026 at 9:00 a.m.

Respectfully submitted,

**SESSIONS ISRAEL & SHARTLE**

By: */s/ David Clouston*

David Clouston
Texas Bar No. 00787253
dclouston@sessions.legal
5700 Granite Parkway, Suite 260
Plano, Texas 75024
Telephone: 504.828.3700

**ATTORNEYS FOR THE RECEIVER**

**AKERMAN LLP**

By: *<u>/s/ Michael D. Napoli</u>*
Michael D. Napoli
Texas Bar No. 14803400
michael.napoli@akerman.com
Bryce D. Pilawski
Texas Bar No. 24143298
bryce.pilawski@akerman.com
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

Christian P. George (*admitted PHV*)
Florida Bar No. 41055
christian.george@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

**ATTORNEYS FOR
PLAINTIFF CADENCE BANK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served on all parties via the Court's CM/ECF system.

*/s/ Michael D. Napoli*
Michael D. Napoli