**Robert A. Simon**

**From:** Marilyn Garner <mgarner@marilyndgarner.net>
**Sent:** Thursday, October 15, 2026 5:17 PM
**To:** Robert A. Simon; Alexandra Jennings
**Subject:** Big Horn

Robert:

Your clients have offered $20,000 to purchase the Estate's alter ego claims. The claim cannot be settled for that amount. However, I would accept $50,000.00 for the claim. It will be necessary for me to file a motion seeking approval of the sale under Section 363 of the Bankruptcy Code and/or as a settlement agreement pursuant to Bankruptcy Rule 9019. Please advise after you have discussed this matter with your clients.

Law Office of Marilyn D. Garner
2001 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499
(817) 549-7200 (FAX)

LAW OFFICE OF
MARILYN D. GARNER



**EXHIBIT 2**