**Robert A. Simon**

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, October 2, 2026 9:40 PM
**To:** David Skeels; Robert A. Simon
**Subject:** Re: Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call

John doesn't represent spin. He just called me on my cell and I said ill join if it can potentially recover money though told him I don't want to be busy with it. Is he pretending to be representing Spin? No right?

**From:** David Skeels <DSkeels@whitakerchalk.com>
**Date:** Friday, October 2, 2026 at 10:32 PM
**To:** Josh Lubin <josh@tetonfunding.com>, "Robert A. Simon" <RSimon@whitakerchalk.com>
**Subject:** Re: Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call

To clarify ... has Spin Capital been represented by counsel at any point during these BR matters?

Sent via the Samsung Galaxy S26 Ultra, an AT&T 5G smartphone
Get Outlook for Android

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, October 2, 2026 9:26:41 PM
**To:** David Skeels <DSkeels@whitakerchalk.com>; Robert A. Simon <RSimon@whitakerchalk.com>
**Subject:** Re: Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call

You don't often get email from josh@tetonfunding.com. Learn why this is important
There's no spin counsel at this moment for this matter. My schedule is open. I can get on a call.

Want to clarify a few things and would be open settlement discussions.

FYI Spin capital did not receive a penny (unless a lawyer collected on behalf of spin and stole the money) so if there was actually money paid to a previous Spin lawyer, I would want that evidence.

**From:** David Skeels <DSkeels@whitakerchalk.com>
**Sent:** Friday, October 2, 2026 10:20 PM
**To:** Josh Lubin <josh@tetonfunding.com>; Robert A. Simon <RSimon@whitakerchalk.com>
**Subject:** Re: Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call

Hi Mr. Lubin,



**EXHIBIT 3**

Thanks for reaching out. Can you clarify whether Spin Capital, LLC is represented in the BR matters pending in Ft. Worth, TX? If so, who is Spin Capital's counsel, and when was he or she retained? If not, perhaps we can set up a call for early next week.

Thank you,

David

Sent via the Samsung Galaxy S26 Ultra, an AT&T 5G smartphone
Get Outlook for Android

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, October 2, 2026 8:44:15 PM
**To:** Robert A. Simon <RSimon@whitakerchalk.com>
**Cc:** David Skeels <DSkeels@whitakerchalk.com>
**Subject:** Spin Capital - In re Cole Wayne Johnson (No. 26-43993) and In re Cord Henry Johnson (No. 26-43995) - request for a call

Some people who received this message don't often get email from josh@tetonfunding.com.
Learn why this is important

Dear Mr. Simon and Mr. Skeels,

I own Spin Capital, LLC, one of the petitioning creditors in these cases. I am not a lawyer, and I am not represented by counsel on this matter.

I would like to set up a short call with you to discuss Spin's claim and the two cases. I would also like to understand what amount, if any, you say Spin collected from the Schwab garnishment.

Please let me know a few times that work for you next week.

Thank you,

Josh Lubin
(732) 608-4905
josh@tetonfunding.com

***** Confidentiality Notice: This e-mail and any attachments are intended only for use by the individual or entity named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail or of any attachment is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at Whitaker Chalk Swindle & Schwartz PLLC by telephone at (817) 878-0500 or return e-mail, do not read it and permanently delete the original. ------- Thank You.