Robert A. Simon
State Bar No. 18390000
**WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
**ATTORNEYS FOR ALLEGED DEBTORS,
COLE WAYNE JOHNSON AND CORD HENRY JOHNSON**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COLE WAYNE JOHNSON and** | § | **Case No. 26-43993-mxm** |
| **CORD HENRY JOHNSON,** | § | **Case No. 26-43995-mxm** |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 7** |

**DEBTORS' NOTICE OF HEARING ON MOTIONS
TO DISMISS INVOLUNTARY PETITIONS**
(Pertains to Docket Nos. 9 and 14)

PLEASE TAKE NOTICE that a hearing will be held on **Monday January 25, 2027 and Tuesday, January 26, 2027 beginning at 9:30 a.m.**, to consider Cole Johnson's Motion to Dismiss Involuntary Petition ("Cole's Motion") [Docket No. 9] and Cord Johnson's Motion to dismiss Involuntary Petition ("Cord's Motion") [Docket No. 14].

**The Hearing will be held** before the Honorable Mark X. Mullin, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. However, parties may choose to attend the Hearing by WebEx. The WebEx videoconference information is below:

**For WebEx Video Participation/Attendance**:

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2310-650-8783**

If you should have any questions regarding the hearing, please contact counsel for the Debtors, Whitaker Chalk Swindle & Schwartz PLLC, Robert A. Simon, at 817-878-0543.

November 10, 2026.

Respectfully submitted,

**WHITAKER CHALK SWINDLE**
**& SCHWARTZ PLLC**

By: *<u>/s/ Robert A. Simon</u>*
Robert A. Simon
Texas Bar No. 18390000
John Behan
Texas Bar No. 24129111
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
rsimon@whitakerchalk.com
**ATTORNEYS FOR THE DEBTORS**
**COLE WAYNE JOHNSON AND**
**CORD HENRY JOHNSON**

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of November 2026, that I served a true and correct copy of the forgoing Notice of Hearing upon all parties registered to receive service via this Court's ECF notification system.

<u>/s/ Robert A. Simon</u>
Robert A. Simon