**Bonnie Peck**

---

| | |
|---|---|
| **From:** | Patricia A. Staiano <PStaiano@hlgslaw.com> |
| **Sent:** | Monday, November 16, 2026 3:12 PM |
| **To:** | Robert A. Simon; John C. Leininger |
| **Cc:** | Bonnie Peck; John Behan |
| **Subject:** | RE: Discovery Requests to Spin Capital |

Understood. We can only do what we can. But the Trustee will not answer discovery for which he has no personal knowledge and we will have to get the information in some way under oath by the debtor; getting you true and correct answers is the goal.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Robert A. Simon <RSimon@whitakerchalk.com>
**Sent:** Monday, November 16, 2026 2:48 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; John C. Leininger <jcl@os.law>
**Cc:** Bonnie Peck <BPeck@whitakerchalk.com>; John Behan <jbehan@whitakerchalk.com>
**Subject:** RE: Discovery Requests to Spin Capital

Good afternoon, Patricia and John:

I don't see any reason to extend a deadline already expired, but we will hold off on filing a Motion to Compel until Monday of next week. That will give Spin Capital, LLC a week to respond to the discovery, if it can.

In practical terms, you are asking for indefinite extension while you attempt to compel Josh Lubin to provide information he thus far failed to provide, but Spin Capital should have had when it agreed to join the involuntary petitions. Based upon Mr. Lubin's recent filings in the Bankruptcy Court New Jersey, he appears to be adversarial to the Trustee, not cooperative. I doubt that he will provide information without being compelled, and Cord and Cole Johnson are not obligated to wait until subpoenas are served, Josh Lubin responds, if he does, and the Trustee files a motion to compel and seeks a hearing. The alleged debtors' bond hearing is set on December 23, 2026, and we will not move that hearing. The involuntary petitions were filed on September 4, 2026. The alleged debtors are entitled to go forward.

This discovery was served more than a month ago, and nobody raised this issue until after the discovery response deadline has expired. Spin Capital was obligated to respond to the discovery in timely fashion, just like any other litigant.

If Spin Capital cannot respond to the discovery in a timely manner, the appropriate remedy is for Spin Capital to withdraw as a Petitioning Creditor.

Thanks,

Robert

**ROBERT A. SIMON** | Member
Whitaker Chalk Swindle & Schwartz PLLC

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135

817.878.0543 Direct
817.878.0500 Main
817.878.0501 Fax

rsimon@whitakerchalk.com
www.whitakerchalk.com

vCard | Profile

Whitaker Chalk
Attorneys & Counselors

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Monday, November 16, 2026 7:15 AM
**To:** John C. Leininger <jcl@os.law>; Robert A. Simon <RSimon@whitakerchalk.com>
**Subject:** Re: Discovery Requests to Spin Capital

Good morning,

We have just retained accountants in our case and they are assisting in the document review. In addition, debtor Lubin did not produce anything under oath. John is correct that the Trustee has no personal knowledge regarding the information you seek and he is now (at least for the time being) in charge of Spin Capital.

I don’t think Lubin individually is in your lawsuit, but we are serving a subpoena on him (most likely the first of many) seeking targeted information. We can include the information you seek in ours as we have jurisdiction over him here in NJ.

Please advise.

Thank you.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** John C. Leininger <jcl@os.law>
**Date:** Monday, November 16, 2026 at 8:02 AM

**To:** Robert A. Simon <RSimon@whitakerchalk.com>, Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** Discovery Requests to Spin Capital

Robert,

Following our conversation regarding the discovery responses from Spin Capital I spoke with Pat Staiano, counsel for Ben Stanziale, the Chapter 11 Trustee in Josh Lubin's personal case. Mr. Stanziale does not have the personal knowledge to verify the answers to the interrogatories posed. Mr. Stanziale recently received multiple document dumps from Mr. Lubin and he needs time to review them, determine if they are responsive to your requests, and produce them.

To obtain the answer to the interrogatories propounded by the Johnson Brothers, and subject to my right to object to raise objections, Mr. Stanziale is willing to subpoena Josh Lubin to answer the interrogatories.

Based on the foregoing, I request that you reconsider your statement that you will pursue a motion to compel and instead we work together to get answers to the discovery you served.

OTTESON SHAPIRO

**John C. Leininger**
**OTTESON SHAPIRO LLP**
ATTORNEYS AT LAW
4851 LBJ Freeway, Suite 650
Dallas, TX, 75244
Direct 214-619-8325 | Main 214-619-8309
jcl@os.law | www.os.law

This transmission contains information from the law firm of Otteson Shapiro LLP, which may be confidential or protected by the attorney-client or other privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify the sender by email or telephone immediately and delete the original transmission.

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide

any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.

***** Confidentiality Notice: This e-mail and any attachments are intended only for use by the individual or entity named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail or of any attachment is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at Whitaker Chalk Swindle & Schwartz PLLC by telephone at (817) 878-0500 or return e-mail, do not read it and permanently delete the original. ------- Thank You.