## Bonnie Peck

| | |
|---|---|
| **From:** | Patricia A. Staiano <PStaiano@hlgslaw.com> |
| **Sent:** | Friday, November 20, 2026 4:21 PM |
| **To:** | Robert A. Simon; michael.napoli@akerman.com; John Behan; jcl@os.law |
| **Cc:** | raw@therawlaw.com; Bonnie Peck; Caroline Tower; David Skeels |
| **Subject:** | RE: Case Nos. 26-43993 & 26-43995 - Deposition Notices : |

Some people who received this message don't often get email from pstaiano@hlgslaw.com. Learn why this is important

We all do what we can. You will need information from debtor Lubin. We need to take a look at the documents. We are then going to depose him. We are trying to get you actual information rather than a vanilla pleading stating that the trustee has no personal knowledge.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Robert A. Simon <RSimon@whitakerchalk.com>
**Sent:** Friday, November 20, 2026 5:18 PM
**To:** Patricia A. Staiano <PStaiano@hlgslaw.com>; michael.napoli@akerman.com; John Behan <jbehan@whitakerchalk.com>; jcl@os.law
**Cc:** raw@therawlaw.com; Bonnie Peck <BPeck@whitakerchalk.com>; Caroline Tower <ctower@whitakerchalk.com>; David Skeels <DSkeels@whitakerchalk.com>
**Subject:** RE: Case Nos. 26-43993 & 26-43995 - Deposition Notices :

Patricia,

Thank you for your email, but January 20, 2027, is not nearly soon enough. We will need to file a motion to compel Spin Capital to respond timely. If it can't, then Spin Capital should not be a Petitioning Creditor in an involuntary bankruptcy case. Have a good weekend.

Thanks,

Robert

**ROBERT A. SIMON** | Member
Whitaker Chalk Swindle & Schwartz PLLC

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135

817.878.0543 Direct
817.878.0500 Main
817.878.0501 Fax

rsimon@whitakerchalk.com

www.whitakerchalk.com

vCard | Profile

Whitaker Chalk
Attorneys & Counselors

---

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Friday, November 20, 2026 2:13 PM
**To:** Robert A. Simon <RSimon@whitakerchalk.com>; michael.napoli@akerman.com; John Behan <jbehan@whitakerchalk.com>; jcl@os.law
**Cc:** raw@therawlaw.com; Bonnie Peck <BPeck@whitakerchalk.com>; Caroline Tower <ctower@whitakerchalk.com>; David Skeels <DSkeels@whitakerchalk.com>
**Subject:** RE: Case Nos. 26-43993 & 26-43995 - Deposition Notices :

I don't know if John sent you the subpoena the Chapter 11 Trustee sent to Mr. Lubin last night (he agreed to accept service) and we enclosed your documents requests. Since we cannot serve interrogatories via a rule 2004 subpoena, we have noticed his deposition for January 20 at 10:00 am (virtually). We intend to ask him the questions you have posed as interrogatories.

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

---

**From:** Robert A. Simon <RSimon@whitakerchalk.com>
**Sent:** Friday, November 20, 2026 3:07 PM
**To:** michael.napoli@akerman.com; John Behan <jbehan@whitakerchalk.com>; jcl@os.law
**Cc:** raw@therawlaw.com; Bonnie Peck <BPeck@whitakerchalk.com>; Caroline Tower <ctower@whitakerchalk.com>; David Skeels <DSkeels@whitakerchalk.com>; Patricia A. Staiano <PStaiano@hlgslaw.com>
**Subject:** RE: Case Nos. 26-43993 & 26-43995 - Deposition Notices :

John and Michael,

Great, thanks. We will get out an amended notice to Century Bank with the correct date, place, and time.

We need to get the other Petitioning Creditors scheduled as well. Please me know.

Thanks,

Robert

**ROBERT A. SIMON** | Member
Whitaker Chalk Swindle & Schwartz PLLC

301 Commerce Street, Suite 3500

Fort Worth, Texas 76102-4135

817.878.0543 Direct
817.878.0500 Main
817.878.0501 Fax

rsimon@whitakerchalk.com
www.whitakerchalk.com

vCard | Profile

Whitaker Chalk
Attorneys & Counselors

---

**From:** michael.napoli@akerman.com <michael.napoli@akerman.com>
**Sent:** Friday, November 20, 2026 1:04 PM
**To:** John Behan <jbehan@whitakerchalk.com>; jcl@os.law
**Cc:** Robert A. Simon <RSimon@whitakerchalk.com>; raw@therawlaw.com; Bonnie Peck <BPeck@whitakerchalk.com>; Caroline Tower <ctower@whitakerchalk.com>
**Subject:** RE: Case Nos. 26-43993 & 26-43995 - Deposition Notices :

Were fine. Happy to host. I have conference rooms that are rarely used.

**Michael D. Napoli**
Partner
Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas, TX 75201
D: 214 720 4360 | F: 214 720 8116
michael.napoli@akerman.com

vCard | Profile | Connect With Me

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** John Behan <jbehan@whitakerchalk.com>
**Sent:** Friday, November 20, 2026 1:00 PM
**To:** John C. Leininger <jcl@os.law>
**Cc:** Robert A. Simon <RSimon@whitakerchalk.com>; Russell Woodard Jr. <raw@therawlaw.com>; Napoli, Michael (Ptnr-Dal) <michael.napoli@akerman.com>; Bonnie Peck <BPeck@whitakerchalk.com>; Caroline Tower <ctower@whitakerchalk.com>
**Subject:** RE: Case Nos. 26-43993 & 26-43995 - Deposition Notices :

**[External to Akerman]**

John,

Robert is being deposed today and can't respond, but Dec. 16 will work for the deposition of Century. We also don't have any issue doing it at the Akerman office like you requested assuming that is okay with you Mike.

Thanks

**JOHN BEHAN** | Associate
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135
817.878.0518 Direct
817.878.0500 Main
817.878.0501 Fax
jbehan@whitakerchalk.com
www.whitakerchalk.com

Whitaker Chalk
Attorneys & Counselors

***** Confidentiality Notice: This e-mail and any attachments are intended only for use by the individual or entity named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail or of any attachment is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at Whitaker Chalk Swindle & Schwartz PLLC by telephone at (817) 878-0500 or return e-mail, do not read it and permanently delete the original. ------- Thank You.

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.