BTXN 146 (rev. 03/03)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: Cord Henry Johnson<br><br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No: 26-43995 |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING**

1. Cord Johnson hereby request that a hearing be set on his Motion to Compel not later than December 4, 2026. Hearing by such date is necessary because responses are needed before the December 23 hearing.

2. Notice of proposed expedited hearing will be provided to:
counsel for Spin Capital, LLC, the party who has failed to answer discovery
by
email
and will be sufficient because it will provide actual notice.

3. A hearing was not requested earlier because the motion to compel was filed today.

Robert Simon
John Behan

Counsel for
Cord Johnson

Date: 11/24/2026