BTXN 146a (08/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

| | | |
|---|---|---|
| | § | |
| Cord Johnson | § | Case No.: 26-43995 |
| | § | |
| Debtor(s) | § | |
| | § | |

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for expedited hearing on Cord Johnson's Omnibus Motion to Compel Discovery Responses by Cord Johnson is GRANTED/DENIED.

___ A hearing will be held at __________________________________________________ on ________________________ at ________________.m. Counsel for movant shall serve this order on interested parties.

___ No expedited hearing will be scheduled.

### End Of Order ###